



Fax ×

| FOR OFFICE USE ONLY |
| --- |
| U.S. DISTRICT COURT DISTRICT OF WYOMING |
| DATE RECEIVED: _____ |
| CASE NUMBER: _____ |
| 2022 NOV 28  PM 3:47 |
| MARGARET BOTKINS, CLERK CASPER |

# COMPLAINT
## ALLEGING FAILURE OF DEPARTMENT OF JUSTICE EMPLOYEE TO PROVIDE RIGHTS TO A CRIME VICTIM UNDER THE CRIME VICTIMS' RIGHTS ACT OF 2004

22 CV 250 · J

*Return the signed complaint, including any additional pages or documents, directly to the Department of Justice component, or local United States Attorney's Office, that is named in your complaint. If you do not know where to send the complaint, you may send it directly to the Office of the Victims' Rights Ombudsman, who will forward your complaint to the office that is the subject of your complaint.*

Victims' Rights Ombudsman
Executive Office for United States Attorneys
Department of Justice
2261 RFK Main Justice Building
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001
Fax: (202) 252-1011

This Complaint form is not designed for the correction of specific victims' rights violations, but is instead to request corrective or disciplinary action against Department of Justice employees who may have failed to provide or have violated the rights of a crime victim under the Crime Victims' Rights Act of 2004. A crime victim includes any person who has been directly and proximately harmed as a result of the commission of a Federal offense or an offense in the District of Columbia.

All complaints must be submitted within sixty (60) days of the victim's knowledge of a violation by the Department of Justice employee, but not more than one year after the actual violation. Receipt of complaints will be acknowledged in writing. Second × second ongoing × 14.5 yrs!

The information provided herein will be used along with other information developed during the investigation to resolve or otherwise determine the merits of this complaint. The information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of this complaint.

Please check the box that applies to the person filing this complaint.

Zachary Fardon Chicago

- [×] Victim
- [ ] Legal Guardian
- [×] Attorney representing victim
- [ ] Other representative (describe) _____

Name, phone number and relationship to victim of person completing this form (if not the victim).

Is the victim represented by an attorney in this complaint?  [ ] Yes  [×] No   not yet maybe never

If yes, please provide the attorney's name and contact information. All future contacts with the victim regarding this complaint will be made through the attorney.

The USDOJ is filing some things for Karol as the Police & Trump Block all Attorneys or pay them off or threaten them w/ disbarment

1. **PERSONAL INFORMATION ABOUT THE VICTIM**

First Name: KAROL   Middle Name: DAWN   Last Name: MAGISTRELLI
Title: Ms. ☒
Street Address: 400 Converse General Mail
City: Cheyenne   State: WY   Country: USA   Zip Code: 82009
Home Telephone No: 100% intercepted
Email Address: KarolMagistrelli201@gmail.com

2. **INFORMATION ABOUT THE CRIMINAL CASE**

The following section requests important information about the criminal investigation or case in which you are a victim. Please provide as much information as you can.

Stage of the Criminal Justice Process - Select most recent event:
☒ Investigation  ☐ Arrest  ☐ Arraignment  ☐ Preliminary Hearing  ☐ Guilty Plea  ☐ Trial  ☐ Sentencing  ☐ Parole Hearing
☐ Other: The case is now with the USDOJ Merrick Garland
Defendant(s) Name(s): Zachary Fardon (former U.S. Atty Chicago)
Case Number: Changed   District Court: 7th - Chicago   Judge: Zagel m oB Judge daily + they won't allow me on pacer.gov

3. **INFORMATION ABOUT THE VICTIM'S COMPLAINT**

What is the location and name of the office(s) or organization(s) of the Department of Justice that is/are the subject of your complaint? King & Spaulding LLP, 110 N. Wacker Dr, Suite 3800 Chicago IL 60606  312 995-6333 a money laundering law firm,

Is your complaint against a specific person in that office? ☒ Yes  ☐ No

If yes, please identify the person(s) (include position or title, if known) who failed to provide the right(s) about which you are complaining. Zachary Fardon - former U.S Attorney in Chicago who stole 1.4 Billion from my judgment fund, June 2016 in a conspiracy with Judge Zagel Barack Obama + Congress + George Bush (Pres) (by forging my signature)

Which of the following rights afforded by the Crime Victims' Rights Act of 2004, 18 U.S.C. § 3771, do you feel you were denied? Please check all that apply.

- [✓] The right to be reasonably protected from the accused.
- [✓] The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.
- [✓] The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.
- [✓] The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.
- [✓] The reasonable right to confer with the attorney for the Government in the case.
- [✓] The right to full and timely restitution as provided by law. *they stole it for Jared Kushner & Ivanka Kashner*
- [ ] The right to proceedings free from unreasonable delay. *—once*
- [✓] The right to be treated with fairness and with respect for the victim's dignity and privacy.
- [✓] The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement.
- [ ] The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

4. **STATEMENT OF COMPLAINANT**

Please provide as much detailed information about your complaint against the Department of Justice employee(s) as possible, including the date(s) of the alleged violation(s), and an explanation of how the violation(s) occurred. However, you should not discuss the facts of the criminal investigation or case in which you are a victim. You may attach additional pages or documents to this complaint.

*For 14 years Karol & her daughters were either homeless or jailed or kept in warrants 24/7 and Zachary Fardon promised this will go on for life, Judge Engel just transferred Karol's money to her daughters who were very young when Karol reported Equity Real Estate Consulting & Ivanka Kashner & Zachary Fardon, Donald Trump paid him off thousands of times, Fardon has forged multiple charges/tax frauds etc & hired hit men w/ all the above*

5. **PRIOR NOTIFICATION TO THE DEPARTMENT OF JUSTICE**

Although you are not required to do so, did you notify the Department of Justice employee, or any employee of the office described above, of the alleged violation before filing this complaint?  ☒ Yes  ☐ No  100s of times

If yes, please describe your efforts to resolve this matter, including the date(s) that you notified the Department of Justice employee or any employee of the office described above; the name, address and telephone number of the person with whom you attempted to resolve this matter; and the actions taken by the Department of Justice employee or office to resolve your complaint. You may attached additional pages or documents to this complaint.

I have written over 120,000 motions to the USDOJ, FTC, FCC, FBI, Homeland security & more, Violence Against Women, Human Trafficking & nobody cares. Homeland Secy has hundreds of motions. Zachary Bruce & Sheila Faroon stalk have 24/7 x 14.5 yrs - have No immunity due to using cocaine for decades & its Elder Financing Abuse & Exploitation. Hes Aiding Vladimir Putin in a take over of USA

6. **OTHER RELEVANT INFORMATION**

Provide any other relevant information or event(s). You may attach additional pages or documents to this complaint.

The case is now under the USDOJ - Merrick Garland's office & they're taking some of my motions as Ivanka Trump Kashner is stealing every dime & helping homeless & entertainers to embezzle with Faroon his wife Sheila & son Bruce. Zach Faroon cyber stalked me 14.5 yrs

The information set forth herein is true and correct to the best of my knowledge.

Signature: _Carol Magidwell_ (Must be signed by Victim)   Date: 10-5-22

If the crime victim is under 18 years of age, incompetent, incapacitated, or deceased, this form must be signed by the Legal Guardian of the crime victim or the representative of the crime victim's estate, family member, or any other person appointed by the court. Please check all that apply to the victim:

☐ Under 18 years of age   ☐ Incapacitated   ☐ Incompetent   ☐ Deceased

Signature: _____   Date: _____