**PRIORITY**
★ **MAIL** ★



**UNITED STATES**
**POSTAL SERVICE** ®

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE

**FROM:**

KAROL MAGISTRELLi
PO BOX 2030
CASPER WY 82602

**TO:**

Casper U.S DISTRICT Ct
Clerks office Rm 121
111 S. Wolcott
Casper WY 82601-2534

**Label 228, March 2016**          **FOR DOMESTIC AND INTERNATIONAL USE**