FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 2 8 2022

Margaret Botkins, Clerk
Cheyenne

# COMPLAINT

Qui Tam Against THE ILLEGAL
Retaliatory Fraudulent Concealment
of mentally disabled, Diabetic
daughter Rebekah Ruth Magistrelli
Ryan that hundreds have
tried to murder claim for relief
Enclosed = univeal

1  This Qui Tam is Based in 31 USC 3729-
2  and the IRC 6301, 7202, 7212 7603, 7604,, etc
3  as all Congress And Four Corrupt
4  Presidents want is the death of
5  Karol and her daughters for the
6  money being generated from Karols
7  Hijacked suits!

8  The other laws violated with Intentional
9  Impunity, reckless disregard for the
10  lives of 3 women — indeed
11  Violence Against Women Act
12  American Disabilities Act
13  Violence in Racketeering Act

1 of 38

1 The Corrupt Practices Act
2 The Foreign Corrupt Practices Act,
3 18 USC 1001 - False Statements
4 18 USC 242 - Read It! <u>Awesome! Life</u>
5 18 USC 241, 1988, 1985, 1964, 1983 The
6      Civil Rights Act
7 Which The ignored and Karol &
8 her very ill daughters Are
9 homeless Compromising Rebekah &
10 Rachels Health Further,

11 Rebekah is a keenly disabled Adult
12 26 Almost 27 y/o but has the mind of
13 A child due to Repeated
14 daily Bludgeonings by
15 Michael Hoxworth
16 Alexandria Ocasio Cortez
17 President Biden,
18 President Trump Who still lines At
19 least one hit man a day for
20 Karol & her Daughters,
21 and Trump told everyone, on
22 more than one occasion he was
23 going to kill Rebekah "Today"

2 of 38

1 Rebekah Is Karis Second Adopted
2 daughter from Nanjing Jiangsu
3 China born 10-8-96, My girls
4 are 6 months APART, She came to
5 America at 2 years old WITH
6 Reactive Attachment Disorder and
7 tearing her APART from Kara giving
8 her to a known Child molester
9 who had Child sexual ABUSE
10 Complaints from his FIRST WIFE who
11 WAS SMART and ABSconded to Poland
12 with their son As She had RELATIVES
13 there — the WAY Karol understom
14 ld. There was a lot of mental
15 issues in GARYs Family!
16            Rebekahs schools were
17 hidden from Karol by GARY WHO IS
18 a FULL Blown Psychopath, And
19 a cocaine addict since the
20 alleged age of 14 According to The
21 "FBI WITNESS Annihilation Programs"

TREASON 18 USC 2381 By ALL
Who Conspired W/ Vladimir PUTIN

3 & 38

Preliminary

QUI TAM AGAINST IVANKA
(IVANKA KISHNER - KASHNER) DBA IVANKA
Trump, Donald Trump Sr And Jared Kushner,
+ The Police They hire to STALK, MAIM,
STEAL from Karol MAGISTRELLI And
Her Daughters, WITH JARED KUSHNERS.

Karol D. MAGISTRELLI, Rebekah MAGISTRELLI Ryan,
on behalf of Rachel ELIZABETH MAGISTRELLI,
PLAINTIFF

vs.

IVANKA KISHNER KASHNER
666 5th Avenue
Floors 66-68
New York City, NY


Donald Trump-Kushner
(Donald Trump)
1600 Pennsylvania Ave
Washington DC


Jared Kushners
unknown Address
Signature: Karol Magistrelli
Date
Notary

4 of 38

Chief Jeri Williams in Sedona Prison
Phoenix Az Police Dept   now Chief
200 W. Washington St   Michael Sullivan
Phoenix Az 85007

Chief Ramone Baptista
Mesa Az Police
130 N. Robson Rd
Mesa Az 85201

↑

Mesa Az Police Chief Baptista
Las Vegas NV Police Dept
Tallahassee FL Police Dept who made
      life hell for Karol in FL
      for no Legal Reason!

