FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 28 2022

Margaret Botkins, Clerk
Cheyenne

Complaint #3
Jui Tom Against Police &
Co CONSPIRATORS Jurisdiction
3rd Preliminary Document

Karol Magistrelli
+ on behalf of her married
daughters
Plaintiffs

Vs

numerous Police + Phoenix Police and
their Co CONSPIRATORS.

C

A   That Homeland Security has
hundreds lets MOTIONS know
submitted her their civil
rights Team witness Protection
Program.

Sincerely - Verified by
Karol Magistrelli
certifies her statements are true
to the best of her knowledge,

mini    Complaint — Supplemintd by Home land Secy
                                    CIvil Rights DIv

Qui Tam Against the Police
Jurisdictions Used to fraudulently charge
and stalk Klaue Magistrelli so
Ivanka Kishner, Congress, Jared
Kushner, 5 GoTo Judges + all
the Supreme Cts where the Judges
Snort Tree based Cocaine according
to the Homeland Security Witness
Team Civil Rights Division,
Where Klaue Is being told By
an agent That the Director was
Bribed by Ivanka Kishner to
throw the case + ALLOW the
        Annihilation of Isreals,
The Complete list of Police
Jurisdictions include
        Tallahassee FL Police
Orlando FL Police
Port Charlotte FL Police
Chicago Police + Chief Beck A 2ce Convicted
Phoenix Police? Jerry Williams        Felon
Berk Police + Chief Baptista
Henderson NV Police
Las Vegas NV Police

Chandler Az Police & Chief Duggan
Commander Kocк & Perez,
Farley, Bailey, Fox, Cox,

Tempe Az Police & the Commissioner Police
taking Bribes from Nancy Pelosi
Ivanka, Donald Trump,

Kalmmazoo MI Police
Grand Rapids MI Police
Ft. Wayne IN
OIG Michael Horowitz USDOJ who ordered
it ALL with Barack OBAMAS
Administration.
N. Las Vegas Police
Ivanka Kushner Who Bribed all
them & put herself on their payroll
with to Reimburse herself for
Bribes And shes collecting
money on KAROLS R.N license &
fingerprint card as well
from Somewhere.

Cease of Action — Alteration, etc 18 USC 1001, 1519
371 1031

Homeland Securities Jerry Snyder
who keeps falsifying a police
chase against Karol's
when its Ivankas Charges
+ her Felonies + he puts
all of Ivankas felonies on
Rachel M, Karol M + Rebekah M,
This is the New World Order
with Congress, Biden, D. Trump,
Conspiracy Ivanka Trump Kushner? Jared Kushners
+ Ivanka Trump Kushner, the Homeland Security
Nancy Pelosi, VP Harris, Attornies who are Embezzling from my
Judgment Fund, FBI Witness Protection
Program, SSA mr Stratton, mr Rettig — IRS,
mr Greek — TIGTA, Teri Williams Chief
Chief William Sullivan of Homeland Security + Co Conspirators
Dir Sullivan of Police, AG/NY/GA/IU,
all hundreds more in the takeover
+ of the United States Government
with Vladimir Putin

Kane believes that the
Judges now made Kane's
"Roommate", the Whistleblower in
a never ending
fraud upon the COURT
Against Kane for
Bribes from Evala Kushner
to this new roommate named

LINDA AT
908 Richardson Court
Cheyenne WY 82001

Jarol Magistrelli
Aug 14, 2022

Cause of Action: Fraudulent Concealment +
Trafficking - 1201 24°

Rebekah Ruth Magistrelli Ryan
in Tempe or Cheyenne
AZ Springhill Marriott
4140 W. Fox Farm Rd Cheyenn

Rachel Elezabeth Magistrelli
(Embassy Suites?

