KAROL D MAGISTRELLI
PO BOX 2030
CASPER WYOMING 82602

307-233-6925
307 220 -4029
KAROLMAGISTRELLi 201 @ gmail.com

The FOLLOWING DOCUMENTS were mailed
WITHOUT COPIES AS Donald Trump,
JARED KUShNERS & Ivanka Trump-Kashimer
are STALKING me 24/7 & having
homeless women & men in The Casper
Rescue Mission fuling my SUITS
they STEAL from printers,
flash drives, phones ETC & I
CAN'T MAKE copies. The Homeland
Security civil Rights DIV. will vouch
for This As They're monitoring everything etc.

Karol Magistrelli

A