# UNITED STATES DISTRICT COURT

## 2021 CAPITAL AVENUE

## CHEYENNE, WYOMING 82001

## SMALL AFFIDAVIT TO SUPPORT KAROL MAGISTRELLI'S QUI TAM AGAINST JUSTICE PEARCE AND THE UTAH SUPREME COURT, JUDGE JAMES BLOCK ZAGEL, CHIEF JUDGE MURRAY SNOW, JUDGE NEFF, CARMODY AND MURKOWSKI OF GRAND RAPIDS, MI,

MS. KAROL D. MAGISTRELLI AND ON

BEHALF OF HER DAUGHTERS RACHEL MAGISTRELLI

REBEKAH MAGISTRELLI AND HER SON.

V.

JUSTICE PEARCE AND THE UTAH SUPREME COURT, JUDGE JAMES BLOCK ZAGEL, CHIEF JUDGE MURRAY SNOW, JUDGE NEFF, CARMODY AND MURKOWSKI OF GRAND RAPIDS, MI, JUDGE MCQUAID ANN ARBOR MI.

VERIFICATION:  PURSUANT TO LAWS OF PERJURY IN 18 USC 2216 THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS HEREIN ARE TRUE TO THE BEST OF HER KNOWLEDGE.

SIGNATURE: _Karol Magistrelli_

NOTORY: _Kimberly J. Store  10/5/2022_

Kimberly J. Store
Notary Public
County of Laramie
State of Wyoming
My Commission Expires September 2024

WERE DRIVING OVER THE BORDER IN AZ PAYING $50,000.00 A TRUCKLOAD FOR TWO YEARS!  KAROL FOUND THIS INFO WHEN SHE OBTAINED A RIDE SHARE FROM CRAIGSLIST BY A 36 YEAR FELON IN PRISON NAMED MIKE MARTINEZ WHO ASKED KAROL IF SHE WANTED TO MAKE $50,000.00 BY *Exhibit*
PRETENDING SHE WAS HIS GIRLFRIEND  AND RIDE OVER THE BORDER WITH ALL THESE GUNS.

15. THEN KAROLS EYE GLASS OPTICIAN TOLD HER HE HAD A FRIEND RUNNING GUNS OVER THE BORDER TO THE RUSSIANS AND THE FBI TOLD KAROL THEY WERE GOING TO COMMUNIST TALIBAN FOR JARED, IVANLA AND DONALD TRUMPS SCHEME, JOE BIDEN AND VP HARRIS AND THEN KAROL READ ALL ABOUT THE GUNS WHICH ALREADY FLOODED THE COUNTRY WHEN COMMUNIST JOE BIDEN LEFT 400+ AMERICANS AND OTHERS FOR LUNCHMEAT WITH THE TALIBAN WHO FLOODED THE COUNTRY OVER NITE. A FEMALE REPORTER WITH "THE HILL" REPORTS ON IT IN YOU TUBE ASKING WHY ARE ALL THE GUNS AMERICAN. I CANNOT FIND IT BUT I TWEETED THE HILL AND I'LL GET BACK TO YOU. IM BEING TOLD THAT I WAS BLOCKED FROM THE ARTICLE BY THE CHEYENNE WY POLICE ONLINE.



THAT

# Log In

Welcome back to your account!

- **The user name or password provided is incorrect.**

User name [ karol magistrelli ]

Password [ ************** ]

☐  Remember Username

☐  Keep me logged in

[ Log In ]

[ Billing ]

[ Sign Up! ]

<u>Forgot your information?</u>

*A*

📞 1-855-749-1737

 **Traveling Mailbox**
*Your Mail Anywhere!*

Thank you. Your order has been received.

ORDER NUMBER:
**1449241**

DATE:
**September 20, 2022**

EMAIL:
**karolmaigistrelli201@gmail.com**

TOTAL:
**$19.95**

PAYMENT METHOD:
**Credit card**

View the status of your subscription in your account.

## Order details

| Product | Total |
|---|---|
| Grand Rapids, MI Address × 1<br>**Billing Cycle:** Monthly<br>**Plan Type:** Basic Plan ($19.95 - 35 Page Scans)<br>**Choose Address:** Grand Rapids, MI (Premium Address) | $19.95 |
| **Subtotal:** | $19.95 |
| **Payment method:** | Credit card |
| **Total:** | $19.95 |

## Related subscriptions

| Subscription | Status | Next payment | Total | |
|---|---|---|---|---|
| #1449242 | Active | October 20, 2022 | $19.95 / month | View |

Order again

## Billing address

Karol D Magistreli
232 S. 12th Ave
phoenix, AZ 49525
🔗 307-433-43337
✉ karolmaigistrelli201@gmail.com



Copyright © 2022. All Rights Reserved To Traveling Mailbox.

Home    How it Works    Features    Security    Pricing    Contact Us

*A*

1/1

9/20/22, 10:53 AM       Re: Ticket #VHE79: i just signed in and i thought that I put my user name as karol magistrelli but mow I cannot sigen in - karolma...

Re: Ticket #VHE79: i just signed in and i thought that I put my user name as karol magistrelli but mow I cal

 **Traveling Mailbox Support**
to me

**Ticket reopened**

## i just signed in and i thought that I put my user name as karol magistrelli bu in

Karol Magistrelli

the address I used is 232 S. 12th avenue, phoenix az 85007 and the user
name that I used I THOUHGT WAS KAROL MAGISTRELLI.
NO OTHER.

