FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 28 2022

Margaret Botkins, Clerk
Cheyenne

Qui Tam Against Speaker of The House Nancy Pelosi, & all her coconspirators Racketeering with Vladimir Putin to overtake the United States of America for a new World order with the Trump—Obama and Biden Administration mobs as world leaders!

Kami Magistrelli &
on Behalf of her
daughters
Rachel Magistrelli
& Rebekah Ryan & son & husband

V.

Nancy Pelosi, Donald Trump, Ivanka Trump Kashmer, Jared Kushners & Sheila/Bruce/Zach Trandon.

Verification: Pursuant to laws of Perjury after 14 yrs of Hell on Earth the undersigned certifies that the statements herein are true to the best of her knowledge & experience with Homeland Sec'y.

Notary:

Nancy Pelosi

Cause of Action – Treason, Malfeasance of Office, Stalking Nationwide, Threats of being serviced, homeless etc, 18 USC 3729 – 1519, 1028 1201

Nancy Pelosi is in a conspiracy against the United States with the entire Obama mob, Trump mob, USDOJ, Chris Wray, James Comey, Trey Gowdy, the doctors who deny Rebekah medications, the pushers & Ivanka Kashmer who killed Rachel, the thousands of stalkers, the homeless rats who go from shelter to shelter stalking Karol Magistrelli and her daughters to kill us!

The money was illegally attached to Rebekah & they're hiding it from her!

1. This case is a Qui Tam under
2. 31 USC 3729 Qui tam
3. Funding Fraud and Whistleblower
4. laws, the U.S. Constitution,
5. Bill of Rights and TRAFFICKING
6. of DISABLED ADULTS TORTURED and
7. maimed on a DAILY BASIS.

8. This case is 14 years long because
9. B. OBAMA APPOINTED to every Fed.
10. Agency drug users of Free based
11. Cocaine,
12. The USDOJ & Congress are
13. again deleting Everything under
14. Operation Goliath + KABUL
15. magistrealí with all the
16. Cocaine + meth + heroin Addicted
17. Judges
18. Neff — Grand Rapids MI

2

1. Carmody - Grand Rapids MI
2. McQuaid - Ann Arbor MI
3. Zagel - Chicago Ill
4. Probate Judge Murkowski - Grand Rapids MI
5. 19th Judicial Ct 100% Waukegan Ill
6. Cory - D.V Judge NV
7. CA Supreme Court
8. Utah Supreme Court
9. Ill, NV, FL, MI, IN, GA Suprem Cts
10. 50 Bribed DI65
11. The USDOJ All Bribed by OBAMA
12. 50 Governors All Bribed by OBAMA
13. 
14. Hundreds of Police & Entertainers
15. Embezzling from KAWL
16. Magistrelli's Judgment
17. fand althewhile,

3

1. Pelosi, Trump & the Congressional
2. Reps are snorting free based
3. Cocaine, meth, heroin etc

4. Pelosi won't allow Karol's daughters
5. to be with Karol who can help
6. them, she has Phx Police
7. moving them constantly for bribes
8. from Trump & Ivanka Kushner
9. & they just pulled all of Rachels
10. teeth in retaliation &
11. have dozens of hit men on
12. Karol & her daughters.
13. From Gov Ducey, Congress, Trump,
14. Ivanka Kushner, Jared Kushner,
15. Sheriffs Penzone, Duggen, & more
16. Known to Homeland Secy &
17. Phx/ Chandler/ Mesa Az Police
18. Las Vegas Police

4

1. Theyre all hiding Karols
2. daughters while Racketeering with
3. Vladimir Putin to take
4. over the world as if
5. Putin will give any power
6. to OBAMA! NEVER!
7. Karols Rachel is working for
8. Lewin for Pelosi Around
9. 44TH ST Airport &
10. Mesa airport lite Rail
11. & Rebekah IS in A Kitchen
12. Brothel somewhere in Phoenix - NOT WY!
13. Karol has sent in 100s
14. of motions to no Avail &
15. last nite Homeland
16. Security who only uses
17. cocaine addicted judges
18. told Karol in so many
19. words 'Youll Never See Your
20. Children! — They took Bribes from
21. BARACK, Michelle OBAMA, Trump,

5

22 Elunker who also paid
23 hundreds of Entertainers & the
24 911 wives to embezzle every
25 dime from Karol,

26 Trump just forged Election
27 Votes in Wisconsin according
28 to Jareds email on Karols
29 email to the Romneys & he
30 has 2 Felonies he paid multiple
31 Media outlets to hide
32    ABC, Fox, NBC, CSPAN, CNBC,
33   NYT, Chicago Tribune &
34 all of them need to be
35 fired immediately and tell
36 America what is really going on,
37 was Uteluv TX real or Another
   story for gun control Activists

