FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 28 2022

Margaret Botkins, Clerk
Cheyenne

DISTRICT Ct #

QUI TAM — 18 USC 872 & 874

FORT OF DECEIT AGAINST ENTERTAINERS
WHO hired HIT MEN FOR KAROL
MAGISTRELLI AND EMBEZZLED from
KAROL MAGISTRELLI'S Judgment Fund
for Bribes from IVANKA Trump - KASHNER

To Adude
KATE MIDDLETON of ENGLAND
ALEC BALDWIN WHO STALKED KAROL
(IN PHOENIX on The FIGHT PAZ

KEITH URBAN
CARRIE Underwood
Ashly Judd
SINGER ADELE

OTHERS KNOWN TO Homeland Security
WITNESS PROGRAM

LOREN Allrod —
HARRY and Megan of England
SANDRA BULLOCK (BEST WITH
Homeland security) - in the
thousands

KAROL MAGISTRELLI
PLAINTIFF
VS
ENTERTAINERS
Respondents

This Qui Tam is Based on
false statements And attempted
Murder, stalking across state
lines by Alec Baldwin who
stalked KAROL MAGISTRELLI on
the light Rail in Phoenix on
At least two occasions which
she reported to Homeland
security

Alec Baldwin Allegedly had an
injunction or order to
quit embezzling from Karols
Judgment fund And was
angry As he took bribes
from Ivanka Trump and knew he
opened up a can of worms.

ALEC BALDWIN is a corrupt
person who will

2

Ms. Karol MAGISTRELLI
        PLAINTIFF

        V,

Kate Middleton
Alec BALDWIN
KEITH URBAN
Ashley Judd
SINGER Adele
SANDRA Bullock
Steven Speilberg
MICHAEL JORDAN
DOLLY PARTON   Homeland   Security As
(IST WITH                      Some
I never even heard? of
  I) These people?
CECE WINons
Carrie Underwood,
(Complete list with Homeland
        Security Civil rights
        non - Attorneys

3

Connie Underwood who pretends
to be a christian with
Ce Ce Winums, Naomi Judd,
Ashley Judd.

money laundering as well
Whitney Houston Estate
Frank Sinatra Estate
Kanos old Bank Accounts

Marilyn Monroe Estate
Looney Tunes,
Sesame Street

4

All These Greedy, underhanded
Entertainers with ultimate cause
doing free based cocaine as
well with Ivanla Relied on
her Representation which was
material As it was one of the
factors that together led to
their course of Action.
1) Embezzling
2) Hiring a hit man or in
Baldwins case trying to
kill Karol himself by
coming to Phx and
stalking her over state lines

This fraudulent misrepresentation
of Karol Magestrelli by Ivanla
doesn't have to be the sole
reason for their actions
which led to Karols loss
in the millions from her
judgment fund, inheritances
tax returns, IRS & SEC awards
& stimulus checks.

5

to the point where Karol who worked as a registered nurse for 34 years was shut down by Kamala, Jared and Donald Trump so she can't get a job doing anything!

Trump and his mob have Karol stalked with police nationwide daily so minutes after applying for any job, the police are in there telling them not to hire Karol.

In the past week of Aug 31 —
Red Lion Hotel
Comfort Inn Hotel
Marriot Springhill Suites
& TRU-Hilton
were all told not to hire Karol

As soon as they realize who Karol is their "tune changes."

6

SUBSTANTIVE DAMAGES WERE
Incurred As a Result of The
theft of KAROLS homes, money
inheritances, IRS. SEC Refunds
and Stimulus checks So that
KAROL IS either on the streets
or in one shelter After Another
And it's unlawful,
This was totally DECEITFULL
And part of A large conspiracy
against KAROL And her
Daughters Rights Civilly

Socially, physically, spiritually,
in the overall scheme to kill
KAROL & her Daughters!

This mob of new world order Communists

7

REMEDY
Because the loss is monetary and
a significant amount, the
remedy is
1) Return what was stolen
2) Damages in Relation to
Karol & her daughters
homelessness they furthered,
— the terror of hit men
which are around the clock
— the emotional and
physical abuse of Karol and
her daughters that
Iwanla made homeless as
well, in this conspiring to
steal every dime so
Karol and her daughters
have nothing to live on
and end up in
homeless shelters or
on the streets!

These entertainers and Iwanla
are a danger to society &
Karol Magistrelli & her daughters

8

The damages include:
1) the return of stolen money
Actual & Compensatory Damages
for housing Kansas stolen
2) suitcase by Ivanka,
stolen inheritance money
stolen stimulus checks

IRC 7603, 7202, 7212 7604 6301
Tax Fraud & Evasion

Bank Fraud & Conspiracy
18 USC 1344 + 2113

Damages under the Fair housing Act,
Wine Fraud 18 USC 1341

Special damages for malice,
hate crimes against a
Christian they hate because
of her beliefs &
hate crimes against her
Asian grey daughters

stalking Across state lines
the daily kidnapping by Ivanka,
Hillary, Michelle Obama &
& Nancy Pelosi using police
nationwide

9

STATUTES:

18 USC 2261 - STALKING

18 USC 1001 - FALSE STATEMENTS
VIOLENCE AGAINST WOMEN ACT

VIOLENCE in RACKETEERING ACT

CIVIL RIGHTS ACT
Justice.gov 194225 - WDC Report civil Rights
CIVIL CODE CALIFORNIA
DECEPTIVE PRACTICES 1770-1776

(a)
(1) PASSING OFF GOODS or Sxs as
those of Another
(2) MISREPRESENTING the source sponsorship
approval, or certification of goods or Sx

Rehabilitation Act
Mandatory Restitution under
the Victims Rights Acts
& Violence Against Women.

10

Count- Use of Interstate Commerce Facilities
in the Commission of murder for hire

Que Tam 1 USC 3729 —

This ~~Count of Records~~ is Based on
18 USC 201 — Bribes from Ivanka Trump

§ 1958 Soliciting murder for hire: (a) A Person
Commits the offense of Solicitation of
murder for hire when, with the intent
that the offense of first degree
murder Be committed, he or she
procures another to commit that
offense pursuant to any contract
Agreement, understanding command,
or Request for money or
anything of Value

Interstate Travel in Aid of Racketeering
(18 USC § 1952 S. Rep No. 225,
98th Congress, 2d session 306

1958 It is Illegal:
1) To Travel or use Facilities of
interstate or foreign Commerce
2) With intent to murder in violation
of State or Federal Law Be
committed

11

3) FOR MONEY OR OTHER PECUNIARY
   COMPENSATION

   UNITED STATES V. PITTER
   989 F.2d 318, 321 (9th circ 1993)
   "The govt is not required to prove
   that a DEFENDANT INTENDED OR
   KNEW that the MAILS OR ANY OTHER
   facility of Interstate Commerce
   would be used or that interstate
   travel would occur.

