FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 2 8 2022

Margaret Botkins, Clerk
Cheyenne

COMPLAINT

Qui Tam Against Ivanka Trump Kishner

Donald Trump and Jared Kushner

Zachary and Sheila Ammix Fardon, &

Co Conspirator Judges & Supreme C'ts!

Ms Karol D. Magistrelli

968 Richardson Court

Cheyenne WY 82001

480 259 0618

PLAINTIFF & on Behalf of her

very maimed daughters

Vs.

Ivanka Trump Kishner - Kashmer

Donald Trump - Kushner (his new name)

Jared Kushners

& Co Conspirators

notary _____

Signature Karol Magistrelli

10 - 17 - 22

State of: Wyoming
County of: Laramie
The foregoing instrument was acknowledged
before me 17th day of October, 2022

_____, Notary Public
My Commission Expires: 09/24/2024

Kimberly J. Storey    Notary Public
County of               State of
Laramie                 Wyoming
My Commission Expires September 24, 2024

This Jur Tam has daily updates in the form of motions to Homeland Security as

Ivanka Trump-Kishner Kashiner- twice Divorced has Congress or her payroll so she can get whatever she wants! Including Joe Biden + Kamala Harris.

The history started with /Karocs Reports of organized crime in 2009- April 15 Stemming from Karocs Ex Husband Dr Gary Magistrelli, and Ivanka had hit men + women on Karol from to 2017 when Karol lived in Glendale AZ — one named Alexandria Mic.

# 31 U.S. Code § 3729 - False claims

- U.S. Code
- Notes

prev | next

**(a)LIABILITY FOR CERTAIN ACTS.—**

**(1)IN GENERAL.—**Subject to paragraph (2), any person who—

**(A)**
Knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;

**(B)**
knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim;

**(C)**
Conspires to commit a violation of subparagraph (A), (B), (D), (E), (F), or (G);

**(D)**
Has possession, custody, or control of property or money used, or to be used, by the Government and knowingly delivers, or causes to be delivered, less than all of that money or property;

**(E)**
is authorized to make or deliver a document certifying receipt of property used, or to be used, by the Government and, intending to defraud the Government, makes or delivers the receipt without completely knowing that the information on the receipt is true;

**(F)**
knowingly buys, or receives as a pledge of an obligation or debt, public property from an officer or employee of the Government, or a member of the Armed Forces, who lawfully may not sell or pledge property; or

**(G)**
knowingly makes, uses, or causes to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government,

is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 (28 U.S.C. 2461 note; Public Law

104–410 [1]), plus 3 times the amount of damages which the Government sustains because of the act of that person.

**(2)REDUCED DAMAGES.**—If the court finds that—

**(A)**

the person committing the violation of this subsection furnished officials of the United States responsible for investigating false claims violations with all information known to such person about the violation within 30 days after the date on which the defendant first obtained the information;

**(B)**

such person fully cooperated with any Government investigation of such violation; and

**(C)**

at the time such person furnished the United States with the information about the violation, no criminal prosecution, civil action, or administrative action had commenced under this title with respect to such violation, and the person did not have actual knowledge of the existence of an investigation into such violation,

the court may assess not less than 2 times the amount of damages which the Government sustains because of the act of that person.

**(3)COSTS OF CIVIL ACTIONS.**—

A person violating this subsection shall also be liable to the United States Government for the costs of a civil action brought to recover any such penalty or damages.

**(b)DEFINITIONS.**—For purposes of this section—

**(1)**the terms "knowing" and "knowingly"—

**(A)**mean that a person, with respect to information—

**(i)**

has actual knowledge of the information;

**(ii)**

acts in deliberate ignorance of the truth or falsity of the information; or

**(iii)**

acts in reckless disregard of the truth or falsity of the information; and

**(B)**

require no proof of specific intent to defraud;

**(2)**the term "claim"—

**(A)**means any request or demand, whether under a contract or otherwise, for money or property and whether or not the United States has title to the money or property, that—

**(i)**

is presented to an officer, employee, or agent of the United States; or

**(ii)** is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Government's behalf or to advance a Government program or interest, and if the United States Government—

**(I)**

provides or has provided any portion of the money or property requested or demanded; or

**(II)**

will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded; and

**(B)**

Does not include requests or demands for money or property that the Government has paid to an individual as compensation for Federal employment or as an income subsidy with no restrictions on that individual's use of the money or property;

**(3)**

the term "obligation" means an established duty, whether or not fixed, arising from an express or implied contractual, grantor-grantee, or licensor-licensee relationship, from a fee-based or similar relationship, from statute or regulation, or from the retention of any overpayment; and

**(4)**

the term "material" means having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property.

