FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 2 8 2022

Margaret Botkins, Clerk
Cheyenne

DISTRICT CT NUMBER

COMPLAINT
QUI TAM Against The
KIDNAPPERS of Rebeckh
RuTh MAGISTRELLI Ryon
And her son
Who ARE VICTIMS of The
UNITED STATES
10 USC 1201 - KIDNAPPING
2261 - STALKING

Ms KAROL MAGISTRELLI
on Behalf of RebeLekh
RuTh MAGISTRELLI
Ryon + her son

V.

Phoenix Az Police & they
Chief Jeri WILLIAMS
Cheyenne WY Police      CASPER WY Police
Chief FRANCISCO
Ivanka Trump KASHIMER - murderer
Speaker Nancy Pelosi - murderer
Ted Cruz + murderer
JARED KUSHNERS - murderer
Michelle + BARACK ObAMA - murderers
Linda, WALLY, Alex, & Jonathon Shartoski
Amber (Shartoski) Sauer
hundreds of bribed homeless people
DonALD TRump, KAMALA HARRIS, Joe Biden

Now Comes KAROL in Support
of her Emergency Qui Tam

1. THAT the ~~Secur~~ Homeland Security
Civil rights Division no longer
has any ATTORNEYS WORKING For
the United States GOVT As
they're All on DonAld
Thumps PAYROLL Embezzling
from (my) Judgment Fund
Which is alligedly growing
Because all the CongressionAl
Reps & GOP SENATORS file
Kansis suits on A daily
Basis while Im told THAT
they ARE RACKETEERING WITH every
shelter in the nation to
Keep my daughters homeless or
hidden.

Today I'm told That!
1) Mark Shaw one of The most
   Corrupt Attorneys in the nation
   whose non-Likensed Attorney
   Was Gary Magistrelli's divorce
   Attorney 1998 - 2001 & Did
   That Entire Divorce w/o a
   license! He (Michael Allen
   Danforth) is in prison for life
   as he gave custody to
   a convicted drug addict on cocaine
   since age 14 - According to The
   Totally corrupt FBI witness
   protection team - since Barred
   by Homeland Secy Attorneys as
   Homeland Security wants All
   the money?! This is ongoing
   Theft by Deception, forgery of Kanoss
   name + sometimes signing
   Daisy Smith, Justin Wilcox,
   Carolina Sevilla all concocted
   by Nancy Pelosi.

3. I've turned this in 5x At least to VACATE Shaw but Homeland Security decided to join Trumps mob, And allow the 1200+ hit men Trump hired, the 1300(+) hit men IVANKA & Jared (divorced) hired, the 10 hit men hired By Nancy Pelosi; the hit man hired By Baron Trump & todays hit men hired by Eric Trump! ~ who Allegedly stole 1/2 of KANSAS Social Security again.

A) Homeland Security refuses to
to take Donald Trumps Go-To
Judges clown! B) They Absolutely
refuse to Protect my
daughters & they Absolutely refuse
to stop Embezzling.
D) They Absolutely refuse to
protect the country At the border,
E) they refuse to stop Harris
from taking my suits with
Jill & Joe Biden & son Hunter
F) they refuse to file Rebuttals
on known murderers who are
Killing Americans Do! who
cares as long As these
Blood suckers can Badger
Karol to get her daughter
out of Jail so their friends
can Kill Rachel! Unbelievable!

**U.S. Securities and
Exchange Commission**

HOME     COMPLAINT FORM

Print

# Submission Number: 16675-102-426-614 was submitted successfully on Thursday, November 03, 2022 at 02:43:47 PM EDT

Thank you for contacting the United States Securities and Exchange Commission.  This automated response confirms that your submission has been received successfully.  We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws.  Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process.  Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts.  Therefore, this may be the only response that you receive.  If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

## What is your complaint about?

✓ **Please select the option that best describes your complaint.**

Other

✓ **Is this supplemental information to a previous complaint?**

Yes

✓ **What is the Submission Number of the previous complaint?**

16674-64-302-178

✓ **In your own words, describe the conduct or situation you are complaining about.**

Speaker Nancy Pelosi  is cyberstalking me telling me to go to Denver, telling me to go here and there,  and she needs to be apprehended with the police she hired to cyberstalk me under 18 usc 875, 2261, 1030 because I'm sick of her. she cant get a live because she is so messed up in the head. i cannot run to this place and then that place as I cannot keep coming back here to file without a place to live.  I was there and SEC ran me out of there so I have to assume that Pelosi is telling me to live with 300 uneducated women. they will make mincemeat of my kids and now Im told Rebekah and her sone are moving to a parent building.  stop telling me what to do on a second by second basis when you just got done telling me that she's staying in the rescue mission across the street.
your a mess and not helping me.  trump and ivanla are free on attempted murder charges. are you kidding. who was the judge.  thomas another cocaine addicted jerk?