Henderson NV Police Dept and
      Sharon, Billy & Other Addicts
      they hire

2. Las Vegas Police Dept
Tempe Az Police and their Barbed Commission
Chandler Az Police, Chief Duggan &
      Commanders Koch & Perez
      Frasley, ETC

5 of 38

Now comes Karol in support of her Complaint,
for the suit I am against, Jared Kushner
Qvanka Kishner - Kashner,
Donald Trump - Kushner - Kashner
+ Police Jurisdictions known to
Homeland Security Witness
(alleged) Protection Team which is being dissolve
As they're filing Karols suits! A civil Rights
violation!

3/24 1. Once again today Trump had appx+ 500+
thugs stalking Karol who stole her
Big of papers because the Phx police
desn't want Karol to sue them
for putting a tracker in the Phoenix
Library, computers. Karol was
told, in the library that
they wanted to kill her for
typing up a suit which she
saved. They concoct charges, names &charges

2. Karol had to go back to MVD
and change her Address because
the police paid a girl
who said her name was Elizabeth (Clark
when it was actually Olivissa,
to refuse to change Karols
address the 1st time Around 3/14/22,

6 of 38

3. That the OLD ADDRESS WAS The Justin Center 1001 W. Jefferson where Murrel Davidson stole Karols Bank Statements and Karol WAS Able to get A Chase statement while in NV on an old Account That Ivanka Laundered $20,000.00 Through After reopening That Account By forging Karols ID, SS#, signature, and more, Karol closed it Around Jan-Feb 2020. Ivanka Kashner has pmd of the entire Justin Center

4. That Ivanka has Reopened All of Karols old Accounts to use for Money laundering, Taken over 100% of Karols mail being sent to

1920 Blue Hill DRIVE
~~Grand~~ Rapids MI

Where Karol IS Being told her Dads House left to Karol By Court order (Judge Zitell) is a Mob enterprise for Judge Carmody and her, Deb Durbin, Catherine Campbell, Erin McRath, Nancy Pelosi, Jareed

7 of 38

Kushner, Ivanka Kishmer, Zachary and
Sheila (ivannix) Fandon, Karen Federighi,
Judge Murray Snow, The Grand Frijoids
AZ police, Mesa Az Police, Phoenix Az
Police, Las Vegas Az Police, N. Las Vegas
Police, drug pushers, Tempe Az Police And
the NM Police Commissioner, etc.

Ivanka started Rachel on Heroin And
Blues, & its Attempted murder!

Ivanka conspired to put her on A
Probation But Karol doesn't
know what for Altho Karol
knows its Rigged!

That Karol was told Ivanka bribed
Michelle Obama to ruin Karols
chances for a drivers license
Which is why Detective Felician had
to fix it! & how he took Bribes!

Karol had 6" of hand written notes
stolen today And theres no
protection! I need a locked
door RV Trailer or bus!
I don't understand why H. Scant
pay for it from my Judgment Fund &
block every one Else?
How difficult is that?

8 of 38

Ivanka had DIANA tell Karol to go to the daily Church, AT Cass where a man whose fingers were cut off served coffee! This is second by second aggravated battery + in just one day — today March 23, 2022 she put fingers, lips, feet, face etc threatening online to chop off Karols legs etc and one of the 6 to go judges vacated it: (Carmody, Snow, Neff, Zagel, Chang, Murkowski, Roberts, Kavanaugh or all of them should be in Prison for life aiding and abetting ongoing attempted murder with all these Rotten Police involved!

Karol was told that Rebekah — a Dead decoy was outside her tent door nite on Karols phone when Trump and the OBAMA MOB have hit men galore looking for Rebekah to kill her and Karols phone is a party line w/ Ivanka, Trump, Barack so really who are the Police trying to kill!? She'd be Killed, which is their goal.