There in "hotel cleaning Brothels" Run
By Nancy Pelosi
Donald Trump
Ivanka Trump +
Jared Kushners

1589 Forced Labor — Threats of forced Labor, Abuse
1591 Sex Trafficking
1584 Involuntary Servitude
- Climate of Fear + Coercion + Threats
1581 — Police Returned them over +
over again
Chandler, Mesa, Phoenix
Glendale
Casa Grande
1590 — Recruits done by Pelosi & husband
Matthew Gazzollo law
Police
Joe Biden
VA Harris
Ilhan Omar
Rashid Tlaeb

1591 — Interstate by Force
Fraud Coercion
Parents
hiding Rebekahs husband
& Son

1592 — Destroys hides ID, Passport

Hate Crimes because they're
Asian, mocked, Gay & mocked

The Police Are hiding my 2 Cheyenne
adult daughters that Trump &
Obama brained by bludgeoning
them in the head x 2 years
Homeland Security Civil Rights
Division knows where they Are
Here in Cheyenne WY.

They were kidnapped by
Nancy Pelos, Jared Kushner +
Ivanka Trump Kushner.
& 10+ MOB Judges Who
Racketeer together with Police,
Congress etc
            Engel — Chicago
            Neff
            Carmody        Grand Rapids MI
Murkowski — Grand Rapids MI Probate
McQuaid — U of Mich LAW School
Prosecutor Vance Manhatten NY
AG NY Leticia James
The Entire 19th Judicial dt Waukegan IL
2nd Appellate Elgin IL
all paid off by Gary Magistrelli
            who needs to be in prison

Cause of Action is Damages - Entitled to the
Kanu Magistrelli expects I is
Entitled substantive
damages for 14 years of hell
on earth.
Rehabilitative Act Damages
Victims Rights Act damages
Special damages for malice
Discrimination, Police
Brutality, aiding + Abetting
Speaker of the House Nancy
Pelosi in dumping my
daughters in Brothels Bawdy
+ Starting them on Drugs of
heroin - meth
Racketeering
all the 14 years that we not
Allowed to work in Grand Rapids
MI, Holland MI, Muskegon MI
5 wrongful incarcerations caused
By Judge Strickland + the
1 Waukegan Sheriff Mark Curran II
the theft of her car by Muskegon
Police from A domestic violence
lot "Every Womans Place + it was
Safe,

Cause of Action; Organized Crime Act
Las Vegas Police Casino

Prohibits Creation or management of
a Gambling organization of 5 or
more people if in Business over
30 days or 2000°° in Gross
revenue in one day
        The Las Vegas Police own the
largest online Casino in The
World. Plus they money
launder + evade tel taxes,
wrote dozens of fake charges &
warrants stalked me to Utah +
paid police there to stalk
me and to file trespass
charges illegally while I had a
Ticket & the entire town
was closed & was around
trespass to walk around
After 10 pm If was 1-2 am
in Salt Lake City Utah a danky
little town.

Cause of Action: Forfeiture Drug Laws
+ Org Crime Act

That this is a forfeiture case
Because everyone took
Bribes from Drug Addicts +
Racketeered nation wide to
steal kidnaps money, life
Children

Az 13-3413 — narcotics peyote,

Probable Cause
1) Actions giving rise to forfeiture happened
misprision of felony

2) They acquired the property
during the period of Actions
giving rise to forfeiture
within a reasonable time
after that period.

3) There no likely source
for the assets other than
the actions giving rise
to forfeiture;
Dangerous Drug Trafficking — Ivanka

This is the top of the iceberg
that Homeland Security
Civil Fights

Aug 30, 2022
USDOJ Report #
192974 - GGR
civilrights.justice.gov

Qui TAM Against The Con

Phoenix / Mesa / Chandler Az, Las Vegas
& All Police W/ Homeland Security
+ Tempe Police for Attempted
murders, Stalking, Bribes
money laundering I'm Romania
Russia etc

This being Done under 18 USC
2261, 1031, 371, 1961-1968, 1519,
2511, 2516,, 1983, 1985, 1988, 241, 242
1964, 1589, 1510, 1345, 2113,
2331, 2423,
            Violence Against Women Act
The American Disabilities Act
Gang Land OMNIBUS Act
Violence in Racketeering Act
Corrupt Practices Act
Foreign Corrupt Practices Act
AMDC 8.3, 8.4 and the
    Judicial Code of Which The
    Judges Who det Wally
    Skrutoski, Linda Skrutoski,
Chief Duggen's All on murder
Charges Violated Along
with their oaths of office
    Violence Against Women

April 17, 2022

Every night the Phoenix
police start in with noises
the FBI used to use to lure
me outside in the dark where
they can bludgeon me to
death with one of 500
black uneducated inner
city drug addicts that
Obama has crawling
all over the place & Trump &
Ivanka & Jared as well.