Jennifer

Hello Karol,

My apologies, I am not finding an account under your name or email. Could you confirm your address with us and the account name.

Feel free to contact our office directly at 1-855-749-1737 if you have further questions.

Kind Regards,
Jenn

Karol Magistrelli

can you tell me what my username was? it used to be karol magistrelli
just a few minutes ao when I signed in .

karol Maigistreli

Chat now

[ Thank you for your help! ]  [ It worked. ]  [ Thank you for your assistance. ]

( Reply )  ( Forward )

B

9/20/22, 11:40 AM                                    image.png (856×535)

## Email details                                                    ✕

View the email's details, along with delivery and tracking information.

| Timeline | Details | Headers |

| Date | Host | Info |
|---|---|---|
| 09/20/2022 1:00:04 PM  [Rejected] | smtp2go.com | 550 <karolmaigistrelli201@gmail.com> 550-5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 double-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces. Learn more at 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser n19-20020a17090695d300b007771bc8dbb4si83 401ejy.781 - gsmtp : previously hard-bounced and is currently blocked. If you think the recipient will no longer hard-bounce they can be unblocked from the |

[ OK ]



Blocked By Judge
Pearce & the Utah
Supreme Ct — a
Criminal who Ordered
Rachels teeth pulled,



9/20/22, 12:09 PM                                          Notifications / Twitter

# New login alert There was a login to your account @KarolMagistre13 from a new device.

New login
Device: Chrome on Android
Location*: Chicago, IL, USA
When: Thursday, September 15, 2022 at 5:48 PM PDT (4 days ago)

*Location is approximate based on the login's IP address.

If this was you
  • You can ignore this message. There's no need to take any action.

If this wasn't you
  • Change your password now to protect your account. You'll be logged out of all your active Twitter
sessions except the one you're using at this time.



Notifications / Twitter

# New login alert There was a login to your account @KarolMagistre13 from a new device.

New login
Device: Chrome on Android
Location*: Brookhaven, GA, USA
When: Saturday, September 17, 2022 at 2:54 PM PDT (2 days ago)

*Location is approximate based on the login's IP address.

If this was you
  • You can ignore this message. There's no need to take any action.

If this wasn't you
  • Change your password now to protect your account. You'll be logged out of all your active Twitter sessions except the one you're using at this time.



9/20/22, 12:09 PM                                              Notifications / Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Pr

M

## New login alert

There was a login to your account @KarolMagistre13 from a new device.

New login
Device: Chrome on Android
Location*: Brooklyn, NY, USA
When: Wednesday, September 14, 2022 at 8:17 PM PDT (5 days ago)

*Location is approximate based on the login's IP address.

If this was you
 • You can ignore this message. There's no need to take any action.

If this wasn't you
 • Change your password now to protect your account. You'll be logged out of all your active Twitter sessions except the one you're using at this time.

Got it

**Karol Magistrelli**   • • •
@KarolMagistre13

9/20/22, 12:13 PM                                             uBlock₀ — Logger



List | Table          Plain | Markdown          Copy to clipboard

https://api.twitter.com/1.1/jot/client_event.json
```
+5376
||twitter.com/1.1/jot/client_event.json
--
twitter.com
0,1
xhr
https://api.twitter.com/1.1/jot/client_event.json
```
+5376
||twitter.com/1.1/jot/client_event.json
--
twitter.com
0,1
xhr
https://api.twitter.com/1.1/jot/client_event.json
```
+5375
twitter.com
0,3
xhr
https://abs.twimg.com/responsive-web/client-web/ondemand.MessageHandler.7d29bfe9.js
```
+5375
||twitter.com/1.1/jot/client_event.json
--
twitter.com
0,1
xhr
https://api.twitter.com/1.1/jot/client_event.json
```
+5375
twitter.com
0,1
xhr
https://twitter.com/i/api/1.1/jot/ces/p2
```



chrome-extension://cjpalhdlnbpafiamejdnhcphjbkeiagm/logger-ui.html?popup=1#_                     1/2

uBlockₒ — Logger

| | | | |
|---|---|---|---|
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:35 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |

| | | | |
|---|---|---|---|
| 11:59:34 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:34 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:34 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:34 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:34 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:34 | twitter.com | 0,1 xhr | https://twitter.com/home?precache=1 |
| 11:59:34 | twitter.com | 0,3 xhr | https://abs.twimg.com/responsive-web/client... |
| 11:59:34 | twitter.com | 0,3 script | https://abs.twimg.com/responsive-web/client... |
| 11:59:33 | twitter.com | 0,1 script | https://twitter.com/sw.js |
| 11:43:59 | mail.google.com | 0,1 xhr | https://mail.google.com/_/scs/mail-static/_/js... |
| 10:51:18 | mail.google.com | 0,1 script | https://mail.google.com/mail/u/0/sw.js?offlin... |
| 10:47:14 | mail.google.com | 0,1 xhr | https://mail.google.com/_/scs/mail-static/_/js... |
| 10:38:19 | mail.google.com | 0,1 xhr | https://mail.google.com/_/scs/mail-static/_/js... |
| 10:38:01 \|\|twitter.com/i/jot | platform.twitter.com | 0,1 ping | https://syndication.**twitter.com/i/jot**/embed... |



1/1

uBlock₀ — Logger