1. Hundreds of Motions, Affidavits
2. Etc were emailed in that
3. Homeland Security Witness
4. Program may be shredding As
5. they All are embezzling & took
6. Bribes from Ivanka, Kushner
7. Jared Kushner + Pelosi, Pence?
8. + Congress
9. 100% of All Congressional Reps
10. snort free based cocaine with
11. Gary Magistrelli + most Supreme
12. CA Judges + they need to
13. Be in Prison for Treason

7

1. Wherefore Karol Prays
2. A. That Karol, Rachel & Rebekah
3. will be put in an Apt away
4. from Phx where hundreds
5. stalk us to kill, maim &
6. steal everything we own with Karol
   ~~they are outside~~
7. (Ivanka ~~Michelle Obama~~ Kushner-Kashmer just stole my suitcase)
   from Greyhound.

8. B. That Trump Sr, Ivanka Trump Kushner,
9. Jared Kushner, Zachary & Sheila
10. (Phamily) Farooq, Nancy Pelosi,
11. Gary Magistrelli, Lindsey Graham
12. taking bribes from Gary &
13. drug addict w/ the rest of
14. Congress Joe Biden, Kamala
15. Harris, + Homeland Sec'y Attorneys possibly as stated on my phone
16. (Witness Protection Team along with
17. FBI Witness Protection Team,
18. Ilhan Omar, Rashid Tlaib, Sr Booker
19. Sr Collins, Sr Warren, Sr Simon, The Gallegos
20. Gov Holcomb, Gov Sisolyk, Dudley, Sheriff
21. Penzone, Beck, Arpaio, Lombardo, Curran

8

22   are apprehended as besides
23   the drugs, brothels &
24   embezzling theyre conspiring
25   with Vladimir Putin
26   a Pro-Taliban Communist murderer
27   known throughout the world.
28

29  C. That all the smokers hired
30     by Michelle & Barack Obama
31     Jared Kushner
32     Ivanka Kushner
       9+ wives Dme
       Entertainers known to
33   Homeland Security Civil
34   Rights Div Are
35   Apprehended & charged
36   with Aiding & Abetting A Communist
37   Taliban Ivanka Kushner
38   Plus criminal trespass to storage
39   units, my Purse, stealing motions, in
40   etc, kidnapping &
41   attempted murder as theyre
     hiring hit men for Ivanka
     Trump Kushner.

9

1. Thor Pielot, VP Harris, The
2. Entire Phoenix, Mesa, AZ, Glendale,
3. Chandler, Scottsdale AZ
4. Police & Their Chiefs Are
5. Apprehended with Ivanka, Joe Biden
6. Kushner, Jared Kushner, Zachary +
7. Sheila Fradon,
8. All The care givers illegally Appted,
9. Linda + Walter Slaktoski
10. Jonathon Slaktoski & Alexi Slaktoski
11. Amber Sauer, Alexa Slaktoski
12. The Plainfield Township Recorders
    office.
13. Jenny Snyder — Homeland Security
14. James Comey & Chris Wray — FBI
15. Janine Wheeler
    Sidoin Johnson
    Mike Harvey
    Dan Caine, Tyler,
    Kent Wilkenson, Mark + wife, Steve, Brian
    Pat Diamond, Tina Coy, Ken
    The bribed Circle in The City
    Nurses & Doctors,

1. The Dentists who Policed
2. Rachel's Teeth, Brightview Dental
3. from Brightview Dental at Cass
4. The Cass Residents filing
5. insurance claims known to Homeland Secy Witness Program
6. The Bribed Cass Residents
7. The Bribed Cass Employees

8. The Phoenix Police + Jeff Williams Chief
9. The Mesa Police, Az Chief Baptista
10. the Tallahassee Police Force! + Cheyenne WY Police Force
11. To be amended once I
12. am able to use a Computer!
13. Henderson NV Police, Las Vegas Police, Glendale Az Police Gilberts Lee Police Grand Rapids MI Police Traverse City Police Force Kalamazoo MI Police Force, Sturgeon MI Police
14. Karen Federighi
15. Catherine Campbell
16. Deb Durbin
17. Salian Muslim
18. Erin McRath
19. Vlendimir Putin