   United States V. Edelman, 873 F.2d
   791, 794-95 (5th Cir. 1989) "RATHER
   A DEFENDANT MUST use or cause
   another to use such a facility WITH
   the INTENT that A MURDER Be
   COMMITTED

   Federal jurisdiction may Be ESTABLISHED
   In one of 3 WAYS
   1) By travel in interstate or foreign
                                    Commerce
   2) By use of the MAILS
   3) By use of any facility of of
      interstate or foreign Commerce
      (the light rail in Phoenix AZ)

   /2

The term "FACILITY of interstate or foreign commerce" is defined to include

"means of TRANSPORTATION or COMMUNICATION."

Same as TRAVEL Act  18 USC § 1952  S. Rep 225-AT 306 M. 5.

This had no 'over-reaching' as Alec Baldwin was seen on the LIGHT-RAIL by ~~congress~~ KAROL MAGISTRELLI on two separate oc

PENALTY = 18 USC § 1958 — Depends on severity
1) a fine or ten years
2) a fine or 20 years if any injury results
3) a fine not more than $250,000 ⁰⁰ w/ on life in prison IF DEATH results.

US Attorneys Office must Comply with Guidelines AT JM 9-10,000.

13

The Elements necessary to file a
Quitam ~~~~~~~~~~~ include
  1) The individual knows it to be
     false or was reckless as to the
     truth of the statement

  2) There is An intention to deceive And
     it is Acted upon

  3) Loss is Suffered as a
               Consequence.

  4) False statements were made, ID theft to
     embezzle millions from the banks for
                                        kickbacks
                                        Bribes
These embezzlers intentionally,
Knowingly, Willfuuy wantonly
Conspired with Ivana Trump
to defraud Karol of her Judgment
fund for Personal gain And
enrichment.

They haven even heard of Karol Evaila
Before one in their life until
Contacted them with A plot or scheme
Born out of pathalogical jealosy
fueled by her father Donald
Trump and on-again, off Again

14

husband Jared Kushner who added an S on the end of Kushner = Kushners c/o Avoid detection in his own SSI and Stimulus checks frauds he perpetuates on thousands on an internet site he told IVanka about on Karous email! which the entire "new World order mob uses to avoid detection along with the mormon Tabernacle choir phone number,

These entertainers (not only embezzled from Karol, a United States citizen in good standing, they ended up hiring hit men for Karol to kill her so that later on they wouldn't be sued and lose not only the money — but their Reputations as well.

15

Kanue has no idea exactly what Ivanla told them in order to undermine Kanue but Kanue is sure that none of them are Pro Christian, And/or Pro Israel so even if they werent told that Ivanla was in a world wide scheme to devalue the DINAR, destroy Afghanistan with counterfeit money, duping the Taliban while loading them up with American weaponry, guns, ran over the Az border to Communist Taliban Russians and Ivanlas selling of TANKS to Afghanistan, they had to have been told something as entezzling is An intentional knowing Act in Violation of 18 USC 872 - 874

There was False Representation on Ivanlas part who is driven by Greed And jealosy since she was barred from stealing Kanues judgment fund

16

hundreds of times by forging Kamls signature.

The misrepresentation had to be in relation to a specific fact

Ivana knew THAT her statements were false and so did these entertainers As there was a lack of reasonable grounds to know or to Believe that it was true. They had to know that what Ivanla said was true was a lie because Ivanla had no grounds to say anything at all about Kamla or her Daughters As she never met any of them — therefore her grounds to lie about 'Strangers' was born out of a jealous, pathological greed to become a filthy rich dictator in the new world order she intendended to finish.

The judges and justices

17

WHO Aided And Abetted this
New World Order plot to take
over the United States with
Vladimir Putin Are liable
for half her sentence As they
Knowingly let her go on
Countless felonies Including Treason
with Vladimir Putin — In the
furtherence of Becoming world
leaders in their own
areas of the United States,
And they Count on Ivanka's
schemes Against Knoc and her
judgment fund, Inheritances,
Stimulus Checks, Tax Returns,
and IRS & SEC, Awards to
further their own Sick Ambition.
     Ivanka may have promised
them roles in the New World
Order As well.
        Whatever the Case

18

After Karol Reported them to
Homeland Security Civil Rights
Division they retaliated by
hiring hit men to get rid of
the threat of a law suit and
the obvious destruction of
their reputations — especially
those who pretend they're

Christians ...

Alec Baldwin went on to fly to
Phoenix AZ and stalk Karol
on the lite Rail — twice that she
saw him — once he sat directly
across from her as if to say
"You will pay if you sue
me ..."

He probably stalked Karol
Elsewhere as well as he was
in Phoenix several weeks.

Adele hired a hit man that
Karol turned into to Homeland
Security.

19

Keith URBRIE hired a hit man that Karol turned in.

Kate Middleton in England bribes embezzled as well for bribes from Ivanka and may have taken from Ivanka and made vows to this new World Order as she too wants to be a super power in the new World Order — so much so that she allegedly hired 2 hit men, the second after the 1st was, taken down & Apprehended by Homeland Security.

Sandra Bullock hired a hit man for Karol,

& others known to Homeland Security Witness Protection Team & Civil Rights Division

20

Now Comes Karol Magisrelli
in Support

A. That due to Gross Malfeasance of
Office by numerous judges, +
Attorney Generals and
Supreme Cts who are totally
Corrupt unbeleevebly so
only Working for Bribes
from Lithica/Cashmer (Trump)
Congress
Police + Sheriffs offices
Donald Trump Sr
Congressional Reps (All on Cocaine)
Linda + Walter Slaptoski
Judge Murkowski (Fusz + Johnson
who Bribed Murkowski in MI
from Waukegan IL !

Now Rachel + Rebekah are
irriparably harmed + around 5 yrs
Utah SupremeCt mentally.
Judge Snow the biggest shyster I
All wrote an order to
have Rachels teeth polled
for no medical Reason other
than Retaliation because he
wanted All of Karols money
That he transferred to RN

21

IVANLA (her new name 4r Noid
Detection) when illegally
filing Kanocs suits they
take off her phones and
Flash drives, Cretext which
everything is illegally Transferred
to so it can be
Broadcasted to all 50 states,
Governors, Congressmen And
more. The Goal is to kill
Kanoc and her daughters
for the money that Congress is
making by filing Kanocs
suits!

   IvanLA, Jared and Donald
Trump all snort free based
Cocaine with Dr Gary Clarence
Magistrelli — Kanocs ex husband
who started This mess in
Illinois — And it is
mushrooming         WorldWide.

Kanoc is Fleeing for her life &
even today 6/26/22 Sunday
in Flagstaff
   & now 8/13/22 in LA stalked by
      Gilberts Police dept

22

and then made himself Conservator
hoping that the hundreds of
hit men that Trump
Ivanka Trump Kushner Kishner Kashimer
The Obama Family Mob,
The Chandler/Mesa + Phx
police hired
would soon kill RM + he'd be
a wealthy Mormon Dictator.
Meanwhile Sleeping with
Russian Dictator murderess
Ivanka Kashner!