**(c)EXEMPTION FROM DISCLOSURE.—**

Any information furnished pursuant to subsection (a)(2) shall be exempt from disclosure under section 552 of title 5.

**(d)EXCLUSION.—**

This section does not apply to claims, records, or statements made under the Internal Revenue Code of 1986.

(Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 978; Pub. L. 99–562, § 2, Oct. 27, 1986, 100 Stat. 3153; Pub. L. 103–272, § 4(f)(1)(O), July 5, 1994, 108 Stat. 1362; Pub. L. 111–21, § 4(a), May 20, 2009, 123 Stat. 1621.)

Forged web site by police at the N. Las Vegas library ALL THROUGH NOV. AND DEC 19, 2021

https://www.googleadservices.com/pagead/aclk?sa=L&ai=DChcSEwj6hOfv-sD0AhVN4cgKHZt4ADIYABAFGgJxdQ&ae=2&ohost=www.google.com&cid=CAASE-Ro6unUSV8aJPbOJusivBtpnDc&sig=AOD64_1zuQ26gMUptJspWjkwCGLqkU3o_Q&q&adurl&ved=2ahUKE wjqxtvv-sD0AhUGRDABHQxlADMQ0Qx6BAgFEAE&dct=1

# Consumer Report To The FTC

**FTC Report Number**
**151204205**

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.** We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

**Name:** karol magistrelli

**Address:** 232 s 12th ave

**Email:** magistrellikarol13@gmail.com

**Phone:** 480-259-0618

**City:** phoenix   **State:** Arizona   **Zip Code:** 85007

**Country:** USA

## What happened

donald trump and his tranney at 908 E. Richardson court, cheyenne wy messed up my consumer cellular phone so that I cannot get in because donald trump does not like being reported by me 24/7 as he is a piece of doggy doodoo stealing from everyone in america not only me. how do you think he gets his money. i changed my swipe security to a pin and when I turn on the phone the swipe picture comes up but it will not swipe because the phone wants the pin and I cannot get into it to fix it and it has minutes on it. this is the hundredth phone that trump and the phoenx police, mesa police las vegas police, chandler az police have ruined and even though homeland security keep taking them out of the force and locking them up there are so many shyster cops in this force in phx that they need to be apprehended and 100% of them put in lock down. I WANT MY CONSUMER CELLULAR PHONE FIXED.. THEN I CALLED THE NUMBER ON MY ATM CARD FROM DESERT FINANCIAL WHICH SAYS CALL FOR SERVICE AND THE POLICE PUT SOME BOGUS COP WHO HAD A PREPLANNED RECORDING