✓ **Are you having or have you had difficulty getting access to your funds or securities?**

Yes

✓ **Did you suffer a loss?**

Yes

✓ **Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00).**

40000000000

✓ **When did you become aware of the conduct? (m/d/yyyy)**

4/3/2022

✓ **When did the conduct begin? (m/d/yyyy)**

4/5/2022

✓ **Is the conduct ongoing?**

Yes

✓ **Has the individual or firm acknowledged the conduct?**

Yes

✓ **How did you learn about the conduct? You may select more than one answer.**

Account statements; Broker-dealer records; Conversations; SEC filings; Social media (e.g., Facebook, Twitter, blogs, chat rooms, and electronic communities of interest)

✓ **Have you taken any action regarding your complaint? You may select more than one answer.**

Complained to other regulator; Legal action

✓ **Provide details.**

no matter what I do you let every single person out even on murder charges. how can you do that?   are you all paid off?  that is aiding and abetting murder.

## Who are you complaining about?

| Subject Name | Type |
|---|---|
| pelosi, nancy | Person |

## Which investment products are involved?

✓ **Select the type of product involved in your complaint.**

Derivatives (e.g., futures, options, swaps)

✓ **Please select the category that best describes the security product.**

Other asset-backed securities

## About you

✓ **Are you filing this tip under the SEC's whistleblower program?**

Yes

✓ **Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**

No

✓ **Title**

Ms

✓ **First Name**

karol

✓ **Middle Name**

dawn

✓ **Last Name**

magistrelli

✓ **Street Address**

232 s 12th ave

✓ **Zip / Postal Code**

85007

✓ **City**

PHOENIX

✓ **State / Province**

AZ

✓ **Country**

US

✓ **Mobile Telephone**

3074334337

✓ **Email Address**

karolmagistrelli201@gmail.com

✓ **What is the best way to reach you?**

Email

✓ **Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**

No

✓ **Select the profession that best represents you.**

Other

✓ **For Other, please specify.**

fucked over whistleblower without help at alll

✓ **Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?**

Yes

✓ **If you answered "Yes," please provide details.**

why do you even have the job of ombudsman as they do not do a single thing other than call and make and appointment

✓ **Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?**

Yes

✓

**If you answered "Yes," please provide details.**

go to casper, go to cheyenne, go to denver, go to hell

✓ Has anyone taken steps to prevent you from reporting this violation to the SEC?

Yes

✓ If you answered "Yes," please provide details.

ted cruz, chris wray, donald trump is stalking me physically today and the SEC WANTS ME TO KNOW BUT
THEY REFUSE TO TAKE HIM DOWN.  PELOSI IS ON MY PHONES SO WHY THE HELL DID I GET
ANOTHER PHONE?? I TOLD YOU SO.
IM RUNNING AROUND LIKE A LUNATIC BECAUSE YOU REFUSE TO REMOVE THE SLUDGE FROM THE
SHELTERS AND NOW IM NOT GOING TO DENVER AS I CANNOT FIILE THERE SO GO TO HELL

✓ Are documents or other information being submitted that could potentially identify the whistleblower?

Yes

✓ Identify with particularity any documents or other information in your submission that you believe could reasonably be expected
to reveal your identity.

WHAT DO YOU THINK

✓ Does the whistleblower want to be eligible to apply for a whistleblower award?

Yes

✓ 1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or
employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board
of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the
Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange,
registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?

No

✓ 2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or
employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or
any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934
(15 U.S.C. Section 78c(a)(52))?

No

✓ 3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal
securities laws by an independent public accountant?

No

✓ 4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?

No

5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?

No

6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?

No

7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?

No

8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?