9 of 38

That Karol is leaving Rachel on
Probation til she can talk to
her on Tuesday which is
Probation day, the probation was barred by
Brian
In the meantime Ivanka
Bribed Judge Carmody to
write an order to hide ~~Karol~~ Rebecka
invited who is her mom who (LOVES)
her even if shes broke — And
Karol would have her into an ER
and neurologist STAT for
Alzheimer meds that Carmody
Left, Faced (Trump SR)
Ivanka & Jared Kushner → a
nasty stuck up low life
who thinks hes better then
everyone especially Karol. Hes
a low life slum lord with a hx
of thousands of evictions.
if he can be immediately
evicted to jail for life and forfeit
everything so as to deter all
crime from his friends & family forever

10 of 38

That Ivanka has Known inheritances, IRS & SEC Aware
stimulus checks, tax refunds &
reimbursed taxes from app RETJGG
She needs to repay plus taxes on
300+ dispensarys and
mask companies in China, Vietnam,
France, etc that she
intentionally did not tell NY AG
Leticia James about before she
forfeits everything prior to a
life sentence which includes
attempted murder of Karol, Rachel
and Rebekah! Many times over!
Judge Markowski needs to be apprehended for declaring
letting of Walter Starksie on murder + 100's of
That Ivanka paid a hit man on
allegedly have a hit man on
Karol! Lock them up for
fabricated news and the denial
of Truth to We The People
Who live in the dark about 90%
of The World! Compared to
The Jerusalem Post, NBC touts
Kindergarten material.

11 of 38

① AT ALL OTHER media outlets
Bribed by Ivanka Trump Sr,
Jared (Lucipher) Kushners,
The OBAMA mob Family
need to BE Apprehended for
fraud perpetrated in THE media
And take their degrees
away.
ABC, Chm 12, 5ⁱⁿ Phx, Fox News, NBC
CBS, CSNBC etc known to Program
Homeland Security Witness
Team! (currently dissolved Due to Corruption)

② That All Robbed FBI Agents by IVANK
including James Comey, Chris
Wray, Janine Wheeler, Jiddin
Johnson, Mike Harvey, Mike
Anderson, Dm Caine who stole
$60,000⁻⁰ in Checks by
forging Calvin Pomarions name!
The Apprehended As Ivanka
Used them to Annihilate Karol
and her named daughters.

12 OF 38

That Judge Snow was allegedly stopped in some useless way and he still did it forged child support. Finally the Tallahassee Police reinstated it for Ivannias bribes several times! Around March 1, 2022!

Karol put in a motion and explanation to Detective J. Peltier with ADOT AZ as the reason they keep it up is so Karol won't have the money to reinstate her have money to buy a Drivers License or have money to buy a car, then DOT, Peltier took bribes from Ivannia & she paid off the MVD — so Karol can't get a State ID or D.L as the clerks keep erasing it from the computers

Ivannia was allegedly charged by the CA Supreme Ct for bribing judges Snow, Carmody & Neff over & over but they refused to take the judges off the bench and refused to lock up Ivannia for bribes themselves! What good are they when Americans are at risk of ongoing extortion, embezzlement, aggravated battery and attempted murders!

13 of 38

Ivanka deleted portions of The
US Treasury Code And U.S.
Constitution so All Criminal prosecution
for Fraud upon the Court is
Deleted, which is OK
with Congress who file Karocs
suits daily under Justen
Wilcx, Daisy Smith, Carolina Sevilla,
and more! As part of The New World Order
scheme

Congress tried to Cover
it up with a forged House
Bill And with Nancy Pelosis fraudulent
Motion in which she calls Karol 'Elliot!'
When That didn't work Pelosi resorts
to hiring hit men with Ivankas 500+,
Trumps 1000+, Ted Cruz bogus mass
murder charges, Pence hit man,
Gov Sisolyks hit men, Gov Ducey, Holcomb,
Cuomo + Romneys hit man,
And all of Congress is well aware
of Ivankas 112+ felonies she bribes
one judge After Another To Abate,
including Biden who Pardoned
Copyright Frauds!

14 of 38

Ivanka is trying to have
Rebekah who is legally mentally
disabled charged with a vehicle
chase from Police when Ivanka
was running After she deleted
portions of the US Constitution &
US Treasury Code deleting
Criminal prosecution and filed
it all with Carmody Zagel Et Snyder, Otho
Then Ivanka has bribed Homeland Sec Jerry Snyder
police etc to file it & Karol has no car,
Karol believes that Ivanka
Kushner. Kushner is sleeping with
Judges Snow And Judge Zagel
Because theyre treatment is bizarre
and outrageous! Karol Believes
Homeland Security Confirmed
this with Judge Murray Snow.