Last night they made
plans to burn my tent
down. The Phx Police
are Taliban Communist
supporters with Chief Jeri
Williams & ran guns
over the border to the Taliban
+ 20 yrs — for 50,000"
a truckload — According to
Mike Martinez a 3 yr
felon they paid to run the
drugs. Jared Kushner
did it at least once
by his own admission on
my emails!
Allegedly the US Marshalls
stopped them!

The Phoenix Police take bribes
from Ivanka, Jared,
Pelosi & the OBAMAS
mob family, Biden Harris, WheelerFB
Last nite OBAm got
on my phone (24-7) which hes
obsessed with me for my
judgment fund — + plot
In bold letters

WHAT ARE you GOING TO
DO WITH A TOOTHLESS
ARTIST?
(Referring to my daughter who is
the victm of a mormon
utah judge who
ordered her teeth to
Be pulled?)

They at Brighthealth dental
wouldnt let me
make an Appt however —
They disappeared + never
came back to the
front office!

Tempe Police stole the note from my free bike & then charged me w/ stealing a bike

Phx police broke my new antique bike (from the FBI w) casey immediately in the park & then paid all all the bike shops not to fix it.

Then I was given a nice bike by a mexican & he switched it to a broken bike for the Police & I left it on the porch to get rid of it & a Navajo the Chandler police hired stole it.

Then the Indian Center gave me a bike & Phx police stole it from Walmart in a conspiracy w/ Walmart Security in Tempe or mesa

Then a church gave me a bike in mesa & the police charged me w/ stealing it, in a conspiracy with fat Dir Nancy from IHELP who said I called him a shyster & !. hate jews!

Today the Phx & Mesa police
asked me to Tape
& had an old man dressed up
as a homeless man say
he was going to the library
& he didn't go ——

I went to 99¢ store & back
home. The police hired a
woman to wear a Tshirt =
St Vincent DePaul as if
theyre smelling me but they'd
never smell anybody!

The Police Are juvenile & crooked
& they need to be Taken off the
forces nationwide As only
psychopaths Are hired by
psychopathic academy Directors

Theyre Abusive bullys, corrupt
from 2 y/o & had corrupt
parents! FIRE them!
Theyre sick & so Are these
judges they Are & Act
for Bribes from Vanech
a Psychopath Like Her father,

In 2017 Chief J. Williams & The
Phx police were already
running guns to the Taliban
Trump come to Az to meet with
them & pay them off to kill
Karol Magistrelli.

The Las Vegas NV Police & All
Az police in Chandler, Mesa
who stalked Karol &
NV 6-8x to kill her,
Glendale Police, Henderson NV
Police, Tempe Az, were All
bribed by Nancy Pelosi, Ivanka & Jared
Kushner
Biden, Harris, members of
Congress, Linda & Walter
Slabroski, Julee Murkowski,
Judge Snow Carmody Neff,
McQuade Leones Letizia
My AG Lex, Cia James  (etc)
to jail Karol of on life
keep her in warrants for
life & kill her.

They use Zachary & Sheila Franklon
Jared Kushners, police &
homeless people to stalk
Karol 24/7.