61

1. Q. The defendants are guilty of:
2. 18 USCS 2-6, 1001, 1513, 1512,
3. 242, 241, 874, 872, The Int'l Stolen
4. Property Act, making it a crime
5. Against the United States of
6. America,
7. Theft by Deception
8. 2113, 1344, 1341, 1342
9. Insurrection Against Knox Magistrell
10. Daily
11. Espionage Act
12. Tampering with the U.S. Treasury Code
13. & US Constitution & Asset Forfeiture laws
14. State Funding Fraud in 50 states
15. Federal Funding Fraud in 50 states
16. & Chronic Embezzlement 872 874
17. By Pelosi ($88 million from BLM)
    Biden ($83 million from BLM)
18. Insider Trading
19. 201 ° 1956 — & all the
20. Countries & Companies need to be trashed
21. in but my daughters
22. are being slaughtered
23. NRDC 8.3 & 8.4

1. Misprision of felony
2. over + over
3. misuse of warrants
4. constant Terrorization by
5. FBI, Homeland Security
6. Witness Programs - the
7. hatred can be felt
8. + seen with evidence
9. Prostitution in Mar-Alago & the White House
10.
11. underage sex by Congressman (Gaetz)
12. who bribed judges
13. The U.S. Constitution DV Clause
14. + DV laws in all 50 states
15. Child sex Trafficking by
16. Gary Naysmeely et al
17. Malfeasance of Office & Judicial
18. Code Violations
19. with hundreds of drug using judges
20. & their own hit men,
21. putting Obamacare in place
22. Enacting a Shariah Communist Manifesto,
23. So Congress can steal everything
24. from citizens and not pay taxes

1. 1983, 1985, 1988, 1964,
2. Violence Against Women
3. Violence in Rape Recovery
4. Forgery of Karol's Signature 1988
5. PDFs of Karol's Signature by Barry
6. on iPhones
7. for Evonka
8. Fraudulent Concealment, HIPPA Violations
9. Disabled girls,
10. Fraudulent Municipality Charges,
11. wrongful deaths
12. wrongful convictions
13. wrongful Termination of Parental
14. Rights over & over
15. Fraudulent Adoptions over & over
16. Hundreds of Fraudulent Insurance
17. Claims using uneducated
18. greedy, homeless who
19. will kill for a buck
20. But refuse to work
21. Treason, Plans to overthrow the gov't,
22. Murder - hiring numerous hit men for
23. Karol & her daughter

14

1. Bribes to 6 + Supreme Ct
2. Justices — all drug addicts
3. Stalking across state lines
4. by thousands,
5. Racketeering between 50
6. states, mayors, governors,
7. 4 U.S Presidents &
8. 50 OIGs, 50 Attorney Generals
9. all who took a cut of the 1.4
10. Billion & now Kamala is
11. Bribing thousands to deplete
12. the fund & it needs to
13. Be put back with 9%
14. interest and — whatever is
15. lost can come out of her
16. Billion dollar nest egg
17. to replace what she &
18. her Daddy Dearest
19. Stole from Karol &
20. her daughters.

15

1. Changing 350+ Laws
2. So there's no criminal prosecution
3. For fraud upon the court,
4. The formed + Error intentionally
5. By Congress, Trump, Bush,
6. The Obama mob family —
7. IRC 6301, 7604, 7603 7202 7212
8.  & more
9. The attempted embezzlement of
10. The 389 million allotted to
11. Ukrain by Congress who wanted
12. it for themselves — So Trump
13. Placed hits on Ambassador
14. Yovanovich.
15. The wrongful Espionage charge
16. of Snowden which needs to
17. Be transferred to the Obama
18. family & Congress!
19. 
20. The daily filings of knows
21. suits by Congress under fake
    names Carol Sevilla today

5/

1. The illegal use of
2. CC network by the
3. defendants on Karol's
4. phones
5. 4DO259 OLID
6. using FBI to forge Karol's
7. name 1 million times &
8. steal all her money
9. after forging
10. Motion O'neill
11. & Motion Elliott
12. which Karol was never given
13. & can't access!
    forced upon the C*.

Karol Chojnacki-Elliott
May 2

18 & 18

Verification,

Pursuant to laws of
Perjury in 750 ILCS 5/1-09 and
18 USC 1001, 2216, 1028, 1519, 1036, 371
2423, 2331, 242, 1988, 1985, 1983,
1964 The undersigned certifies
the statements herein are
true to the best of
her knowledge.

Karol Magistrelli    11-17-22

STATE OF Wyoming
COUNTY OF Natrona

Sworn to (or affirmed) and subscribed before me
this 17 day of Nov, 2022
by Karol Magistrelli

Notary Public's Signature
My Commission Expires March 6, 2023

GAYLA PETERMAN
Notary Public
State of Wyoming
County of Natrona
My Commission Expires
March 06, 2023

18 of 18