But for Congress, Obamas Mob
+ administration, The Trump
Mob + Administration where all
of Congress, FBI IRS SSA etc
are on Trumps payroll
+ Ivankas hundreds of hit
men, adopting Karols
daughters 10+ times, stealing
Karols Bank Accounts
Judgment funds etc
that Karol can barely keep up
+ this should have been
done June 2011

23

Cause of Action
Fraudulent Concealment —

Concealment under 18 USC
Includes;
18 USC 1001 — False Statements
Hiding Endence &
Harboring A felon — Gary Magistrelle
Donald Trump
Ivanka Kashmer Congress
Jared Kushner

The Cause of Action — Maiming Intentionally
by Bribed Agts, Class Shelter
S/xs, other Shelters who kept
Rebekah & Rachel homeless
When they were being Bludgeoned
by Trump, AOC, Biden
OBAMA, Ivanka Kashimer, Jared
Kushner, Tlaib, Omar, Police, Mexicans
and they did this by
Intentionala, Willful, Wanton,
Criminal fraudulent Concealment
of A mentally DisAbled child.

The Above Conspired w/ the
FBI's 100% Corrupt Witness Team
Judges Murkowski who's Decisions
Are All Based on Bribes,

2 4 OF 🌐

And According to law those
decisions Are moot t5
Bribes Are a felony under
18 usc 201, 1961-1968,
Especially now when
KANOL has legal custody,

Everyone Knows
that Pelosi is putting PM
in Brothels! It's kidnapping
under (1201)!
The defendants Are illegally
filing KANOLS suits And
they will concoct Anything
to keep the money.
all The defendents Conspired
to kill KANO when OBAMA
got in After he stole the
1.4 Billion & her daughters

Signature _Jarol Tragotthall_
Date
Notary

25 of

(1) co-CONSPIRATORS involved include hundreds of hired homeless, the FBI in it's entirety And the "Chicago-lle" FBI WITNESS "Protection" Team who have Annihilated Karen And her daughters x 14 years!

This is An intended Lifetime conspiracy Run By Nancy Pelosi, Attorney Gallujo, President Joe Biden, Zachary And Sheila Mannix Fandon, Judge Murray Snow, Trump Sr. Ivanka Kishner Obama, Judge Neff, Michelle, Jared Kushners, Judge James Blow Engel, Hillary Clinton, Judge Barbara McDouaide Law Professor University of Michigan, Congressional Reps And Senators galore, VP Harris, George Bush, Vance, Andrew Buesk, Richard Marquis P.hx Police Attnuy corrupt Stalking Karol to MN w/ Intent to Kill.

Karen Federighi
Deb Durben
Erin McRath
Catherine Campbell
Chief Jeri Williams
Chief Ramone Baptista

Gov Sisolyki Romney
Sns: Collins + Simone
Chris Wray Booker
James Corey Warren
- Sidoin Johnson
Janine Wheeler
Mike Harvey

26 of 27

Dr. Caine
Michael Anderson

Clmn!

All of these thugs are Racketeering together to prevent Karne from finding her daughters that they All conspired to Kill numerous occasions, in retaliation because she refused to give them her suits

Pelosi and Trump decided they would Kill Karnes daughters in Brothels when Trump is Bribing Drs, Hospitals Clinics not to prescribe Alzheimers meds & other eye saving medication for illnesses caused by Trump/ Obama, (Barack & Maha) Joe Biden, AOC, Rashid Tlaib, VP. Harris, and others known to Homeland Securitys Witness Protection Term under their civil Rights division!

All the thugs want is Karnes suits and judgment found and they're overthrowing the USA with her money

27 of 81

They have each HIRED numerous
Thugs and Felons to bludgeon
Karols Daughters Leads in
on & Karol has turned in to many as
she can, but it now Appears that
Ivanka, Trump and The OBAMA
MOB family hired The entire CASS
homeless shelter like They did
in Las Vegas At The countyard
shelter, CASS WAS Allegedly Return,
Cleaned up but on Karols
Thugs hired By Ivanka Are
pouring into CASS from Las Vegas
& hovering over Karol.

There Are 2 Somalians/
Africans hired Allegedly by Ellan Omar.
Karols "friends" BARRY, MARK,
Richard Henline, Richards 2 friends
Patrick, Gary a Black man who has an apt on
Karols yudgment fund sooo many —
Jeff & Laura Stoter (Ivanka)
are hired by Donald Trump.

28 of ✎

Kara believes its Retaliation
Because she reported Gary
Magistrelli on April 15, 2008 And
his babies and money laundering
scheme, And Because the 19th
Judicial Ct Judges in
Waukegan, Ill whom she Reported
(their illegal INC. = Equity
Real Estate Consultants Inc
(name changes yearly) which breaks
into womens homes, tampers
with their court records And
makes them Appear Crazy
so the yudges can more easily
switch custody to Pedophiles,
Drug Addicts, alcoholics
Batterers etc As the Judges get
an illegal kickback from
all Fatherhood Funding
the darin child of Barack Obama!

29 of 54

The states then get more illegal
federal funding from the
"Fatherhood Funds"
All Council of Responsible Fathers"
like Gary a Pedophile Convicted
in All, BRESCIA Italy,
Brussels Belgium, Geneva,
Switzerland and Gary ALSO
snorts cocaine with Trump Sr, dumbA
Jared Kushner who is today
hiding Karols daughters
from Karol in the daily
insurrection against
Karol magistrelli & her
daughters.
Nancy Pelosi started
ordering Police in to and NV to
put Karols daughters in Brothels
Which Trump had Already Been
doing! Once Karol put Rachell
Rachell at the Weston on/near
35th street but she was a maid
to leave! Trump had her on heroin.

30 of 57

Both of KaRens daughters Are mentally compromised due to the many severe bludgeoning of Their heads with 2x4s, Baseball Bats whips, STICKS, Bricks THAT These Police in mesA, ChandleR, Phoenix Tempe, laid out for The Bludgeoners to use on KaRens daughters And The FBI WITNESS Protection team helped The Police & Bludgeoners Especially in ChandleR!

To day RebeKAh IS BACK in A Brothel owned by NANCY Pelosi who hAs hundreds in AZ, CA, NV & she has Regularly ordered police in These STATES to Kidnapp KaRens daughters dumping them over STATE lines A violation of CA Penal code Section 288.5, 2800.1, 2800.2 or 2800.3 and 18 USC 2261— STAlking Across STATE Lines, 1201 Kidnapping, & Indentured Servitude & Peonage!

31 of 5̶9̶

They're never going to stop the fraudulent concealment because Congress conspired with Barack Obama, the USDOJ attornies, 50 governors, 50 attorney generals numerous whole police jurisdictions, hundreds of Obama mentally ill similar Trump & Kruson or far right from hospitals, dozens from mental Community Bridges which gets funding for the mentally ill & drug addicted — only to throw them back out on the streets in 23°!

This has been going on with Kanoe's daughters since Kanoe moved to AZ to land them as Obama, the FBI & Judge Murray Snow decided to hide them for life! These white collar criminals love breaking the law for money and they've been doing it + 30-40 yrsi

32 of 52

The FBI has hundreds of
portrayels of Kanoi daughters
drunk on sidewalks etc when
Phoenix or Las Vegas have
hundreds of sidewalks so
where to begin?