ASKING IF I 1) WANTED TO SIGN UP: WHY IN THE HELL WOULD I WANT TO SIGN UP IF I GOT THE NUMBER FROM MY ATM CARD PROVING I ALREADY SIGNED UP AND THIS IS THE POLICE, THEN DESERT FINANCIAL QUOTE UNQUOTE SAID I HAD TO SIGN A DOCUMENT STATING IT IS OK FOR THEM TO CHANGE MY OVERDRAFT SO THAT IT WILL WORK AT WALMART. THE FIRST CALL I MADE TO DESERT FINANCIAL A COPT ANSWERED AND SAID I HAVE UP TO 600.00 IN OVERDRAFT AND IT IS WORKING. THEN THE SECOND COP WHO INTERCEPTED THE WALMART PHONE SAID I SHOULD BUY A STICK OF GUM AND USE THE WALMART MACHING TO GET MONEY OUT WHICH WILL LET ME USE THE OVERDRAFT AS I ONLY HAVE 49.00 IN AND I NEED 160.00 FOR THE PHONE AND MINUTES THAT I WANT TO WASTE MY MONEY ON SO THAT I HAVE A FUCKING PHONE. ONE HUNDRED PHONES LATER AND I CANNOT GET THIS FAT FAKE WIG, FAKE TEETH FAKE TAN, FAKE BRAIN OFF MY PHONES FOR LOVE OR MONEY AS ALL THIS FREAK OF NATURE WANTS IS MY MONEY AND HE IS HIDING MY KIDS WITH THE FBI AND THE POLICE IN EVERY DAMNED CORRUPT STATE IN THE NATION. THIS IS A FUCKING OUTRAGE THAT ONE PERSON WHO HAD A STELLAR CAREER CANNOT GET A JOB, CANNOT USE THE INTERNET, CANNOT SIGN INTO lilylou1971@outlook.com because there is unusual activity on my damned acount so they locked me out again and demanded i put in a phone number to send a code to when i never gave them a phone number to begin with and they THEY WHO ARE THE POLICE HACKING SENT A CODE TO MY magistrellikarol13@gmail.com account and nobody asked for that account so the only way they would know i have that account is that the police were hacking. yesterday the police called the SAFEHOUSE saying they were community action with I never gave out the safehouse number - i only gave my number 480-2590618 that is the phone that trump and the police crapped out for the millionth time. furthermore trump stole the wy election from cheney by having jared kushners pay off the maricopa elections board to forge election votes for trumps endorsed candidates who are now on trumps payroll as well as ivanla's payroll. it needs to be fixed as jared is doing this forgery in all 50 states. he just paid off the hilton head island supreme court justices to forge election votes and so far the WI IL NV AZ CA UT JUDGE PEARCE FORGED ELECTION VOTES FOR TRUMP THAT I KEEP REPORTING AND NOBODY LOCKS THIS LITTLE SQUIRREL UP??????? HE IS THE NEXT THING TO SATAN. CAN YOU PLEASE FIX MY PHONE USING AND FBI AGENT OR FCC AGENT FROM AFAR AS I HAVE HALF MY SSA E

| How it started | | |
| --- | --- | --- |
| Date fraud began: | Amount I was asked for: | |
| Payment Used: | | |
| Details about the company, business, or individual | | |

| | Company/Person |
|---|---|
| **Name:**<br>donald tRump | |
| **Address Line 1:**<br>602 WASHINGTON ST | |
| **Address Line 2:**<br>PHX POLICE DEPT | |
| **City:**<br>PHOENIX | |
| **State:**<br>**Zip Code:**<br>**Country:**<br>USA | |
| **Email Address:** | |
| **Phone:** | |
| **Website:** | |
| **Name of Person You Dealt With:**<br>michael sullivan | |

Your Next Steps

General Advice:

- You can find tips and learn more about bad business practices and scams at consumer.ftc.gov.
- You also can file a report with your state attorney general.

1 Living in Stillwater Apts to kill Karol
2 animal Alexandram Mic. This Mic has
3 Reappeared over the years on
4 and off with 1200+ more hit men
5 that Ivanka hires on a daily
6 Basis. WITH JARED Kushners her EX-husband

7 Ivanka, Jared Kushner her EX-husband,
8 Donald Trump, 100% of the Congressional
9 Representatives and hundreds of
10 Supreme Court Justices snort free
11 Bascel Cocaine According to
12 Homeland Security Civil Rights
13 Division.

14 There IS an unwritten code Amongst
15 Drug users that they never Turn
16 Each other in, so even though Ivanka
17 sustained multiple felony
18 convictions she was Able to get
19 most of them ABAted, vacated or
20 Pardoned by President Biden
21 WITH Bribes to Everyone!

3

22  She IS currently Convicted As A
23  Communist TALiban and she was
24  selling TANKS, to the TALiban
25  Un Afghanistan but not yailed
26  for this and multiple other
    treasonist Acts which I know —
27  MAGISTRELLI will list —
28  due to an order by Judge James
29  Book ZAGEL in the 7TH DISTRICT
30  COURT, 219 S. DEARBORN street
    CHICAGO IL 60604, which IS illegal.
31  
32  The order was written to ALL Judges
33  and JUSTICES who "use" not to
34  jail IVANKA TRUMP - KUSHNER - KISHNER -
35  KASHNER. She is sleeping W/ Judge Snow in Phx

36  The CALIforniA SUPREME CX JUSTICES
37  ALL use COCAINC and the way
38  KAROL understands it one uses
39  heroin.

40  The U.S. Supreme Court in Washington
41  DC has FOUR JUSTICES WHO Are
42  illegally FILING KAROLS Consumer
43  fraud suits! & Allegedly using cocaine.