No

I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

Agree

## Uploaded Documents

| Document Name | Size | Actions |
|---|---|---|
| No data to display | | |

**U.S. Securities and Exchange Commission**

HOME     COMPLAINT FORM

Print

# Submission Number: 16675-208-633-644 was submitted successfully on Thursday, November 03, 2022 at 03:01:29 PM EDT

Thank you for contacting the United States Securities and Exchange Commission. This automated response confirms that your submission has been received successfully. We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

## What is your complaint about?

✓ **Please select the option that best describes your complaint.**

Other

✓ **Is this supplemental information to a previous complaint?**

Yes

✓ **In your own words, describe the conduct or situation you are complaining about.**

IVANLA TRUMP KASHIMER IS ALLEGEDLY USING HER PUSHERS TO GIVE RACHEL FENTYNOL ACCORDING TO THE PERSON ON MY PHONE TRYING TO KILLHER. THEN IM TOLD TO GO TO ALBERTSONS, THEN GO TO HELL AND WHERE THE FUCK AM I SUPPOSED TO GO WHEN REBEKAH IS NOT ON ALZHEIMERS MEDS. HOW OLD IS HER SON. IS HE AT THIS RESCUE MISSION OR ARE YOU JUST JACKING ME AROND LIKE WHEN YOU SAID THEY WERE ALL IN JAIL FOR ATTEMPTED MURDER. WHO THE HELL IS LETTING OUT MURDERERS.

I CANNNOT RUN FROM CITY TO CITY TO FUCKING CITY. YOU RUN ME OUT OF EVERY LIBRARY LIKE SOMEONE IS GOING TO KILL ME IN THE LIBRARY????? LIKE THE BLACK LOOKING AT ME RIGHT NOW?????

✓ **Are you having or have you had difficulty getting access to your funds or securities?**

Yes

✓ **Did you suffer a loss?**

Yes

✓ **Is the conduct ongoing?**

Yes

✓ **Have you taken any action regarding your complaint? You may select more than one answer.**

Complained to SEC; Other

✓ **Provide details.**

TRUMP PLIED ME WITH A BRIBE WHICH PROVES HE KNOWS WHAT HES DOING

## Who are you complaining about?

| Subject Name | Type |
|---|---|
| TRUMP, DONALD | Person |

## Which investment products are involved?

## About you

✓ **Are you filing this tip under the SEC's whistleblower program?**

Yes

✓ **Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**

No

✓ **Title**

Ms

✓ **First Name**

KAROL

✓ **Middle Name**

DAWN

✓ **Last Name**

MAGISTRELLI

✓ **Street Address**

KAROLMAGISTRELLI201@GMAIL.COM

✓ **Zip / Postal Code**

85007

✓ **City**

PHOENIX

✓ **State / Province**

AZ

✓ **Country**

US

✓ **Email Address**

karolmagistrelli201@gmail.com

✓ **What is the best way to reach you?**

Email

✓ **Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**

No

✓

Select the profession that best represents you.

Student

✓ Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?

No

✓ Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?

Yes

✓ If you answered "Yes," please provide details.

never ending. both of my daughters are on drugs adn im supposed to jump from state to state for what.

✓ Has anyone taken steps to prevent you from reporting this violation to the SEC?

Yes

✓ If you answered "Yes," please provide details.

chris wray, james comeyand the entire FBI, trump, eric trump, donnny trump ivanla  baron trump, hundreds of enterdac

✓ Are documents or other information being submitted that could potentially identify the whistleblower?

Yes

✓ Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.

just get trump back in jail on murder charges.  why were they all let out?????

✓ Does the whistleblower want to be eligible to apply for a whistleblower award?

Yes

✓ 1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?

No

2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section 78c(a)(52))?

No

3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?

No

4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?

No

5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?

No

6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?

No

7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?

No

8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?

No

I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

Agree

## Uploaded Documents

| Document Name | Size | Actions |
|---|---|---|
| No data to display | | |



U.S. Securities and
Exchange Commission

HOME     COMPLAINT FORM

Print

# Submission Number: 16674-836-090-341 was submitted successfully on Wednesday, November 02, 2022 at 03:46:04 PM EDT

Thank you for contacting the United States Securities and Exchange Commission. This automated response confirms that your submission has been received successfully. We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

## What is your complaint about?

✓ **Please select the option that best describes your complaint.**

Other

✓ **Is this supplemental information to a previous complaint?**

Yes

✓ **What is the Submission Number of the previous complaint?**

16674-644-302178

✓ **In your own words, describe the conduct or situation you are complaining about.**