The rest is in numerous motions
and affidavits, with Homeland
Security.

15 of 38

Ivanka is now doing Wrongful
death suits on Karols living & ,
dead relatives under
Judge Carmody

Virgil Christiansen
Julius Vernon Christiansen
Calvin Oscar Pomarius
Virginia Louise Christiansen-Pomarius
Karol D. Magistrelli x 30+
Rachel E. Magistrelli x 30+
Rebekah R. Magistrelli x 30+

and today March 28 2022 Monday
Either Ivanka or Barack Obama
paid someone to illegally charge
Rebekah with driving a vehicle
driven by Ivanka & put her in
jail! I al can't believe
"Homeland Security" who Karol
thinks is the FBI or Jared
Kushner allows this crap against
a Disabled adult! They have no
attorneys to protect the public?

16 of 38

Verification.

Pursuant to laws of Perjury in 18 USC 2216 And 735 ILCS 5/1-109 And corresponding statutes in AZ, NV, CA FL, MI, NC, SC, CO, NE, NM, IN, OH, The undersigned certifies That the statements herein Are true to the Best of her knowledge.

Carol Margotellis

Identification

Handwritten due to thousands of
hit men by
Donald Trump Sr = 1000+
Ivanka Trump - Kushner - Kishner - Kashner
over 500+
Jared Kushner - with Ivanka
though divorced x 1½ years,
Nancy Pelosi — 5-10 hit men
Sr Collins — around 10 hit men
Senator Kirsten Sinema — 6 hit men
Romney & Cuomo — 2 hit men
Judge Engel — 2-4 hit men
Barack & Michelle Obama   1000+ ISIS hit men
Linda & Wally Sarkoski — 3 hit men
GOP Senators — 2 hit men
VP Pence — one hit man
Judge Leinenweber — 1-2 hit men
Joe Biden — 4 strangulations etc
Bludgeonings galore

18 of 38

by Harris, AOC, Booker, Warren,
Biden, Trump, Ivanka & Jared
the full list with Homeland
Security Civil Rights Div.

Pursuant to 18 USC 2216,
the undersigned certifies that the
statements herein are true to
the best of her knowledge.

Signature _Carol Magistrelli_____

Date

Notary _____

19 of 38

1 Rebekah had a speech problem for
2 awhile, she has a very bad, heart
3 typical of "mongoloid spot children,
4 and Rebekah had 2 large pale
5 purple spots on her back which
6 are precursers to several problems
7 which include heart, mentality,
8 depression, gait sometimes

9       But the biggest issue is that
10 in 2016 OBAMA had one of his thugs
11 give Rebekah a packet one finds
12 in medicine bottles to keep
13 moisture from ruining the pills —
14 its a deadly poison and
15 Rebekah was told its a high so
16 she believed the thug — The
17 result was it burned out her
18 kidneys, pancreas, urethra,
19 colon is messed up & more,

20       The diabetis is the type
21 where Rebekah becomes
22 dehydrated easily but doesnt
23 WFTA limited mentality, she
24 always remember to drink copious

𝟅 20 𝔣 38

1 amounts of water and due to being
2 "simple" she has been easily
3 swayed by numerous predators she
4 never would have met had she
5 been with Karol.

6      Gary eternally trashed both
7 girls on the streets of Az &/or NV
8 when he didn't want to deal with
9 them anymore as they were too old!
10 And Karol known & everyone hid
11 them including Karol's sister and
12 brother in law due to jealousy &
13 Karol who was a nurse....
14 and was in cahoots with Gary by
15 burner phones and faxes for years
16 while the FBI watched.