Between Ivanka, Jared
Trump + the Obama mob
family + the FBI Agents
in the FBI witness program
All trying to kill Karol
Karol has had over

2500 hit men
2000 Warrants
all her money stolen hourly
by Ivanka Kushiner Cocaine Addict
Donald Trump - Cocaine Addict
Michelle Obama Probably on cocaine
Barack Obama cocaine addict
Bruce Fardon
V.P. Harris -
Alexandria Ocasio Cortez
a Cocaine Addict
Jared Kushner A Cocaine Addict
Gary Magistrella A Cocaine Addict
Teed Cruz (Lucifer)
Elizabeth Warner - A murderer
Jeri Williams & force - 100%
Ramone Baptista + force = murderers
L.A. Police -
Berny Sanders + force A murderer
Rashid Tlaib - Treason fighter
selling Tanks to Afghanistan

& Muslim Taliban Fighter Ilhan
   OMAR who
   Shot PM 2x   &
   Congress All supported it

The Police Are taking Bribes
   from All The Above & stalking
   Karol to kill her
   discreetly, for Trump Ivanka Pelosi
   JARed , Biden   Harris

There Are hundreds of
Motions to support this with
   homeland Security —
   Some of which Are corrupt
   & filing Karols suits
      under Justine Wilcox
   CRCL compliance e c. hq, dhs, gov
& crcl e dhs. gov,

The online Abuse Is As
   Bad As the physical
   stalking, making faces At
   Karol or Brutes etc
   Its Endless. — Janine wheeler
told hundreds of homeless to make faces
At Karol

Wherefore Kane Prays

A. That 100% of the Police in
Las Vegas NV
Chandler Az                    Flagstaff Az
Mesa Az                        N. Las Vegas NV
Glendale Az                    Grand Rapids MI
Tempe Az                       Tallahassee FL
Phoenix Az                     Port Charlotte & Orlando
Tallahassee FL                                    FL

Are Removed from their
positions under Drug
forfeiture laws in
USA + US C 981  §²
and their Badges, guns,
jobs, degrees, + Retirements
Are taken Away for
life to deter ongoing
criminal behavior

B. That 100% of their Assets under
drug forfeiture laws Are
given to the USA And
they all go to Prison for
life on the above
+ Attempted murders, + REASON
that they lose their JOBS, BADGES, GUNS
Retirement & degrees.

Cause of Action — 18 USC 1029
Credit Card Fraud
Food stamp Card Fraud

The Police regularly steal 1/2 of
Kamile Social Security money
from her Banks in A Conspiracy
with her Banks — All of
Them!! And I vanka, Donald Trump, Jared Kushner

The FBI Actually Closed down
a US Bank on Charleston Ave
in LAS Vegas due to Fraud on my Account
(Bank in the Day)

Currently Korsc has Desert (Credit Union? hx)
Juthanical where Kamila
hired a homeless Couple
named JJ & Candace with A last
Of felonies to steal from my
Checking Account, Stalk me &
do whatever they can to financially
destroy me. on 850 OO/m, when I
should be getting 1800-1900° /m
living in A DV shelter Due to
Police thefts.

Cause of terror by Police

WY Police here now you need the
Rest of the nation turning dishes
on Trump & IVANKA + hide
I know = daughters and
allegedly and of the shelters
with IVANKA in Cheyenne WY
to hide KNOWS daughters &
not Allow them Access to
KAROL.

They Are Also charging Know Rachel
& Rebekah w/ felonies
that Are IVANKA/Kishmens.

I'm hand writing this first to get something in As The Trumps are buying Police houses to keep them loyal to the verbal contract to kill me & my 2 daughters.

It would be so simple to simply bring them to me by car as they can't possibly fight back! They've been Judgebreed x 2 yrs! Plus the "MEDICATION" monitors hired by Ivanka based cocaine As well do free

my 1st Concern is my daughters — I'll worry About The rest but Rebekah needs Alzheimer meds & her Son & husband Returned As Pelosi, Ivanka, Donald Trump, Judge Murray Snow — Phoenix Are hiding my daughters All out of spite, jealousy, communist ignorance & They need to file WITH me & I need to get their medication straightened out

Cause 2 Action   18 USC — He + Others use Knol
   Magistrelli's Emails to
   Communicate

August 28, 2022 —
   ⅟₁ motion This Morning

D. Trump was on my email telling
   someone — Maybe Jared that he
   knows I turned in a lot of
   motions to Homeland Security
   that he can't look for right
   now (because the FBI is
   probably watching him After the read
   of classified documents that
   he showed Vladimir Putin —
   Without A Doubt!