That if Kanoi gets close,
The Police who take bribes
from Ivanka K, Donald Trump Sr,
Barack & Michelle Obama,
Nancy Pelosi, Ted Cruz, AOC
Rashid Tlaib, Ilhan Omar,
Jared Kushners,
McKinsY and Sheila Fairclon,
Deb Durkin who hired Chief Duggen
to Bludgeon Kanoi daughters,
Catherine Campbell who hired 20 hit men,
Erin McRaith whos dipping into
Kanoi judgment fund,
Lorla & Walter Slawoski who are
filing Kanoi suits
and hiring hit men +3 &
stalking Kanoi all over The
Nation second by second
with Gary Magstrecc, M since
8-05-2005
33 of [crossed out] when Kanoi got her apt (T/H

That ABSOLUTELY daily And
Persistently Nancy Pelosi hAS
ordered Police to Kidnap
Karols daughters + hide Them hourly
from Karol who was told that
The FBI may give Karol
Enroneous clues but they will
never Allow Karol to find
her daughters. The daughters
are being used As BAit
to get Karol to write more
which Jared And Ivanka —
divorced over A year steal from
something called Casetext
Where it automatically goes to
from Any phone she buys

Currently Karol has 5
dead Ruined phones by
malware — one was Stolen
A Blu' version —

34

By a Trump Thug And know
Has a gov't phone cloned by
Ivanka, Donald Trump &
the Phoenix Police So she
cant look up directions for
fear of Being followed!
If Karol walks into Any
Post Office — 50 people Automatically
File in Behind her. There IS
Always 1-5 At every Single
Bus stop hired by OBAMA
or trump — because they have to
see where she's going - what she's
buying, who she talks to
so they can bribe whoever
Before Karol gets out the door.

35 of 72

Rebekah is declining as Alzheimers
is causing her to forget
everything & shes leaving
Back packs etc everywhere,
Rachel IS trying to survive
& Richelle OBAMA allegedly
Bribed CASS to kick them
both out — maintaining homelessness
forever hoping they'll die
from a drug overdose or
exposure to the cold,...

Michelle OBAMA, Ivanka
Trump Sr, Jared, Judge Snow
etc have all left known
daughters penniless homeless
& on the streets when they
were settled in spots using
their very own personal
injury money!

36

IVANKA has paid both
Michelle OBAMA, Hillary Clinton,
Jared Kushner (SATANS SPAWN)
to hide Kanous daughters.
Jared put Rebekah in a
tunnel in Vegas when it was
freezing at nite! There are tons
of tunnels in Vegas!
IVANKA has sent Poshers to
both to push fentynol on Rachel
& meth on Rebekah hoping to
kill them!

Both IVANKA & Trump have
filed hundreds of wrongful death
suits on both with
Lemon & Powe— corrupt Attornies,
Murders with Ed Berstein,
Ed Cordova, Harris + Harris,
Worrell & York (Audrey March 30, 2022
under Judge Carmody
D'CAPRIOTI, RAFE JURU

37

Phx Mesa
Chandler
Tempe Las Vegas PD

That the AZ police all dipping into
KAROLS judgment hand along
with Gov Sisolyk who tries
to have KAROL murdered daily
and theyre all too happy
to hide KAROLS daughters
& stalk KAROL to eternity
Because all these losers want
is KAROLS money.

To hell with WeThePeople
To hell with America
To hell with every single
law pertaining to trafficking
sex with minors & disabled,
the American Disabilities Act
The Violence Against Women Act
the Victims Rights Act
The Violence in Racketeering
Act, violence in Trafficking Act
18 USC 2423  Brothels etc
of which Nancy Pelosi & Donald

38 of 57

Trump are the King & Queen!
Congress has seen 4 United
States Presidents Appoint The
most Ruthless Corrupt Scum
of America & Choosing OBAMA
with Bush was intentional
Because hes totally
Corrupt and George Bush Already
had the News That KADOC
Reported this org. came 4-15-2009
and Bush wanted a cut of the
1.4 Billion Dollar Judgment
fund That Congress planned
to steal with OBAMA June 2016 —
After 8 years of hell on
earth Bouncing around from
State to State! KADOC Thought
She was Running from
Crazy Gary Magstadt
When She was Running

39 of 54

from the USDOT OIG Michael
Horowitz who ordered police
in every jurisdiction to put
Karol in Prison - keep her in &
warrants forever or kill her! Paid off
Horowitz & the USDOT Attornies By Diana
& Donald T.
conspired with Barack Obama & Threats
then Trump & now Biden in
their never ending insatiable
greed for money!
not their money however;
Karol Magismell's money, tax
refunds filed by Ivanka,
Bankentrances stimulus
checks IRS & SEC Awards, can house in
Rachel & Rebekahs money
Mike Mingos judgment funds in
Chicago - he received it.
But Horowitz put him in
jail till the litigation
was done & then let

40 of 54

him out After the Big win which
the USDOJ Attorneys split up
Mike Mingo was his
mothers caregiver & she
developed gangreen + lost A leg!
Horowitz should get life

Kamil has met 4 other
whistleblowers the US
gov't shut down with keeping
them from getting Any job –
stealing their ID over & over,
keeping them in warrants or
jail, and this gov't
and 4 Presidents intend it
will never stop because
nobody runs for President
unless they're totally
corrupt!

9 of

Lynda has a new text next to
Karol to break it second
by second & harm her cat!

Verification
  Pursuant to Laws of Perjury in
18 USC 2261 and 750 ILCS
5/1-109 the undersigned certifies
that the statements herein are
true to the best of her
Knowledge. Karol (cannot)
look up anything on (her)
computer as she has 5
4 police jurisdictions stalking
her to kill her & its treason!
They need to be 100%
apprehended on 1961-1968, 1111, 1112,
1985, 1964, 241, 242, 1001, 2261,

Karols motions on April 12 and more
support this Iur - TRO

Signature
Date
Notary

                    p2 of 5x

Wherefore KAROL PRAYS AS
Follows

A. That ALL The STALKERS (5000+ or more)
hovering AROUND KAROL to
BASH her head in And STEAL
These notes ARE
Apprehended W/o BAIL or
Bond under 18 USC 2261
ARE APPRehended 18 USC

B. That Judge MURKOWSKI needs
to be taken off The Bench for
Changing TJ's name to
ReynA SeveroMellasio
in 1999, to hide her for Bribes
dumping Both gals in A
GROUP home When GARY
hAd Child SexuAl
Abuse ComplAints from
his Secret 1st Wife
That All Police, covered
up for Bribes!
He just let WALTER
SCALTOSKi off A life
Sentence for having A
hit WOMAN for KAROL! For Bribes
The Bribes make the order moot
and it MUST Be REVERSED.
ID Theft 1028, 1201, KidNApping,
1519, 201, 1956, 1962,
93 of 99

c) That Pelosi, Matthew Galluzzo, the Phoenix/Mesa/Chandler/Las Vegas PD would be locked up in their entirety for the maiming of Karols daughters (cloning of All our phones, stalking us with homeless who fight, argue, hit, burn holes in Karols roof, lure her into schemes to get her signature at Hungry Howies w/ her EBT card which they used to file her suits for unjust enrichment and Karol never gave April the tranny or his hairdresser friend or anyone at Hungry Howies the right to file her suits & w/ has to be vacated by law. It's an illegal filing under the National Stolen Property Act, Theft by deception & its a crime against the United States! Please prosecute them to the Fullest extent of the law!