4

1. JUSTICE ROBERTS
2. JUSTICE GORUSCH
3. JUSTICE KAVANAUGH
4. JUSTICE JACKSON - WHO TOOK
5. Bribes from Dunla BEFORE she
6. took her oath of office,

7. WHETHER or not they do COCAINE
8. KAROL ISNT SURE BUT THE list
9. NATIONWIDE WOULD be WITH
10. Homeland Security, Civil Rights
11. DIVISION, AND the U.S. D.O.J.

12. KAROL WAS in the FBI WITNESS
13. PROTECTION SCAM SINCE April 15, 2009
14. WHICH WAS solely Formed to steal
15. Every dime from KAROL MAGISTRELL!
16. for life.
17. In 2021 The Homeland Security
18. CIVIL Rights DIVISION Formed
19. a 1 WITNESS PROTECTION unit using
20. the 25th And 1st INFANTRY And
21. a VARIETY of others - BUT KAROL
22. WAS Recently told THAT they too Are
23. taking Bribes from Dunla,

5

1 Donald Trump Sr, The Barack and
2 Michelle Obama mob Family,
3 Hillary Clinton, Sarah Palm,
4 The McCan Family mob
5 Corruption Enterprise, Nancy
6 Pelosi a ring leader, President
7 Joe Biden, Jared Kushner,
8 Mob Boss and Former US
9 Attorney Zachary Fardon and
10 his (mommy) 2nd wife Sheila
11 Mammix - Fardon, Karen Federaghi,
12 Catherine Crowbell, Deb Durbin,
13 Erin McRath, dozens of
14 Entertainers Bribed by Kamela
15 to steal and deplete Kamels
16 Judgment Fund which is
17 added to by the illegal filings
18 of Congress, GOP Senators,
19 and all the above who are
20 filing Kamels suits and Embezzling
21 from the Judgment Fund,

6

1   The 911 wives, Linda Slaktoski
2   (Karols Corrupt sister in Sparta
3   MI, 245 14 mile Rd, Sparta MI 49345.
4   616 887 0934 - Telephone
5   And Ten Children

6      Jonathan Slaktoski
7      (Amber Slaktoski Sauer
8      (& a boyfriend) Alexi Slaktoski

9   The list of Eternal miners elvala
10  and all its with Homlord
11  Security, includes Kate Middleton, Steven Spielberg"

12  The Presidential nominating
13  Committee took Bribes from elvala
14  to nominate Donald Trump 3x
15  Again — all on cocaine as
16  well the way Karol understands
17  it And he/had 67 felonies
18  under my AG Leticia James
19  where Trump went judge shopping
20  amongst the Judges and
21  Justices who use', And was
22  able to get 66 of them
23  vacated. He still has Two
24  Felony Convictions

1   Kanu had only 2 Copyright
2   Infringement Convictions when she's
3   filing Kanus suits daily × 3 yrs
4   along with hundreds of
5   Obituary Formed suits using
6   Kanus deceased parents
7   Obituaries and Kanus deceased
8   uncles and aunts and using
9   Kanu and her daughters and
10  living cousins — filing at least
11  one fraudulent Obituary
12  fraud claim daily.
13  She's now using a PDF
14  signature of Kanus on all her
15  submissions that she had a
16  homeless man named Barry Concoct
17  at Cass homeless shelter
18  on a 1600.00 Iphone,
19  used by Donald Trump. Both of them
20  have an Army of corrupt
21  personal injury attorneys on
22  their payrolls and they
23  daily file fraudulent insurance