That it is impossible for me to use any phone as NANCY PELOSI is blocking all my submissions to sheriffs and SEC on my phone. There is a conspiracy of retaliation between Nancy Pelosi who I reported for insider trrading, constant hourly kidnapping of my daughter Rebekah ruth magistrelli Ryan, a corrupt attorney from Waukegan, IL named Mark shaw who wrote some erroneous order for bribes from Ivanla Trump Kashimer to fraudulently say that Rachel Magistrelli did something with Fentynol but she had no chemicals in her system to prove their false allegations and she is in a jail somewhere in Ft. Collins, CO or Wheatland, WY. and she is now a victim of the USA who are coming after Karol and her daughters as they want all our money from my judgment fund, inheritances, tax returns, SEC and IRS awards, ssa money, stimulus checks and Rachel needs to be freed again. Im also told that Rachel and rebekah have RANSOMS ON THEM AND THEY ARE MY ADOPTED DAUGHTERS THAT THE MOB OF THIS NEW WORLD ORDER IS ABUSING IN

✓ **Are you having or have you had difficulty getting access to your funds or securities?**

Yes

✓ **Did you suffer a loss?**

Yes

✓ **When did you become aware of the conduct? (m/d/yyyy)**

4/15/2009

✓ **When did the conduct begin? (m/d/yyyy)**

4/15/2009

✓ **Is the conduct ongoing?**

Yes

✓ **Has the individual or firm acknowledged the conduct?**

Yes

✓
**How did you learn about the conduct? You may select more than one answer.**

Conversations; Publicly available information; Social media (e.g., Facebook, Twitter, blogs, chat rooms, and electronic communities of interest)

✓ **Have you taken any action regarding your complaint? You may select more than one answer.**

Complained to other regulator; Complained to other; Legal action

✓ **Provide details.**

IVE DONE THIS A MILLION TIMES. PLEASE TRY OUT YOUR STUFF.

## Who are you complaining about?

| Subject Name | Type |
|---|---|
| SHAW, MARK | Person |
| HARRIS, KAMALA | Person |
| pelosi, nancy pelosi | Person |

## Which investment products are involved?

✓ **Select the type of product involved in your complaint.**

Banking and consumer finance products

✓ **Please select the category that best describes the security product.**

Other banking and consumer finance products

✓ **For other banking and consumer finance products, please provide more information.**

she embezzles from my judgement fund

## About you

✓ **Are you filing this tip under the SEC's whistleblower program?**

Yes

✓ **Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**

No

✓ **Title**

Ms

✓ **First Name**

karol

✓ **Middle Name**

dawn

✓ **Last Name**

magistrelli

✓ **Street Address**

232 s. 12th avenue

✓ **Zip / Postal Code**

85007

✓ **City**

PHOENIX

✓ **State / Province**

AZ

✓ **Country**

US

✓ **Mobile Telephone**

307-220-4029

✓ **Email Address**

operationgoliath2009@gmail.com

✓ **What is the best way to reach you?**

Email

✓ **Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**

No

✓ **Select the profession that best represents you.**

Other

✓ **For Other, please specify.**

whistleblower

✓ **Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?**

No

✓ **Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?**

No

✓ **Has anyone taken steps to prevent you from reporting this violation to the SEC?**

Yes

✓ **If you answered "Yes," please provide details.**

theres a hit man on me in this library today

✓ **Are documents or other information being submitted that could potentially identify the whistleblower?**

Yes

**Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.**

have homeland security send them as their are many

**Does the whistleblower want to be eligible to apply for a whistleblower award?**

Yes

**1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?**

No

**2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section 78c(a)(52))?**

No

**3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?**

No

**4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?**

No

**5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?**

No

**6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?**

No

**7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?**

No

**8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?**

No

**I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.**

Agree

## Uploaded Documents

| Document Name | Size | Actions |
|---|---|---|
| No data to display | | |



U.S. Securities and
Exchange Commission

HOME        COMPLAINT FORM

Print

# Submission Number: 16674-644-302-178 was submitted successfully on Wednesday, November 02, 2022 at 12:27:27 PM EDT

Thank you for contacting the United States Securities and Exchange Commission. This automated response confirms that your submission has been received successfully. We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

## What is your complaint about?

✓ **Please select the option that best describes your complaint.**

Manipulation of a security

✓ **Please select the specific category that best describes your complaint.**

Other

✓ **Please provide more information.**

insider trading

✓ **Is this supplemental information to a previous complaint?**

Yes

✓ **What is the Submission Number of the previous complaint?**

16663-792-130-171

✓ **In your own words, describe the conduct or situation you are complaining about.**