17      Rebekah was bludgeoned severely
18 giving her a seizure disorder on top
19 of it all and this daily
20 insurrection against Karol is
21 being done to prolong everything &
22 hopefully Rebekah will die of meth
23 & alcohol addiction & Rachel from

21 of 38

1. heroin addiction - started by IVANKA
2. Kushners Pushers still being used
3. & I cant stop this Bull shit,
4. In order to file This
5. I need a copy and I have 50
6. hit men & the FBI
7. BADGERING me W/
8. BATTERIES, Kleenex, Rosaries,
9. Crosses, tow trucks with Crosses,
10. cement trucks, electrical wires &
11. cords on Every Corner,
12. 2×4s to bash my head in or metal
13. pipes on Every Corner, Trains
14. Crashing, Cars Crashing, Car parts &
15. tires Everywhere, The most Ratty
16. disheveled — no bath or shower 43 years,
17. hair in matted bug filled Gross
18. ripped filthy clothes that Ivanka
19. hires by the dozens — 20 at at time &
20. plants them at all Dollar generals,
21. WALMARTS, 99¢ stores, & she And
22. the CA, UT, FL, IL, CO, NY
23. Supreme cts need to be impeached

1. THIS IS murder! The daily.
2. Dehydration & seizures is
3. affecting her mind.
4. She oh so unbelievably
5. Corrupt as hell FBI tells Karol
6. to go leave notes at the
7. bus stops but Karol watches
8. FBI plants come along & tear
9. them down in hours! They have
10. Been WORKING WITH all these
11. ROTTEN evil bribe taking Judges
12. to kill Rebekah and

13. Currently — shes being hidden in
14. Tempe by Jared Kushner who
15. just started Another online scam
16. to steal stimulus checks by his
17. own admission on Karols email!

⊁  23 & 38

18  Israel hid her in Vegas in <u>tunnels</u>
19  when it was freezing cold, without
20  proper clothing — no shoes — she
21  had diabetic neuropathy —
22  Cant remember to take any meds on
23  a regular basis and
24  Ivanka keeps bribing Judge
25  Engel to change caregivers who
26  leave her outside and
27  spend her money.

28      Judge Snow also takes copious
29  bribes from Ivanka to leave
30  Rebekah outside — and shes
31  suffering. He stole 20 Billion from
32  Karol put it on Rebekah — made
33  himself conservator of Rachel &
34  Rebekah which was vacated,
35  then he keeps forging fake
36  child support orders on Karol

37 to keep her indigent so she
38 cannot get an attorney or
39 take care of her daughters,
40 who need Karol RN EB now.

41      Karol is the only person on
42 earth who would die for her
43 daughters. As it is, Congress
44 illegally keeps refiling fake
45 motions against Karol "giving
46 them the alleged right to
47 steal every dime from Karol
48 Rebekah & Rachel for Life &
49 these motions were written by
50 Nancy Pelosi who keeps up this
51 insurrection hourly against
52 Karol because they want her
53 1.4 Billion Obama stole & her
54 hijacked suits that 50 states
55 are illegally filing for the
56 money!

                    X  25 of 38

1 It's been going on since Dec 18, 2021
2 and Congress will never let me
3 help my daughters because they
4 all want us dead,
5      The GOP Senators hired 2 hit men for
6 Karol, Senator Collins is a running
7 daily hit man machine,
8 Senator Simone the same, Joe Biden
9 and Rebekah Strangled 4x
10 leaving her fingers, tongue, lips
11 & throat paralyzed and he
12 did it with Alexandria
13 Ocasio-Cortez who also had
14 her bludgeoned with Seizures
15 as a result!
16 Pelosi hired 9-10 hit men for
17 Karol
18 Judge Engel hired 2 + his men,
19 Judge Snow hired one recently
20 and he went to jail for this
21 & forged child support monthly x
22 0.3 yrs ———— + Probate

26  8 30

1. Monster Judge Murkowski got
2. him out.
3. Murkowski took bribes from
4. Judges Fusz + Johnson in
5. Waukegan Ill to give custody
6. to A Pedophile convicted +
7. Convicted Drug Addict + The
8. FBI said he never followed A
9. Single law his entire life —
10. he stole millions in inheritances
11. from his victims —
12. Affidavits written —
13. Judge Snow gives Ivanka
14. Whatever she wants for sex
15. + Bribes + They communicate on
16. the mormon Tabernacle
17. Choir phone line! These 2
18. judges Are Obamas 'go-to'
19. judges and Judge Snow has been
20. taking bribes from Obama since
21. Sheriff Zulo prooved Obamas