I guess I received An
   injunction Against all the
   United States Supreme Courts
   Throw God because they're all
   doing free Based cocaine
   with Donald Trump, Gary
   Magistrelli, Ivanka Trump Kushner,
   Anthony + Sheila Fandos (separated
   Jared Kushners — getting a
   3rd divorce. Michelle + Barrack Obama

August 28'22 (Cause of Action    ID Thefts 1028
1029

Furthermore the Homeland Secy
ADM VACATED the Salary that
I vanick was getting from
my stolen Nursing license that the Mich
Bd of licensing removed for Baker

FTC 15139922 on Michelle Obama, Evanick as
movies, police salary, fingerprint
Card if non known RN license!

They Also may have fixed the
stolen fingerprint Card by Michelle
Obama written to FTC Fraud
& to Harvard as well - This is
the third time!

Homeland Security showed Karol an
email that Trump sent to Jared
allegedly saying that Karol sent
them a lot of notions that he -
Trump couldn't look for in the
present mess of stolen classified
documents that - I
know he showed Vladimir Putin

CAUSE of ACTION — 2½ SECond by SEcond
Persistnt Phone cyber stalking in
          Violation of 18 USC 1030 —
    Fraud (with Computers) And
    RELATED ACTIVITY In CONNECTION
    WITH Computers.

On Aug 27, 2030 The Cheyenne Wyoming
Police added a mandatory payment
of (15$) to The "CTP on Demand" Which
IS The BUS SERVICE in Cheyenne That
is CURB to curb — And prior to this
new phone number which IS A govt
phone that Az police had cloned!
    928-326-0671 → SO That KAROL;
who's SOCIAL SEcurity money is embezzled +
Extorted by Tallahasse Police
④ daily/monthly etc for bribes by
    IVANKA KASHimER, in An ongoing ATTEMPT
    nationwide to KEEP KAROL/magistrelli
    and her daughters indigent for
    life!
            THIS WAS initiated by jealous
    spoiled BRAT IVANKA KAShimer (Formerly
    IVANKA Trump Kushner 3x Divorced,

Cause of Action: 1 USCC 201 thousands of Bribes
WHO SPENDS 100% of her time
Bribing thousands to stalk & kill
Karol and her 2-maimed adult
daughters because Evanla & her
narcissistic sick in the head
father are so jealous of Karol
Magistrelli's whistleblower suits
they can't see straight!

The Cheyenne WY Police you owe the
Bad wages for Bribes but as
corrupt police go - Karol alleges
that they too as all the other
jurisdictions doing the same - live
off Bribes and money launder
as a force in thru whatever
country they chose. The Homeland
Security Civil Rights Division is
already investigating them even
though Karol has not yet reported
them to the USDOJ attorneys
who are investigating multiple
corrupt and out of control
police jurisdictions nationwide.
Evanla is buying them houses according
to Homeland Security!

Cause 1 Action - Bank Fraud 1344 2113 & Conspiracy 1342 242 1985

These Police Also In The PAST
Week (August 20-23) messed up Karols
over draft Protection where A
Representative from DESERT
Financial Credit Union told Karol
her overdraft protection goes up to
600°° a month which would be
taken care of when Karol gets her
EXTORTED Social Security payment of
$49°°. Half of Karols Social
Security IS stolen by Tallahassee
Police who forge child support
orders daily which used to
Be New World Order Judge
Murray Snows Job which he Already
admitted to on Karols email.
Judge Snow WAS stopped
Somehow by Homeland Security
and Ivanka Trump Kushner Kushner-
Kushner barbed the Tallahassee
Police to continue the forged child
Support because shes insanely
jealous and obsessed with
Karol & everything Karol Does

When Karol went to Walmart to purchase a new phone because the Cheyenne police downloaded a "SWIPE" screen so the phone wont open anymore, Walmart denied Karols ATM Card as Karol only has 49" in her Account — But overdraft should have kicked in for 110.00 extra so Karol could buy yet another phone (Karol has to buy a new phone monthly due to police in AZ, NV, CA FL all hacking for houses & Bribes from Ivanka and Donald Trump, Michelle Obama, former U.S. Attorney Zachary Fardon & his nanny WIFE former Mrs Jones, Sheila Bannix Fardon, JARED KUSHNERS, Joe Biden, Nancy Pelosi, VP Harris & a few Taliban sprinkled in with Vladimir Putin making an occasional threatening visit.