44 of 59

Cause 1 Action ID Theft Again

D. That 100% of the ABSOLUTE LIARS Terrorizing Kana Sighing, Coughing the Second she gets into A library need to be Apprehended AS Kana is entitled to Relief from these Damed homeless CASS Staff who lied to get her to sign off on PASSING her information Around when everyone AT CASS does not Sign to pass there info to Phx Police who said of KAREN, + The front DESK! Then Andrew gave Kanas Signature to Ivanna

E. Kana is entitled to having The OBAMA MOB family Apprehended For Treason + irreparable harm to our physical lives and why havent you PUT this family in Prison for life

45 of 67

IVANKA IS DOING THIS FRAUDULENT
filing pretending she IS the party
for personal injuries and/or
civil Rights violations THAT THESE
uneducated VICTIMS wouldn't even
think to file A civil Rights violation
suit OR a Personal injury suit

IVANKA may be using the
corrupt firms of D Cappriotti, or
Corrigan & Morono or Philips LAW,
Ed Bernstein, RAFII LAW ETC
But if shes filing alone with
Judge Carmody, Neff, Zagel,
Murkowski, Vance, AG NY
Loticia James, shes acting as An
attorney w/o a License - 325 ILCS or
225 ILCS acting as a Dr & A
License or AROC 8.3 + 8.9 And
shes not An Attorney — shes using
the system with The Trumps
Mobs corrupt Judges & All
Supreme Ct Justices who Refuse
to lock her up for Bribes,
How many citizens have to be
Harmed before Homeland Security

46

civil rights Attorneys in Homeland Security
not stopping Id? Dir. Sutherland was Paid off!
There are 260 million citizens in
America — They all have to write a suit
to get Their civil rights & + relief from
Constant fraudulent lies & Charges by
Ivanka who is livid That a
Judge Ruled she cant touch my
money so shes bribing The world to
steal it — 1000s of homeless
        530 Entertainers
    hiding my girls on the streets

And she cannot run for President of
The United states so she has
made Kara Magistrelli her target
for life — Shes criminally insane
and A psychopath like her father.

Judge Engel is writing The fraudulent
investment Companies for trump
Where millions are being scammed
    out of innocent victims,


        47        99 of 59

puts her, Trump Sr, Judge Engel
whos writing fraudulent investment
compromes of on Trump And they
All know that Ivanka is still
Selling Tanks to China, Afghanistan,
Iran Iraq etc
      , & Counterfeiting money.


Ivanka has a part in or owns
The Clarendon Hotel in Phx Az —
a Cannabis "Friendly hotel,
                    (Exhibit
Ivanka owns Bogo's dispensary
and the Companies who
manufacture:
       VegoBliss
       Packs
       Venom Extracts
       Shelzy
Haze + Man, Sublime, Flav, Vital,
Wyld, Copperstate Farms, MPXL
   Black Label, Sol Flower
Delta Verde Labs, Kiva, Hector,
   Beamy Bausch in Las Vegas?

48 ~~3-0 of 55~~

Ivanka Trump Kushner Keshmer Kashimer
and everyone who filed Karls suits under
Fraudulent names, or hired hit men for Karl
and her daughters of
    extorted money with threats of having
        fingers, feet legs, lips cut off,
    or threats of being indigent for
life on the streets mostly from the
Pardons relentless terrorism, empty
Boxes, empty purses,
    or forged child support orders
        forged registration falsifications,
        forged insurance pkgs — Birth Cert.
stole Karls Cass ID, Courtyard ID,
Signatures, cases from her phone,
developed the site for Caretext,
Instagram, Facebook,
or in anyway 18 USC 242 — Knowingly
falsified Deprivation of Rights
    under Color of law
        "Whoever, under Color of Any law,
    statute, ordinance, regulation, or custom
    Willfully subjects Any person
        In Any State, Territory, Commonwealth,
    Possession, or District to the Deprivation
    of Any rights, privileges or Immunities
    Secured by the Constitution or laws

49   27 of 59

OF THE UNITED STATES (OR) to different
Punishments, PAINS or Penalties,

on Account of such persons being An Alien,
or by Reason of his COLOR, or RACE,
than Are prescribed for the punishment
of CITIZENS, SHALL BE FINED under
this title or imprisoned not more
than one year, OR BOTH; And

IF BODILY injury Results from
the Acts Committed in Violation,
of this section, OR if such Acts
include the use, or threatened use of
A DANGEROUS WEApon, EXPLOsives or
Fire.

Shall Be Fined under this title
or imprisoned not more Then
10 yEARS, or both; And if DEATH
Results from the Acts committed
in Violation of this section

or if such Acts include KIDNAPPING

50          31 OF 59

OR AN ATTEMPT TO KIDNAP,

AGGRAVATED   SEXUAL ABUSE — Pelosi
Trump
Gazzolo
Jared Kushner

OR AN ATTEMPT TO COMMIT AGGRAVATED
SEXUAL ABUSE, OR

An Attempt to kill

shall be fined under this title,
OR imprisoned For Any term of
YEARS OR FOR life, OR BOTH of
MAY BE sentenced to death.

51   32 of 59



### Northeast - Harrison, Maine

Summer in the northeast just got better with Camp Laughing Grass in Harrison, Maine. A seasonal getaway for those age 21 and over, Camp Laughing Grass features brightly-colored rentable cabins with all the necessary amenities, from air conditioning and outdoor fire pits to smoking apparatuses. The resort is a perfect destination for those looking to take in the natural wonders of Maine with hiking and biking trails, as well as a nearby river for kayaking, canoeing, as well as cool down dip. In keeping with its canna perks, Camp Laughing Grass offers a daily happy hour at 4:20 p.m., and a free continental breakfast to cure any wake and bake munchies. Visit CampLaughingGrass.com to book your summer site, a two night stay is required.

### *LOCAL PICK - The Clarendon Hotel - Phoenix, Arizona

The Clarendon Hotel and Spa is Arizona's first cannabis friendly hotel, located in the heart of Phoenix. This four-star boutique destination focuses on elevating the experience of every visitor through a vibrant collection of guestrooms and suites that define modern comfort. The Clarendon offers a select cannabis-friendly room option which allows vaping, dabbing, flower, and more. Cannabis amenities include a social club lounge that welcomes the cannabis connoisseur to enjoy a favorite cultivar and good company. While you indulge, learn about the exclusive Elevations membership program and the insider events from the in-lounge hospitality team. This team is also a great resource for local dispensaries to visit, cannabis related activities, and general information to help a new cannabis user on their journey in the legalized state of Arizona. The Elevations lounge is available to both hotel guests and Elevations members and features a boutique of glass pieces for purchase. The Clarendon also features a beautiful Skydeck rooftop to enjoy an Arizona sunset or your nightcap. To book your staycation visit clarendon.com.

Finding the best locations throughout the country that truly embrace the cannabis community is a niche market ready to be explored. Start planning your canna-holiday and savor a new kind of travel experience where farm to table dining and flower pairings are no longer a dream but a recommendation from your cannabis concierge.