This signature is also

8

1 ⌗ Chrims under mob Judges
2 ⌗ (all users) Carmody and Jeff
3 in Grand Rapids ME
4 McQuaid from Ann Arbor ME
5 who is now a Professor at
6 University of ME law school
7 Chief Judge Morray Snow who
8 was forging child support
9 orders on Knoll × 23 yrs
10 depleting her social security
11 of $4800 a month thereby
12 preventing her from getting an
13 Apt and he of Knoll's they
14 on an email detection!!
15 use to Avoid Snow) hired a hit
16 He (Judge Snow) hired a hit
17 man and someone sentenced
18 him to die but mob judge
19 Murkowski in Grand Rapids
20 ME Vacated it And Judge
21 Snow is back on the Bench,

9

1  Nancy Pelosi Speaker of The House
2  has a daily INSURRECTION
3  Against KAROL MAGISTRELLI
4  refuling two fraudulent motions
5  She concluted
    USA vs. Elliott (Ellis A
6   is the Name for
7   KAROL MAGISTRELLI)
8
9   and USA vs. O'NEILL - (the
10     name for KAROL)
11 Both give Congress and OBAMACARE
12 the rights to steal everything from
13 KAROL MAGISTRELLI and every
14     other American citizen in This
15 take-over of The UNITED STATES
16 USC, Constitution, U.S Treasury
    Code, Bill of Rights, Preamble
17
18 Domestic Violence Acts ETC.
19 This is the longest D.V case w
20 Hx AS Dr Gary Clarence
21 Magistrelli - A life long cocaine
22 Addict and every one

1  The ultimate goal is to BLOW up
2  Israel so Vladimer Putin and
3  OBAMA can Be one world
   Leaders, with Ivanka Kashimer + Jared
4                                          Kushners,
5  This mob has Already taken over
6  America + there are multiple
7  daily motions with Homeland
8  Security, Patrick Fitzgerald,
9  OIC CA whos a Treasonist and
   a drug Addict,
11  Tigta Complaints daily
12  Where MR Retigg IRS,
13  MR Stratton SSA + MR Green IRS
14  all use cocaine - Appointed by
15  OBAMA the way Kara Understand
16  it.
17  Having a Computer would be a
18  Civil Right Kara has been
19  denied x 14 yrs,

/1

Wherefore Kano-Macistnelli Prays As follows.

A. That Donald Trump, Ivana Kashimer and Jared Kushners And Their Personal Century Attorneys who keep filing daily obituaries and wrongful death suits And fraudulent insurance claims with Concocted investment companies written illegally by Judge Engel Are apprehended And jailed pending Prosecution As they wont and Cannot quit due to severe mentally ill psychopathy!

B. That 100% of their illegal fraudulent obituaries which now includes a

"funeral for Malenia" allegedly against Queen Elizabeths estate and funeral, under some corrupt Judge known to the U.S.D.O.J. Are reversed and the money returned to whichever Insurance Company these Criminals used to steal Billions raising the price of Insurance for "WE The People" Nationwide.

CB. That All Co Conspirators of the Trump Mob Family; Jared Kushners, Ivanka Trump-Kushner, Melania Trump, Baron Trump, Ted Cruz, Jim Jordan, Nancy Pelosi, VP Harris, President Joe Biden, Zachary Sheila & Bruce Pardon, Dek Durbin, Karen Federighi, Erin McRath, Catherine Campbell

Linda + WALTER SLAWOSKI, The
original FBI WITNESS Protection
team, James Comey, Chris Wray.
The Homeland Security WITNESS
Protection Team, AG my Leticia
James, Prosecutor Vance - Manhatten,
CA + AT Justices of the Supreme
Courts, Justices Roberts,
Gorusch, Kavanaugh, and Jackson,
Attorney = Patrick Fitzgerald
and Attorney Mueller, Judges
Zagel - Chicago, Judge Snow - Phx,
Judges Reff + Carmody - Grand
Rapids MI, Judge Morkowski
Probate in Grand Rapids MI,
Judge Cory - Las Vegas,
Judges Letizia, Leones in Las Vegas
the Las Vegas and Henderson NV
Police Depts,

and all Supreme Court
Justices known to the
U.S. D.O.J who use Cocaine
with Donald Trump, & All The U.S.
Representatives Nationwide using
free based Cocaine & Adderall xr
which is Treason And Against
all USC Statutes not to
mention their oaths of office!