House  Speaker Nancy Pelosi has spent years doing insider trading and once about a yr ago allegedly paid off a judge with Feinstein, Gov Brown and Schumer when they received a lot of money and were charged with insider trading. she has been hacking my phones 24/7 and blocked a complaint like this to SEC yesterday from the Wyoming Rescue Mission computers. Allegedly the Homeland Security fixed it but she is still free owning thousands of brothels in which she put my daughters hundreds of times hiding them to make money on the side in sex brothels in las vegas, and hotel and kitchen brothels in Cheyenne WY, and now due to Ivanla's drug pushers who started my Rachel magistrelli on heroin, rachel is illegally charged with something about fentynol which pelosi is getting the way I understand it from the border crossings where the illegal undocumented aliens are getting $1000.00 and a cell phone once they cross the border. The fentynol coming over the border may be rewarded with the $1000.00 and the cell phone or may be random but

✓ **Are you having or have you had difficulty getting access to your funds or securities?**

Yes

✓ **Did you suffer a loss?**

Yes

✓ **Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00).**

4000000000

✓ **When did you become aware of the conduct? (m/d/yyyy)**

4/15/2009

November 2, 2022

**Karol D. Magistrelli RN Bs**

**PO Box 2030**

**Casper, WY 82602**

**307-220-4029**

**Operationgoliath2009@gmail.com**

**U.S. Copyright Office**
**101 Independence Ave. S.E.**
**Washington, D.C. 20559-6000**
**(202) 707-3000 or**
**1 (877) 476-0778 (toll-free)**

Attn:  Copyright Infringement Department:

Without going to an attorney who are all paid off in my case by Donald Trump or his daughter Ivanla Trump Kashimer and others in Congress stealing all my documents off of my flash drives and every library computer, cell phones, back-pack and more, I am wondering how to stop this ongoing plagiarism by Congress, President Joe and Jill and Hunter Biden, Donald trump, ivanla trump-Kashimer allegedly now in jail, Jared Kushners in jail, and hundreds of police jurisdictions, and hundreds of entertainers embezzling from my judgment fund nationwide as well, how do I stop this fraud.  It is a conspiracy since the Obama administration and I'm thinking the only way is to sue everybody which is daunting as they want my 1.4 billion and all my suits for their      NEW WORLD ORDER they are scheming to finish up with Vladimir Putin.  There re four presidents embezzling and their families and every one in AZ NV, CA and more.

You can email me back. I'm the whistleblower or Operation Goliath and congress, and these four ***presidents and their family's stole all my money including my inheritances.***

Sincerely,

Karol Magistrelli

November 2, 2022

**Karol D. Magistrelli RN Bs**

**PO Box 2030**

**Casper, WY 82602**

**307-220-4029**

**Operationgoliath2009@gmail.com**

**U.S. Copyright Office**
**101 Independence Ave. S.E.**
**Washington, D.C. 20559-6000**
**(202) 707-3000 or**
**1 (877) 476-0778 (toll-free)**

Attn:  Copyright Infringement Department:

Without going to an attorney who are all paid off in my case by Donald Trump or his daughter Ivanla Trump Kashimer and others in Congress stealing all my documents off of my flash drives and every library computer, cell phones, back-pack and more, I am wondering how to stop this ongoing plagiarism by Congress, President Joe and Jill and Hunter Biden, Donald trump, ivanla trump-Kashimer allegedly now in jail, Jared Kushners in jail, and hundreds of police jurisdictions, and hundreds of entertainers embezzling from my judgment fund nationwide as well, how do I stop this fraud.  It is a conspiracy since the Obama administration and I'm thinking the only way is to sue everybody which is daunting as they want my 1.4 billion and all my suits for their      NEW WORLD ORDER they are scheming to finish up with Vladimir Putin.  There re four presidents embezzling and their families and every one in AZ NV, CA and more.

You can email me back. I'm the whistleblower or Operation Goliath and congress, and these four ***presidents and their family's stole all my money including my inheritances.***

Sincerely,

Karol Magistrelli
November 2, 2022

**When did the conduct begin? (m/d/yyyy)**

4/15/2009

**Is the conduct ongoing?**

Yes

**Has the individual or firm acknowledged the conduct?**

Yes

**How did you learn about the conduct? You may select more than one answer.**

Internal business documents; Publicly available information; Social media (e.g., Facebook, Twitter, blogs, chat rooms, and electronic communities of interest)