1 Birth certificates were (3) forged,
2 One woman in Hawaii who reported
3 fraud was murdered, not
4 Rocket Science.

5 Obama stole 1.4 Billion from
6 Karols judgment fund June 2016
7 & has hired way over 1000
8 people to kill her Daily,
9 Obama texted Karol Aug 26, 2016
10 and said: "Im going to get you
11 ul know every move you make!"
12 Trump emailed Karol via Janine Wheeler
13 The worlds Almost most Corrupt
14 FBI Agent next to ~~Stboin~~ Johnson
15 Chris Wray, James "OMG" Comey
16 & more - ONE Entire ~~FBI~~ WITNESS
17 "Protection / Annihilation Program
18 A idea & Abetted in The
19 Bludgeonings of Rebekah & Rachel
20 & They All need to be in prison!

$28 of 38

21  Rebekah also has hemolytic anemia
22  and has frequent Blood
23      Transfusions, needs a hi
24  Protein diet Cooked at home
25  As shes been eating whatever
26  Uncle K has to offer, Along with
27  Beer ... She has senzures often,
28  her dehydration is out of
29  Control, And, she needs
30  me Now or her heart will
31  give out w/ All The drinking &
32  Cardiac Admissions Etc,

33  Rebekahs multiple problems require
34  an RN round the clock And
35  Kamc has solo legal
36  Guardianship of Rebekah because
37  Gary never obtained the American
38  Adoption paperwork like
39  We did With Rachel because Gary
40  Recieved custody And was Always
41  high – unbeknown to me but The Courts
42  all knew – And didnt care.

29 of 38

Wherefore Karol Prays As Follows:

1 A. That these yudges hiding my
2    daughters like trash on
3    the streets And myself As
4    well, in the U.S Supreme Ct
5       Roberts, Gorusch,
6       Kavanaugh-who put A Geo-
7 tracker on Karols phones for
8 Donald Trump And
9 Jackson who All took Babes
10 from Donald Trump, Ivanla-
11 Trump-Kashiner, Jared Kushners,
12    Kamala Harris, President Biden,
13 Congress — And all 4 are
14 filing Karols suits under fake
15 names for the money, maybe all
16 of them you'll have to check
17 With Homeland Security Witness
18 Program. in Washington DC
19    Civil Rights Division Where
20 some of them are filing Karols
21 suits illegally too?!
22 These yudges filing

30 of 38

23 The CALIFORNIA, UTAH, COLORADO,
24 ILLINOIS, FLORIDA, GEORGIA
25 and My SUPREME COURTS
26 need to be impeached, The
27 HomeLand Security Witness
28 Program IS A TEAM of The
29 25th & 1st Infantry, DEA,
30 DOD, & others Because The
31 FBI IS SO Corrupt They were
32 BARRED but They WONT QUIT
33 Setting up Karol With Entrapment
34 & harassment.

35 B) That Rachel Elizabeth Magistrelli &
36 Rebekkh Ruth Magistrelli Are
37 Brought to Karol Because
38 IVANKA, TRUMP & OBAMA
39 Bribed The Phoenix, Mesa,
40 Glendale Chandler, Tempe
41 Police to hide Both girls for life

45 31 of 38

1 And the FBI has been intentionally
2 WORKING And CONSPIRING WITH
3 Judge Snow, IVANKA,
4 Trump SR, BARACK MICHELLE,
5 Sasha (WHO Bludgeoned Rebekah)
6 & MALIA to hide them for
7 life! Rebekah IS in the
8 hospital Every day with
9 Rehydration! THATS Preventable
10 & unconscionable & Both Are
11 Kept on drugs by Ivankas
12 pushers!