After 4 calls to Desert Immortal
A.C.U. her overdraft still
wont work — so Karol pulled out
an old gov't phone Trump that was
cloned by Police just so she could
call 911 in case one of the
hundreds of stalkers - hired by
Ukrainia, Michelle OBama,
Donald Trump etc actually do
get close enough to bludgeon
Karol to death.

Karol applied to a Marriott Hotel
today Aug 28 '2022 And
Already the Police went to
the desk person & told him not
to hire Karol and theres
Several women at this Steakhouse
who Allegedly work for the
Cheyenne Police & report
everything — so they can
undermine Karol for bribes
from Ukraine. This Marriott has
Rebekah Ruth Magistrelli Ryan Trafficed by
Nancy Pelosi & Michael Gazzolo Justa Law
Firm Springhill Suites - Nick Goetle Gen MgR
416 W. Fox Farm Rd Cheyenne 82007
USDOJ Complaint #

The Cheyenne W! Police stalked
KAROL AT The Bunke Sr
Center while waiting For The
"Bus on Demand" which KAROL
Called As her app Is messed
up - once KAROL went inside
he left.
        That Homeland Security
told KAROL That The Cheyenne Police, &
Phx police who stalked KAROL
do Cheyenne are stalking
KAROL for the purpose of intimidation
Entrapment And Its intimidation
and persistent Threats &
i'Ail because They Are livid
That KAROL keeps Reporting
Them to Homeland Security,
USDOJ, Congressional Representative
Liz Cheney - FCC, FTC, BSA
    And you name it!

That KAROL WAS TOLD That
Michelle OBAMA IS hiring
dozens of homeless to stalk
KAROL + KAROL Cant just up +
Run to the next town As
this New World Order group
has Taken over Americas
Supreme Cts nationwide And
they refuse to put drug
users in prison, So even Though
Police May Apprehend Anyone,
Budge JAMES Block ZAGEL, The District
Court in CHICAGO OO WROTE
An order — According to Homeland
Security Civil Rights Division
to All judges who 'USE DRUGS
NOT to Lock up Ivanka Trump
Kashner Who has Committed Thousands
of felonies And the ORDER WAS
WRITTEN For Bribes — may be sex
like she does with Judge
Murray Snow — For Bribes

The Police Aid + Abett over

1200 ᵗᵉᵗ men (1200) by December.

On Aug 20, 2022 - Karol called her United Health insurance which has 200⁰⁰ — 300⁰⁰ a month on it or vision insurance,

The Computer At Cheyenne Vision on Dell? Blvd said that Karol cancelled her vision insurance Jan 22, 2022 which is a lie. Every optician, optometrist or ophthalmologist is tribal by Police to deny Karol her civil right to health care and eye glasses and they do the same to Rachel Magistrelli and Rebekah Ruth Magistrelli Ryan & her son & husband.

The Police are Blocking loads of apps Karol tries to download plus the police download dozens of fraudulent apps as well many sent to Homeland Secy.

The Police routinely Block
TOR, All VPN apps including
Ghost, CyberGhost,

The Police blocked A call to
United Health from Karol on Aug 28, 22
sending Karol to A
"Voice-mail" That said
"The Voicemail Box is Full!
United Health NEVER USES Voicemail
and they're Available 24/h.
Karol has stolen Knows United
Health Insurance so
many times for her own illicit
drug use that Homeland
Security practically had to
open its own division for
her Insurance fraud!