## GOOD THINGS COMING

## BE PART OF THE GOOD LIFE THIS 420

### GET 10%

your next purchase at any Sol Flower location. Enter Promo code **GOODLIFE10** online or mention this ad in-store at checkout.

IT'S ONLY UP FROM HERE

FOLLOW US ON INSTAGRAM @GOODTHINGSCOMING

*Offer valid on Jukebox products at Sol Flower Locations Only
Code must be entered at checkout and is valid for one-time use.

License Name: East Valley Patient Wellness Group, Inc. License # 00000063DCTB00283389

The HOSPITALS, Clinics Dentists,
Psychologists, CBI, Circle in
the City Clinic, Brighthealth, Dental
Clinic, CASS Shelter, Golden Nugget
all hide Rebckah & Rachel
under fraudulent names to hide
them from mom for Bribes from
BARACK OBAMA, TRUMP, JARED KushNERS
Ivanka KASHNER & Congress
Because theyre jealous of the
money from KAROLS suits.

And Ivanka pays them to mix
up the names.

I Vanka filed An old suit Luviano us
usk against Kam as it is Kam or pretending
she had a cell phone — & she wants money
for a civil Rights VIOLATION when she
isn't the party at all — it's just a
suit she found off the internet — same
thing that Ted Cruz did — found & mass
murder charge on the internet & put it
on Karol which is 1519, 1512, 1513, 1001
201, 1956, Violence Against Women, Elder
Jinancial Exploitation & why dont she
18 USC 1519 —1000 over

54



**Tempe St. Luke's Hospital**
A STEWARD FAMILY HOSPITAL

Name: Jason Rich
Acct Num: TL0005586342
Med Rec Num: LM30027786
Location: Emergency Dept - TSL
Primary Provider: Minhas,Sajjad
Date: 03/26/22

# Skin Tear (Skin Avulsion)

A skin tear (skin avulsion) is a tearing of the top layer of skin. This commonly happens after a fall or other injury. This is especially true if you have thinner skin, are an older adult, or have taken steroids for long periods of time.

## Home care

These guidelines will help you care for your wound at home:

- Keep the wound clean and dry for the first 24 to 48 hours, or as your healthcare provider advises.
- If there is a dressing or bandage, change it when it gets wet or dirty. Otherwise, leave it on for the first 24 hours, then change it once a day or as often as the healthcare provider says.
- If stitches or staples were used, check the wound every day.
- After taking off the dressing, wash the area gently with soap and water. Clean as close to the stitches as you can. Don't wash or rub the stitches directly.
- After 3 days you can keep the bandages off the wound, unless told otherwise, or there is continued drainage. Allow the wound to be open to the air.
- Keep a thin layer of antibiotic ointment on the cut. This will keep the wound clean, make it easier to remove the stitches, and reduce scarring.
- If your wound is oozing, you can put a nonstick dressing over it. Then, reapply the bandage or dressing as you were told.
- You can shower as usual after the first 24 hours, but don't soak the area in water (no baths or swimming) until the stitches or staples are taken out.
- If surgical tape was used, keep the area clean and dry. If it becomes wet, blot it dry with a clean towel.
- Be very careful when removing tape or other dressings, or you may cause more skin tears. Soaking the dressing in the shower for a few minutes will often loosen it and make it easier to remove.
- If skin glue was used, don't put any creams, lotions, or antibiotic ointments on it. These can dissolve the glue. Usually the glue will flake off in about 5 to 10 days by itself. Try to resist picking it off before that so the wound doesn't open up. When it gets wet, pat it dry.

Here is some information about medicine:

- You may use over-the-counter medicine such as acetaminophen, naproxen, or ibuprofen to control pain, unless another pain medicine was given. If you have chronic liver or kidney disease or ever had a stomach ulcer or gastrointestinal bleeding, talk with your healthcare provider before using these medicines.
- If you were given antibiotics, take them until they are all used up. It is important to finish the antibiotics even if the wound looks better. This will ensure that the infection has cleared.

## Follow-up care

Follow up with your healthcare provider, or as advised.

- Watch for any signs of infection, such as increasing redness, swelling, or pus coming out of the wound. If this happens, don't wait for your scheduled visit. Instead, see your healthcare provider right away.

55

**Tempe St. Luke's Hospital**

A STEWARD FAMILY HOSPITAL

Name: Jason Rich
Acct Num: TL0005586342
Med Rec Num: LM30027786
Location: Emergency Dept - TSL
Primary Provider: Minhas,Sajjad
Date: 03/26/22

- Stitches or staples are usually taken out within 5 to 14 days. This varies depending on what part of your body they are on, and the type of wound. Your provider will tell you how long stitches or staples should be left in.
- If surgical tape was used, it's usually left on for 7 to 10 days. You can remove surgical tape after that unless you were told otherwise. If you try to remove it, and it's too hard, soaking can help. Surgical tape strips will eventually fall off on their own. If the edges of the cut pull apart, stop removing the tape or strips and follow up with your provider
- As mentioned above, skin glue will flake off by itself in 5 to 10 days, so you don't need to pull it off.

If any X-rays were done, you will be notified of any changes that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Increasing pain in the wound
- Redness, swelling, or pus coming from the wound
- Fever of 100.4ºF (38ºC) or higher, or as directed by your healthcare provider
- Sutures or staples come apart or fall out before your next appointment and the wound edges look as if they will re-open
- Surgical tape closures fall off before 7 days, and the wound edges look as if they will re-open
- Bleeding not controlled by direct pressure

## StayWell last reviewed this educational content on 8/1/2019

© 2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Procedural Sedation**

Procedural Sedation

In certain circumstances the procedure that you underwent while in the ED will occasionally require sedation.  If you received any sedation during your ED stay, please follow the PROCEDURAL SEDATION/CONSCIOUS SEDATION instructions below:

You have been given medicine by vein to sedate you during your procedure today. This may have included both a pain medicine and sleeping medicine. Most of the effects have worn off; however, you may continue to have some drowsiness for the next 6-8 hours.

Follow These Instructions Carefully:
1. For the next 8 hours, you should be watched by a responsible adult. This person should make sure your condition is not getting worse.
2. Do not take any oral medicine for pain or sleep during the next 4 hours since this might react with the medicines you were given in the hospital, causing a much stronger response than usual.

**Tempe St. Luke's Hospital**
A STEWARD FAMILY HOSPITAL

Name: Jason Rich
Acct Num: TL0005586342
Med Rec Num: LM30027786
Location: Emergency Dept - TSL
Primary Provider: Minhas,Sajjad
Date: 03/26/22

3. Do not drink any alcohol for the next 24 hours.
4. Do not drive or operate dangerous machinery during the next 24 hours.
5. Do not make important business or personal decisions, or sign legal documents during the next 24 hours.

Follow up with your doctor or this facility if you are not alert and back to your usual level of activity within 12 hours.

Return to this facility immediately  or contact your doctor if you begin to have any of the following:
- Increased drowsiness.
- Increased weakness or dizziness.
- If you cannot be awakened.
- Your condition worsens in any other way.