D) That Kanols two Daughters who
were bludgeoned in the head
By Donald Trump and Barack
Obama Jared Kushners, AOC,
Joe Biden and The Judge
who wrongfully ordered
the 4 strangulations of Rebekah
Magistrate Di Ryan by Joe Biden
"not to be mentioned Are

APPREHENDED TO PREVENT FURTHER
ABUSE from THESE BARBARIANS And
BRING THEM to JAIL SO WE
CAN get a house for safety
WHILE JAIL SUBMITS THEN
SUITS for the Rights to A
REDRESS of grievances by
THE WORST ADMINISTRATIONS In
the history of America

E. THAT THE ENTIRE Bush
ADMINISTRATION who STARTED
THE new World ORDER
scheme, THE OBAMA MOB FAMILY
BARACK (A kenyon) Michelle,
SASHA and MALIA, AND ADMINISTRATION
and the BIDEN MOB family
and ADMINISTRATION — Are All
apprehended pending prosecution

AS the harm which is ongoing
they are cumulitavely doing
to the United States is
surmountable.

F. They are all together in
a long standing conspiracy to
take over America by changing
the verbage in the
U.S. Constitution
U.S Treasury Code
the Domestic Violence Acts
in 50 States Plus The
U.S. Constitutions Domestic
Violence Clause,
The Assett Forfeiture laws that
Michelle Obama recently
changed for Congress - the great
and their apprehension will stop the
flow of fentynol theyre using
for Brokers owned by

Nancy Pelosi, Ivanka Kashimer,
Donald Trump, possibly some
Congressmen and women, Jared
Kushner and his web sites
Where hes stealing millions in
fraudulent insurance and
stimulus checks

6. That the counterfeiting of money being
done by Gary Magistrelli,
Ivanka Kashimer
Donald Trump
Joe Biden & administration
Nancy Pelosi and others
Known to the US DOJ is
stopped.

H. That the current Fraud suit By my AG Leticia James is taken over by the U.S. Attorneys and Merrick Garland as James makes agreements with felons and her standards are below what is expected
d) A party representing the American Government in any way. Substantively Low!

I. That Karol and her daughters are given a safe place to live so Karol can help them get the proper meds for or get the proper meds for Alzheimers and Parkinsons.

To Every Defendant Committed
Perjury ARC 13-2702 And
Subordination of Perjury where They
made Thousands of statements
falsely, knowing and believing
they were false when committing
Copyright violations hourly using
Kanoes writings taken from her
emails, phones, Constructives,
storage units by police breaking in
and more, 2216, 2261, 1001, 1512, 1513, 1344, 134, 1342
1509

18USC 875, 1030, 1961, 1968

K. They are conspiring with, Aiding &
Abetting Vladimir Putin A
Known Dictator, murderer and
Communist & Thats Treason
and must Be charged And
Convicted Accordingly.

14

L. Pelosi has been hiding Karol's daughter Rebekah in Tempe Elementary schools And Rachel in Prostitution Tents Around CASS homeless Shelter.

M. Pelosi And Trump agreed to kill Karol's daughters in Brothels they both own by the thousands Along with Ivanka. Ivanka Trumps full name with 2 divorces from Jared Is! Ivanka Trump Kushner Kishner Kashimer Kushners & back to Kishner or Kashimer. Pelosi, Trump, Ivanka, Jared use Police nationwide to hide them from Karol As Mormon Judge Snow stole All of Karol's money & put Billions on Rachel & Rebekah who Are homeless & Ivanka & Jared won't Allow to use Any money and Both Are dying! Its Attempted Murder.

Verification

Pursuant to cross d
Perjury in 18 usc 2216 And issued
herein the undersigned certifies
that the statement herein Are
true to the Best of her
Knowledge

Karol Magotrelli
18-17-22

Notary

Karol Magotrelli
11 - 17 - 22

STATE OF Wyoming
COUNTY OF Natrona

Sworn to (or affirmed) and subscribed before me
this __17__ day of Nov , 20 22 ,
by Karol Maiostrelli
_____
Notary Public's Signature
My Commission Expires March 6, 2023

Notary Name

GAYLA PETERMAN
Notary Public
State of Wyoming
County of Natrona
My Commission Expires
March 06, 2023