**Have you taken any action regarding your complaint? You may select more than one answer.**

Complained to other regulator; Complained to SEC; Complained to other

**Provide details.**

every other agency took bribes from Barack Obama in June 2016 as planned in 2009 as he wants to be the leader of the NEW world ORDER. WHICH IS GETTING SHREDDED ONE BY ONE WHEN THESE THUGS GO TO JAIL.
THE POLICE STOLE MY MONEY TO COMPASSION INTERNATIONAL WHEN I SET UP A DIRECT ACCOUNT TO TX $30.00 MONTHLY FOR THE CARE OF A LITTLE GIRL AND HER TWO UNMARRIED PARENTS.
THE WYOMING HOUSING AUTHORITY BLOCKED SEC COMPLAINT WITH NANCY PELOSI AND THE COMMUNITY ACTION PLACE FOR HOUSING IN CHEYENNE AS A GIRL THERE NAMED STACY WHO REFUSES TO GIVE ME HOUSING UNLESS I GIVE HER MY PASSWORD TO MY EMAIL.  AND I SAID I CANNOT DO THAT OR SHE WOULD HAVE ACCESS TO Y PHONE AND MORE.  I BELIEVE that Ivanla or

## Who are you complaining about?

| Subject Name | Type |
|---|---|
| Pelosi, Nancy | Person |
| house of representatives | Firm |
| Perry, tyler | Person |
| GAGA, LADY GAGA | Person |

## Which investment products are involved?

**Select the type of product involved in your complaint.**

Banking and consumer finance products

**Please select the category that best describes the security product.**

Other banking and consumer finance products

**For other banking and consumer finance products, please provide more information.**

judgment fund of karol magistrelli

## About you

**Are you filing this tip under the SEC's whistleblower program?**

Yes

**Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award?**

No

Tips, Complaints and Referrals

✓ **Title**

  Ms

✓ **First Name**

  Karol

✓ **Middle Name**

  Dawn

✓ **Last Name**

  Magistrelli

✓ **Street Address**

  232 12th ave

✓ **Zip / Postal Code**

  87005

✓ **City**

  BLUEWATER

✓ **State / Province**

  NM

✓ **Country**

  US

✓ **Mobile Telephone**

  307-220-4029

✓ **Email Address**

  operationgoliath2009@gmail.com

✓ **What is the best way to reach you?**

  Email

✓ **Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information?**

  No

✓ **Select the profession that best represents you.**

  Other

✓ **For Other, please specify.**

  RN turned whistlebloewer

✓ **Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about?**

  No

✓ **Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator?**

  Yes

  **If you answered "Yes," please provide details.**

✓  I'm stalked everywhere by police hired by donald trump, ivanla trump and more

✓ **Has anyone taken steps to prevent you from reporting this violation to the SEC?**

Yes

✓ **If you answered "Yes," please provide details.**

yesterday nancy pelosi blocked my submission to SEC on line at the wyoming rescue mission

✓ **Are documents or other information being submitted that could potentially identify the whistleblower?**

Yes

✓ **Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity.**

i have hundreds of motions with Homeland security civil rights team

✓ **Does the whistleblower want to be eligible to apply for a whistleblower award?**

Yes

✓ **1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?**

No

✓ **2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section 78c(a)(52))?**

No

✓ **3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?**

No

✓ **4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?**

No

✓

**5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?**

No

**6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?**

No

**7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?**

No

**8. Did you acquire the information being provided to us from any person described in Questions 1 through 7?**

No

**I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.**

Agree

## Uploaded Documents

| Document Name | Size | Actions |
|---|---|---|
| No data to display | | |

Site Map | Accessibility | Contracts | Privacy | Inspector General | Agency Financial Report | Budget & Performance | Careers | Contact

FOIA | No FEAR Act & EEO Data | Whistleblower Protection | Open Government | Plain Writing | Links | Investor.gov | USA.gov

That the Retaliation starts on the
Bench — With the Go-To Judges
used by George Bush
        Barack Obama who is 2nd
                living off of Knows
                One billion, That the
        FtC split up, + stole
Hillary Clinton
Michelle Obama
Donald Trump
Ivanka Trump Kashmer
    & Jared Kushners
& the Fandon mob! Zachary, Sheila
Bruce + Achanya Fandon who
do nothing but drum up felonies
they make up with Judges Zagel
& Snow.

11-17-22

STATE OF Wyoming
COUNTY OF Natrona

Sworn to (or affirmed) and subscribed before me
this 17 day of Nov , 20 22
by Karol Magiotrelli

Notary Public's Signature        Notary Name
My Commission Expires March 6, 2023

GAYLA PETERMAN
Notary Public
State of Wyoming
County of Natrona
My Commission Expires
March 06, 2023