13 C. THAT Judges Snow, Carmody,
14 Neff (5 hit men) McQuaid,
15 Leones, Letizia, Prosecutor Vance
16 — 176 NY Leticia James AG GA,
17 OIG GA, Justice League of
18 GA, IL, AZ, CA etc Are
19 Apprehended WITHOUT trial

1  OR Bond under 18 USC Stalking
2  ACROSS STATE LINES
3  & They All have Dozens of Plain
4  Cars Stalking Karol
5  MAGISTRELLI

Caused Action 18 USC 1591 1524
Sex Trafficic

6  That all The Parties Ivanka,
7  Trump Sr, The Obama mob
8  Family, Jared Kushner's, Nancy
9  Pelosi and her hundreds
10  of Brothels she keeps putting
11  my daughters in the immediately
12  apprehended without Bail of Bond
13  for stalking Across State lines,
14  Fraudulent Concealment
15  hundreds of Attempted murders
16  WITH & W/O hit men Allowing
17  illness to ruin them &
18  addictions caused by
19  IVANKA Please!

1

53 of 38

1. That Kanols forged Child support
2. Written by Judge Show & The
3. Tallahasse Police IS
4. Vacated And All her SS money
5. Stolen since 2015 (Started
6. By Corrupt States Attorney
7. Mike Wallen III Who Died
8. (In Prison for This) IS
9. Returned As Obama had
10. Police Stealing Kanols SS
11. In MI, IL, FL, NC, AZ,
12. CA, NV, & ITS Endless!
13. Corruption because Congress
14. Wants Kanols money!

15. That Ivanka & Trump Sr are
16. forced to Return Kanols
17. Inheritances from Jim Bothell,
18. her father Calvin O. Ponorous,
19. Uncle Virgil Christiansen
    Uncle J. Vernon Christiansen

Cause of Action - Distribution of Drugs
ARS § 13-1307, 3408, 3405, 3407

1  And The Money They stole from
2  Rachel & Rebekah Although
3  Cneither one can handle
4  millions As Rachel has had
5  multiple Over doses on
6  heroin & blues & IVANKA made
7  her a mess & Rebekah Is
8  an alcoholic & meth Addict!

9  That the Cocaine addictions of
10  Ivanka, Trump, Jared & all
11  of Congress House of Representatives
12  will be dealt with As Treason
13  Against the United States As they
14  willfully wantonly intentionally
15  Turned Their backs on the law.

35 oF 38

attorneys on Trump and Ivanka
Kashners payroll, TREASON

Husband and wife law team who told
me to go to the hospital
and get my own records
works for Michelle Obama

Accident Doctors
Rafi Law
Lerner & Row
WATEL & York
Harris & Harris in Las Vegas NV
Borino & Corrigan
Ed Bernstein
Sweet Baby James
D. Cappriotti
Morgan & Morgan in Vegas Las

Congress + Overseas money laundering
      18 usc 1856, 201  April — 28 Ethn
                                    2022
CE$A Trucking
Tucker Hill Plumbing
AMS Electric Inc.
PARKS
Zachary Fardon stalking today
M-Endless Porcelain Possibilities
Fed Ex
Alliance Plumbing
Waste Mgm.
   Haulotte (Crane) Fork lift
COIT
NS Nationserve
AAA Landscape
   Halles house — paid off
NS = Nationserve
Orangutang Home Services
SMV Refrigeration & Heating
   Time
SRP
Commercial HVAC

IDEALEASE
Redpoint Tempe
AV Access?
Excellence Landscape

                    39  8 ?

That All motions pertaining to
These People Are Added by
Home land Secerity And
affidavits of Proof for matters Asserted,

This is the tip of The ICEBurg!

Sincerely

Karol Magistrelli

State of Arizona
County of _Maricopa_
The foregoing instrument was acknowledged before me
on this __29__ day of __April__, 20__22__
by _Karol D. Magistrelli_
My commission expires:_____   Notary Public_____
12/24/2022

LISA A. PATTEN
NOTARY PUBLIC•STATE OF ARIZONA
Recorded in Maricopa County
No: 557575
Expires December 24, 2022

38 of 38