Ivanka, Jared Kushner, Donald Trump, numerous Police, Sheriffs, all The Supreme Ct Justices And all the Congressional Reps use Free based cocaine so Ivanka has an "in" with these people - who under OBama All signed up for phones to creat a New World Order with Kanos stolen 1.4 Billion judgment fund, And this conspiracy involves a takeover of America with Vladimir Putin — And The Cheyenne WY Police, Phoenix Az Mesa Az Chandler Az Glendale Az, Casa Grande Az Gilberts all, Chicago Ill Grand Rapids MI, Tallahasee FL etc Police All Complicit

on getting a "piece of this Pie" + a house,
in kickbacks and rewards
from Obama-Care which was
written so Congress and George
Bush, Barrack Obama, Donald
Trump, Joe Biden could
steal 100% of Karol's judgment
Fund, Inheritances from Dad,
(An Cruin Oscar Pomarius, Boyfriend
Jim Bottrell, 2 uncles, Vernon Christiansen
Uncle Ju J, Vernon Christiansen
and Uncle Lawrence Pomarius
Karol's SEC. + IRS Awards
Karol + her daughters
stimulus checks
and her daughter money - Trusts
etc
as Ivanka, Jared, Michelle
Obama, Donald Trump Are in
A rage that Karol reported
nationwide organized crime

STEMMING from Dr GARY C, MAGFSTRELL,
and they use the Police to
jinmcikly destroy Kawls
life and her two homeless
brain damaged daughters That
FBF Chris Wany ordered the
FBI to stand down and let
Trump & OBAMA Biden, AOC,
l Chan OMAR, Rashid Tlaib
& more bludgen them to
infancy. And Michelle OBAMA
persistently bribes homeless
shelters to KICK Them out

Tonite — Aug 28 '22 Rebekah
who is forced to work at a
hotel brothel owned by
Nancy Pelosi has to show up
for "WORK with extras she's
Required to do — & do so
on then back & then sleep
OUTSide in freezing cold
By some bus stop un Cheyenne!

Karol signed up with
Compassion International who shes
sponsered many kids with
over the years, this with a
little girl named Naomi in
Peru living with her parents
in a mud hut and its only
$30.00 a month but the police
either blocked the payment
and stole it — or Evanlas
Trump stole it. ID-09954683 - sponsee
ID-Peo5300070T
Evanla has bribed so
many Police that she put
herself on their payroll as a
Police Officer — knowingly and
all the Chiefs allow it,
defrauding cities nationwide so
they can be on Evanlas
payroll and get a biweekly
payout — from Karol Angistrellis
Judgment fund —

Cause of Action Cyberstalking   18 USC 1030

Karol tried to transport her
Consumer Cellular phone before
the police & Ivanka totally
destroyed it with malware &
malwarebytes downloads onl
the Police intercepted the call
and gave Karol a p/N # 32390(0)
for the new carrier.
                The same day Karol
complained to the DOJ investigations
committee investigating the Phx
police who keep writing
charges & warrants against Karol,
Rachel & Rebekah with charges
that are Ivankas Trump kashmers
felonies to begin with,
                That Ivanka is bribing
Phx Police to persistently
reinstate a felony probation
on Rachel magistrelli that was
actually commital by a
gine named Rachel Bridges
at Hope Cottage shelter in
                Flagstaff Az
                (EXHIBIT _____

In A hospital 73 Loggers + Chief Duggan
Received life which was vacated with a Bribe, The way I understood

and Homeland Security has at
least one daily motion to
support Allegations herein

This case under Ashcroft v Iqbal
is not only plausable its
Based in Factualy documented
situations of Agg Battery
daily Against Karol + Rachel
Magistrelli, Rebekah R. Magistrelli
Ryan, and - its without
ed up x 14@ years under
Operation Goliath April 15 2009,

Karol never had a Single
Problem with the law in her
life and worked As A Registerd
Nurse till she Reported organized
crime stemming from Gary
Magistrelli a convicted sex
offender (Allegedly hidden und
a VIN number for Bribes)
+ drug Addict — who Bribed the

these police to lock her up via
entrapment or WHATEVER because
hes Angry she walked in on
him while molesting our 36 mo/
old baby from China — And
Reported it to the Police
who helped him forge All
the documents, fingerprints, letters
Because his 1st WIFE charged
him with child sexual Abuse
& the Police get kickbacks &
Bribes for maintaing custody
with men — no matter what —
under Obama care!
       When KAROL walked in with
her daughters & her report —
they (all) had their tail between
their legs but the forgeries
were close and they took
Bribes from Gary!
They ruined our lives with
       this monster who has

The Police put "codes" on KAROLS
govt phone where KAROL IS
WATCHING!