This is An Armband
for the Courtyard
Shelter February 6, 2022
When Donald Trump,
Ivanka Trump - Kishmer
Kasitimer had
her men staying there as
well,

Ivanka Bribed All
the guards and the
"Chicano's for a Cause"
to deny Karol a
storage bin, an
Emergency Shelter Voucher
required by NV HELP
Housing Services on
Flamingo Rd. One of their
Representatives came to
Karol when she stayed in
a tent in an orchestrated
fiasco by Henderson Police
trying to convict Karol
with drug charges for
Bribes from Ivanka

5 8



FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

FTC Report Number

## Consumer Report To The FTC

146835111

The FTC cannot resolve individual complaints, but we can provide information about next steps to take.  We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

Name: karol magistrelli

Email: magistrellikarol13@gmail.com

Address: 314 Foremaster Ln

Phone:

City: Las Vegas  State: Nevada  Zip Code: 89101-1008

Country: USA

## What happened

ivanka kashimer, jared kushner and donald trump are stealing the bulk of my judgment fund daily wiith congress, jeri williams, chiefs baptista mesa, chief duggen chandler and gang, peison and joop kang, the obama family mob, eric holder, 53+ entertainers paid off by ivanka to forge my name to the judgment fund, janine wheeler, james comey, siboin johnson, chris wray another cocaine addict like trump, ivanka and jared and 100% of our representatives. they all got together nad have SEVERAL HIT MEN ON ME TODAY. THESE THUGS NEED TO BE APPREHENDED AND IT IS MY CIVIL RIGHT TO WALK THE STREETS FREELY WITH MY DAUGHTERS THAT THEY INTEND TO KILL FOR OUR MONEY AS WELL. THE PHX POLICE, LAS VEGAS POLICE AND MESA ARE ALL HERE STALKING ME 24/7 WITH THE THUGS THEY HIRED ON EITHER SIDE OF MY APT AND THEY NEED TO BE APPREHENDE FOR STALKING AND FOR TAKING THE BRIBE OR AGREEMENT TO STALK ME TO BEGIN WITH. IT IS A FELONY AND THEY ARE TERRORIZING ME. ALL NIGHT I HAD TO LISTEN TO: GET OFF OF ME........ AND GROWLING FROM THE OTHER APT ALLEGEDLY ON BLUES 24/7. TRUMP IS PLANTING BLANKETS AND HOODIES ALL OVER LIKE AN ARMY SLEPT OUTSIDE LAST NITE AND HE NEEDS TO BE SHUT DOWN I NPRISON FOR TREASON AND HIRING OVER 1000 HIT MEN, THE OBAMAS ARE FILING AND HIRED OVER 1000 FROM ISIS AS BARACK IS a full fledged anti-christ wherein lies the problem. ALL THESE PEOPLE ARE COMMUNIST AND ANTICHRIST AND WANT TO BLOW UP ISRAEL AND TLAIB, IVANKA AND OMAR SHOULD BE STOPPED FROM SELLING TANKS TO IRAN, IRAQ JORDAN, WEST BANK AFGHANISTAN AND MORE AS IT IS TREASON,. PLEASE DO YOUR JOB. THEY ARE TRYING TO KILL BOTH OF MY DAUGHTERS AS WELL. IVANKA PAID OFF HALLEY CENTER, SALVATION ARMY IN VEGAS, THE ENTIRE COURTYARD, STAFF, GUARDS AND HOMELESS, SHADE TREE, ALL DV SHELTERS WHO TOOK HER MONEY! IN AZ AND NV, AND THERE IS NOT ONE TRUSTWORTHY PERSON WHERE I AM AT ANY DAY OR TIME. ALL ARE ON THE TAKE. THAT GARY MAGISTRELLI HAS STALKED ME SINCE JAN 1, 2001 AND NEEDS TO BE IN PRISON AND VANCE WHO JUST LET OUT IVANKA FOR MILLIONS IN BRIBES NEEDS TO BE REMOVED AND PROSECUTED TO THE FULLEST EXTENT OF THE LAW. ALL THE FILERS OF MY SUITS NEED TO BE IN PRISON AND NANCEY PELOSI NEEDS TO BE APPREHENDED AS SHE IS KNOWINGLY RUNNING THOUSANDS OF BROTHELS KIDNAPPING MY KIDS WITH THE PHX POLICE, IVANKA AND JARED, LAS VEGAS POLICE, SHERIFF LOMBARDO WHO HAS HIS DIRTY HANDS IN MY JUDGMENT FUND AND IS STALKING ME WITH ONE HIT MAN AFTER ANOTHER, TRUMP PAID OFF THE MGR OF PCS METRO ON 35TH AND VAN BURAN AND THEY ALL NEED TO BE APPREHENDED ON 18 USC 1030 , THE CABLE AND COMMUNICATIONS ACT, 2511, 2516, 1962, 1001, FRAUD AND SWINDLES, AS MY CHILDREN AND I ARE IN DANGER. EMERGENCY MOTION FOR SHELTER UNDER 288.5 CALIFORNIA PENAL CODE IMMEDIATELY AS THIS DV VICTIM AND HER CHILDREN HAVE NO PLACE TO HIDE. THAT ALL HIT MEN AND THOSE WHO HIRED HIT MEN NEED TO BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW AND I NEED TO HELP MY KIDS ONE ON HEROIN DUE TO IVANKLUNK AND ONE NEEDS ALZHEIMER MEDS AS TRUMP IS BRIBING DOCTORS. CIRCLE IN THE CITY AND BRIGHTSTAR NOT TO HELP MY DAUGHTERS AND ONE UTAH JUDGE WROTE ORDERS TO HAVE ALL OF RACHELS TEETH PULLED IN RETALIATION. HE SHOULD HAVE HIS OWN TEETH PULLED FIRST AS IT WOULD MAKE MORE ROOM FOR HIS FEET. HE IS CONSPIRING WITH JUDGE MURRAY SNOW WHO IS SLEEPING WITH IVanka. (salt Lick city, utah is where his mormon roots are). karol magistrelli

## How it started

That the entire Supreme Court
nationwide refuse to put Ivanka
in prison for felonies that
Karol or any other 'common'
ordinary Person who figured out
whats going on, would be doing
time for.
Copyright Fraud and
Infringement would be Severely
dealt with if a movie company
had someone stealing their scripts
But with Karol Is was decided
when President Bush was in,
that Congress would steal
Every dime for life from
Karol and her daughters
with orders from FBI Chris
Wray to Allow Trump +

① BAMA BLugeon them silly to
5 year olds While Wary took
Bribes from OBAMA, BUSH,
D. Trump, IVANLA KASHimer NOW
divorced, JARed Kushner,
and stole money As well,

Wary IS Allegedly
ANOTHER COCAINE Snorter With
IVANLA, JARed, Donald Trump &
GARY MAGISTRE'lli And 100%
of the House of Representatives!

— IVANLA regularly paid off
JAmes Comey And Wary
Until The Civil Rights DiVision
② Homeland Security — fork
over because the only thing The
FBI AgENTS did WAS STEAL
STeal & STeal & they're STILL
Stealing!!