*899*#

IP ADDRESS: 10:65:88:37
Custom Built Version:
  culps-mp-rO.mp2-V8.46-P20

Build no. M4009C-3970L-A_V02-20211028

The Police NAtionwide Are being
Bribed by Donald Trump,
Ivanka Trump KISHAMEN
Michelle OBAMA
Supreme Ct JUSTICES
Roberts, Gorusch, KAVANAUGH &
JACKSON.

Trump had KAVANAUGH put A
geo tracker on ALL of KAROLS
phones so Trump, IVANKA, &
Police NATIonwide, JARED, Pelosi
ETC Can hack & stalk her
everywhere.

to STALK and bludgeon Karol
if SHE WERE TO ALLOW THEM
to get close enough —
and once they tied up her
CAT to the bottom of the box
spring & terromzeed her so
much she got out of her collar
& WAS cowering under the bed
when Karol Came back.

The Phx police broke the tent
zipper to Karols tent trying
to let her CAT loose who
WAS declawed & would never
make it alone — And Karol
found her sneaking down A
street with A 6' leash
Attached!
The Police in Phx put ants
inside Karols tent for babes
from evanka,
The Chandleer Police put
scorpions in her campsite, Ran over
Karol with A truck — put her

STALKED KAROL SINCE 1986
Because he's a mentally ill
drug ADDICT Pedophile MOB
BOSS Who STARTED THIS mess
in Illinois

Last MONTH the Phx Police WENT
ALong WITH GARY PAYING off over
100 black drug addicted
felons on the streets in tents
around the MAIN eating place
at CASS shelter so these
felons Would walk up to
KAROL & START screaming for
nothing.

KAROL CANT CALL Police on
anything because Theyel
turn it on KAROL!

Besides the Police Are TAKING
Bribes from Nancy Pelosi
who Bribes Them to steal
millions of Papers from KAROLS
Storage units, suitcases,
Back packs, Apts etc.

Pelosi, Vladimir Putin, Jared
Kushner Donald Trump,
Ivanka Trump Kashmer,
Barrack & Michelle Obama,
Sasha & malia Obama,
Linda & Walter Slankoski All
Bribe Police to file charges
& Warrants daily with a Daily
insurrection of Warrants that
has been going on since
Dec 18, 20211 and — Their
intent is to keep it up forever
while they are, including
Congress, UT/CA/AZ/NV, NM,
my Police and Supreme Courts
embezzle daily from
Kansas judgment fund (and
file her suits in false
names making Billions!

Carolina Sevilla
Justen Wilcox
Daisy Smith

are Three of the most Common
used by Police & Congress.

Verification

Pursuant to Laws of Perjury in
18 USC 2218 the undersigned certifies
that the statements herein are
true to the best of her knowledge
& experience with Homeland Security
Civil Rights Team Jwhere allegedly
Director Daniel Sutherland was paid
off by Islamyst & he needs to
be apprehended & prosecuted
So Israel can be safe,

Karol Magistrelli
August 14, 2022

Karol Magistrelli
11-17-22

STATE OF Wyoming
COUNTY OF Natrona

Sworn to (or affirmed) and subscribed before me
this 17 day of Nov , 2022
by Karol Magistrelli

_Gayla Peterman_
Notary Public's Signature
My Commission Expires March 4, 2023

_Notary Name_

GAYLA PETERMAN
Notary Public
State of Wyoming
County of Natrona
My Commission Expires
March 06, 2023