OBAMACARE STATES Fed. Employees never
have to pay Taxes ever again AS
ObamaCare IS a Communist Shariah
law contract That Benefits THE
Federal Government Employees
only, and hundreds lost Their
health insurance when these
greedy Vultures got ObamaCare
Through With Bad Intent, It
needs to be Repealed,

As soon As Drug Addicted Cocaine
& Adderall xR Devora Trump
Kishmen Kashmen WAS Released
She WAS back on Kanes phone
typing "Please" As if to say ITS
OK) she gave heroin to Rachel &
got her addicted, she drubel Cass
Its or That, she drubel Cass
Shelter, CBI, Circle in the City,
Brighthealth who illegally pulled
Rachels teeth in retaliation
for Kanes reporting Judge Snow
over & over & The Trump

64

MOBS merciless, unlawful STALKING of KARIL online, By CARS, on foot hundreds on foot, tonying to steal everything etc, repeling KARILS suits by stealing them off her phones, flashdrives, computers etc, then filing the documents all if its their own by Congress, Ivanka (with KN'l) Jared Kushner, joe Biden themes, nancy Pelosi And dozens of her Police yurischictions, allthewhile the House of Representatives, Ivanla, Jared + Trump snort three bascel cocaine According to Homeland Security Witness Program — not their OrG! never, and that is treason!

65    44 59

IVANKA Bribed FBI Jamine
Wheeler And SIBOIN JOHNSON
to forge Karols signature
to the US Treasury Judgment
fund, And each of them did it
at least 500x, Relentlessly.

WELL They're still loose AS
Stalking Karol in the CASS
neighborhood with At least 50+
FBI Who Are livid that Judge
Fagel Refuses to give Karols case
to the FBI — the most corrupt
agency next to the KGB — there's
no difference — they steal
for a living!

IVANKA' her Jeither hired a 20
year felon named Randy to
organize the stalkers for Karol
24/3, on the CASS surrounding Area
When Karol decided to get a
4 ent — for herself & Lily —

96

The street had one tent clean down
(to the other end!
Then Randy put a makeshift tent
2 feet from Kamils door And said,
"You'll Get used to my sexual
sarcasm etc — a week later Kamil
moved only to have "Blues" sellers
move in on the East — and a crazy
Rap family on the other side,
Kamol is in her 3rd spot &
all these people by Kamol are hand
picked by Randy, Hes Funning And
organized crime gang solely to
stalk Kamol! In fact, The guy who
sells pop, chocolates, chips etc
said he splits with Randy — who
never leaves his tent
now someone IS moving on top
of me! One I have to get out
of here tomorrow!

Ivanka Bribed the California Insurance Commission to allow her to Continue the insurance claims fraud that benefits her but depletes Kamis Accounts! Judgment fund.

Unbelievable and everyone wonders why insurance is so high? Its coming from the highest insurance regulatory Commission in California and they should Be immediately fired!

The California Supreme Ct charged Ivanka as a Taliban Communist for selling Tanks to Taliban in Afghanistan and giving the Taliban Counterfeit money which she makes and Ivanka went to jail for none of the above.

But for the Conspiracy to form the New World Order with Barack Obama & Ivanka at the Top

Ivanka Bribed The U.S. Supreme Court Justices Roberts, Gorsuch, Kavanaugh & Jackson WHO Put A Geo Tracker on Karols phones And Jackson WHO WAS JUST APPOINTED BY President Biden who Choose Another Justice to screw over "WE THE people" from the TOP

All Supreme Cts in The Nation Take Their direction from Roberts and his Satanic Crew. They All need to be gutted.

And - Jackson took Bribes from Ivanka before her June 1, 2022 Inauguration.

89

Finding a Judge who follows the law is next to impossible, Finding an Attorney who follows the laws in an Attorney-Client Relationship is an oxymoron!

Our country has gone haywire for green pieces of paper that nobody can take with them so they can buy fancy cars and suits etc strutting around; "Look at me how great I am"

Karoc will never look at a Politician or Attorney or Judge Again without thinking they stole their designer clothes, their Lamborghini's, their 20 million dollar homes etc, Matthew 6;33!

70   $\frac{66}{}$ of 59

Ivanka Kashimer hired way over
1000 hit men for Karol and her
Daughters! According to Homeland
Security Civil Rights
Tom goes out at nite but
one would have to be a
mind Reader to understand all
the crazy car and Train
sounds etc and 99% of
the time — the Police mimick FBI
games to lure Karol out in the
dark where they have at
least 10 naughty, homeless blacks
They hire from 'kill, to Bludgeon!!
the Police promote criminal
Behavior among the Felon population
and inner city blacks who had
Rotten parenting to Begin with,
4 generations of Welfare and
need positive Role models
not hoodlums dressed up in
Uniforms! Besides - its illegal
to hire citizens for "Police work,"

751

Ivanka is still counterfeiting money and none of these mob judges will stop it. The original purpose was to plummet the value of the Afghanistan Dinar - their dollar bill - replacing it with American dollar bills - somehow changing all the currency raising the value of the dollar bill - but ruining countries in the meantime!

This nazi/communist regime lets Ivanka get away with with thousands of felonies because they're greedy beyond belief.

Their next step is to blow up & to get this annihilate Israel Jewish state out of the way for an Islamic new world order! With Barack Obama as the leader - a career criminal.

The WILLFULL, INTENTIONAL destruction
of the Family UNIT, the Free Sex
And drugs And homelessnes
is promoted Rather then FIXED!
They WANT This ANARCHY &
ITS COMING from the U.S.
Supreme Ct And the new
World ORDER NUT CASES!

Can you imagine a DICTATOR Like
ILMKA who hired over 1000
hit men for KAROL & her
daughters WITH OBAMAS
Family mob who hired over 1000
from ISIS to kill KAROL?
And These Power Hungry Greedy
Whoremongers WILL only
get WORSE!

They need to be given life
for Treason!

B3

UPDATE April 24, 2022 Sunday
The day After IVANKA got AGGRAVATED
ASSAULT changes VACATED + WASNT PUT
in jail AFTER DISSING ANOTHER JUDGE, 6x
on my email → JARED WROTE IVANKA or
DONALD Trump wrote IVANKA JARED THAT
he already has a new website set-up
to steal stimulus checks and he'll
send the link.... The email WAS
sent to Homeland Security.

The mob has a homeless man
and his pink haired wife stalking
me on the bus — and some
really ditzy woman next to me
BLOWING her nose 24/7 9/OR

SCREAMING
Then THE mob had A black
girl prancing/walking/screaming
In front of my tent 5 blocks
away from CASS
SCREAMING ABOUT her BABY — if She

84

Really was upset — she'd never be
able to think to ALWAYS find me
& stalk me while she does her
Acts for Jared. Ivanka, Zachary
Jardon, etc

Besides this ongoing ACTING
they hire tons of PAID ACTORS to
constantly start fights, scream
like crazy " etc + I can tell
& so can anyone else with A
BRAIN, they're going through my
trash, breaking my zipper on my tent
threatening my cat —
     now they're fighting about
"ACTING STUPID! I have to find A
place to  live,
          6 tents moved in last nite +
they all know each other! Go figure.