FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 28 2022

Margaret Botkins, Clerk
Cheyenne

Claim for Relief To Be
Granted under
Ashcroft and Iqbal
against Ivanka Trump - Kishmer Kashimer,
and her Co-Conspirators.


Karol Magistrelli & on Behalf
of her daughters
Rachel E. Magistrelli
Rebekah Ruth Magistrelli Ryan

PLAINTIFFS


V,

Ivanka Trump Kishmer Kashimer   & Jared Kushners
and all her Co-Conspirators
shes bribing by the Thousands,
& Donald Trump, Jared Kushner, & Co Conspirators
RESPONDENTS

Verification: to Laws of Perjury in
Pursuant to Laws of Perjury in
735 ILCS 5/1-109 & 18 USC 2216 The undersigned
Certifies that the Following statements
Are true - including hundred of Motions
with Homeland Security to the Best
of her knowledge.
                    Karol Magistrelli M.S.
        Page 1 of 1

In Accordance with Bell Atlantic Corp. et. Al. v Twombly Centuries the united States ct of Appeals:

The Sherman Act prohibits every Contract, COMBINATION in the form of Trust or otherwise, or CONSPIRACY in the RESTRAINT of trade or Commerce Among the several states or WITH foreign nations."

The CONSPIRACY to extort And EMBEZZLE 1/2 of Kansas social security & how over 1/2 in fraudulent child SUPPORT payments Started WITH Lake County States Attorney Mike Waller who WAS convicted when U.S Attorney Gary Shapiro was in place And Waller died in Prison for hundreds of The same MOB EXTORTION behavior, Attorney Danforth Bonner, non licensed is in prison for life

Kara reported Gary a Pedophile who admitted to it to Dr Ronald Baron — in his notes, Dr Tony Fletcher (on the internet discus) Dr James Cavanaugh of The Isaac Ray Center but Gary owned hundreds of Pizza Parlors all over lee that all the judges used to money launder Their bribes through,

2.

To convict Gary meant to deprive
ruthless, corrupt Judges Police +
Attorneys of a statewide
money laundering scheme so Mike
Walden smelled Karol to Tallahassee
File where he forged child support
payments as soon as Karols
early Social Security kicked in At
62 yl of Age. Karol was supposed to
get 1565⁰⁰ a month, then 1ˢᵗ check
was 1486⁰⁰ and changed to 1482⁰⁰,
142.?.⁰⁰ + was never the same gross
As the Tallahassee Police were
doing the Filing monthly in A conspiracy
WITH SSA Director Gayle Stallworth
Stone — now Mr. Stratton

This isn't mere "parallel" conduct
as each player had to know of the
conspiracy with Mike Waller + the
19th Judicial Court or —— They
would never have known in Tallahassee
to implement this scheme without
Being TOLD what to do by Mike
Which The mob Director of Equity

3  11

Real Estate Opportunities/Consultants/
Team & ITS yearly/even changing
names.

This conspiracy happened with Intentional
planning and organization by Mike
Waller and orders from the USDoJ who
under the OBAMA administration
conspired to make Karol Magistrelli
endigent for life due to bribes
from Gary Magistrelli a known,
convicted cocaine addict and
registered sex offender under fraudulent
names: Ed Park, Schwarze, & others
That The Courts had him under for
bribes,

The Police in every state Karol
fled to running from Gary +(Michael Horowitz O26
commands ordered by The USDoJ M. Horowitz O=6
round the clock so Karol wouldn't be able
to file in any CT in America,
took part in writing The orders +
stealing her mail, tampering with All
Bank Statements, SSA orders to The
day.

4

The Obama administration left the mess with Trump who is totally corrupt and all too happy to keep Karol indigent so she can't get an apt. — loan, job etc. her maimed children etc.

Trump has stolen millions from Karol's judgment fund in Operation Goliath and with his mob family and daughter Ivanka, he blocked every job Karol applied to, paid off Sidoin Johnson a corrupt FBI agent to steal Karol's CEUs for her RN degree, paid off the Carmel Frauds the police to mock up the website, and money laundering and Nancy Pelosi paid them off as well!

Karol is & has been stuck writing -16 motions a day while Homeland Security jails hundreds who are trying to cover up the bribes and money laundering scheme Gary started which mushroomed nationwide with Congress,

5

This is intentional corruption
ordered by The USDOJ OIG Michael
Horowitz to keep KAROL BRUCE &
intelligent for life and win
WARRANTS for life so OBAMA BUSH
Trump, Hillary Clinton, VP HARRIS, Sarah Palin
VP Pence, (all) of Congress
till we get to Arizona where KAROL
moved in 2017 to find her Chinese
adopted daughters That Gary
trashed on The streets in more
ways than one.
    Gary paid off The Phoenix
Police, Mesa Police, Chandler Police,
Tempe Police, DREAM GIRLS
in Tempe who used RM as An entire
underage Prostitute, The
Phoenix DISTRICT Ct. Judges, The
AZ Supreme Ct, Glendale AZ
Police, CASA GRANDe AZ Police,
BARACK OBAMA a 100+ murderer who hired
over 1000 ISIS to kill KAROL,
& now George Bush, Biden, Hillary
Clinton, Mitt Romney, Cuomo etc All hired hit men
    The list is endless.

6 c 10

"STATING A CLAIM REQUIRES ENOF FACTUAL
MATTER (TAKEN AS TRUE) to SUGGEST
THAT AN AGREEMENT WAS MADE. An
'ALLEGATION' of PARALLEL CONDUCT And
BARE ASSERTION of CONSPIRACY WILL not
SUFFICE."

FEDERAL RULES of CIVIL PROCEDURE 8(a)(2)
REQUIRES only A short And PLAIN STATEMENT
of the Claim showing That The Pleader
is ENTITLED to Relief

KAMAL MAGISTRELLI IS ENTITLED TO
Relief Because ALL Child support
to A twice convicted pedophile And
drug ADDICT WITH POSSESSION &
On PROBATION WAS VACATED by Judge
James Block Zagel in
Fed. Ct., 7th DISTRICT Chicago ILL
AS Fraud When GARY never should
have received Custody to begin with
As he had child sexual
ABUSE Charges from secret wife #1,
allso MAGISTRELLI & Son DANIEL.

7 of ...

Factual Allegations were Already proven in the incarceration of Donald Trump SR who tried to murder Karl with over 1,200 hit men - mostly undocumented Aliens, and Trumps mob family worked And conspired together agreeing with OIG Michael Horowitz, OBAMA, Trump Sr, George Bush And Joe Biden who All ordered police nationwide to stalk and concoct Warrants instantly in every single jurisdiction she ran to for relief! How else would Every police jurisdiction decide out of the Blue to charge Karl over and over with ludicrous charges they were ordered And PAID TO DO?

Ted Cruz mass murder charge he PAID LAS Vegas Police to file and refile many times is only one Example! The payments with Homeland Security $10,000ºº

There are FAKE criminal prostitute handling charges, trespass charges, pedophile charges under the name Andrew Hernandez to prevent housing, etc for both Karl and Rebekah.



Kanol is entitled to Relief from
Dianne Kishner - Kashmer and Nancy Pelosi's
Conspired Insurrection Against Kanol
Magistrelli and her daughters
Because daily This Team of White
Collar Criminals Reinstates en mass
a fraudulent Motion in which Kanol is
called Ellish - Written for Congress
By Nancy Pelosi who daily
Kidnapps Kanols daughters using
Mesa Az / Phoenix Az / Las Vegas Az / Colorado
Judges
Police & 2 Corrupt Phoenix Police
Utah
Police
Officers Andrew Buesa & Richard
Margulis who Are paid to stalk
those All over NV, AZ trying to
file whatever charge They can by
Entrapment and lies. This Felon Felon
moved into The Strat Hotel in
Las Vegas to reinstate everything with
Henderson NV police, mesa Az
Police, Utah Salt Lake City Police who
were paid to file trespass charges
By A Las Vegas police officer who
stalked Kanol to Salt Lane city
for The purpose of getting a charge
from the SLC, Utah police!

9c

Karol is entitled to relief from Nancy
Pelosis orders over & (over to put
Karols daughters in her Brothels
which are illegal under CA
penal code transporting minors in this
case (2) disabled adults over state
lines for sex! Thousands of Times,
These two disabled adults —
Karols daughters — were made Disabled
By OBAMAS administration bludgeoning
their heads in with base Ball
Bats and 2x4s, sticks, Bricks etc
and Joe Biden (w/ AOC) who strangled
Karols daughter AM paralyzing
her fingers, lips, tongue & throat!
Only Barbarians and psychopaths
would do this, Saunders/Booker/
Warren all had AM Bludgeond!
Senators Collins + Simma hired 5-6
hit men each and the GOP senators All
paid two hitmen to kill Karol
There was a direct conspiracy
with Barack Obama + his Administration
to steal everything from Karol And
ultimately Kill All Three 2) as —

10

a Conspiracy that Donald Trump
jumped on! —

all Congress can think about is the
money they are stealing from Karol and
they use police nationwide to keep up
the never ending warrants — in fact —
Congress, the USDOJ Attornies,
and OBAMA ordered them and
OBAMA Bribed hundreds + thousands
2) Shelters, domestic violence
Shelters etc to kick Karol + her
daughters out in the cold which
is psychopathic And BARBARIC not
to mention cruel + unusual
punishment for no legal reason
other than jealosy of KAROLS SUITS

(+ Bribes) cend Anger that Karol wont stop!
violations of FAIR housing Act.
Karol + her daughters are
Entitled to Relief from stalking +
false charges by police nationwide —
who start trolling As soon As
they see us.

Trump filed dozens of fraudulent
Changes to cover up his fraud
with NOVA Mtg — vslaw, com, Schwarz

Pharmaceuticals All with The GOP
aiding And Abetting The Russia
Collusion As The Entire GOP Senators
are laundering money in Russia, China
Taiwan, Korea, Viet nam & Thats
just march 25, 2022 ! (over 100 countries &
conspiring w/ Vladimir Putin)

Relief from Bludgeoning, Constant
CAR accidents Causing injuries,
hundreds of wrongful death suits
so that The IRS Tells Karol Shes
dead and her Social Security & healthcare
number no longer Exists. Ivanka Kushner!
Being used by
Thousands of intercepted Calls By
Phx/mesx/chandler/Las Vegas in
police so Karol cant call
any single party in The universe including
her daughters
We Are entitled to Relief from
Ivankas pushers — she out packel on
heroin or Fentynol — who in The world
does That? A psychopath! Its Attempted
Were entitled to Relief murder
from Evankas Constant Adopting
Knols daughters, from Bribed
Convictions Evanka committed & paid CA Supreme
Ct to change Karol instead!

12 ii

Senator Collins, Simoná, Gov Cuomo,
Romney, Duceys & Holcombs
hit men, from the hit men
hired by Congress while 50
states illegally file Kardos
suits and Conspire with Social
Security, Tallahassee FL Police
4/19 Judicial Cir, Judge Murray

WANT JUDGE I
Snow to keep forging monthly
Child support orders in order
to retaliate Against Karol for
turning them in for stealing her
judgment fund, inheritances,
Stimulus Checks, TAX Returns,
Relief loan OBAMAS MTB Family
Thefts of her Judgment Fund &
1000 Israel hit men The
last Being STEVE Nyberg fresh
out of mental HOSPITAL!!
Equity Real Estate Consultants Is a network
of companies Congress turned into Countries
surrounding Israel to be used to
Blow up Israel when Kamala, Jared, Joe Biden
VP Harris, Pelosi + Congress get enough of
our Weapony in Afghanistan Iran Iraq +
Jordan to Annihilate Israel so OBAMA
can be the new World order Muslim leader,

13

Kanues money was illegally
transferred by Judge Snow
to Rebekah M. Ryan who is legally
mentally disabled, And the Las
Vegas police set her up with
an abusive husband who should
be in prison — most of the time
however he abandons her for some
other woman! It needs to be annulled.

Nancy Pelosi, Hunter Biden,
AOC, Tlaib, Omar, Linda Skrytoski,
Gary Magistrelli, Zachary Fandon,
Sheila Fandon, Jared Kushners, Judges
Snow, Nett, Carmody, Engel and
Murkowski hired a Doctor to kill
Rebekah at Sun Rise Hospital in a
rule gru Bladder Surgery
which Kanol stopped. Sunrise
Hospital and 100% of all clinics etc
change this name 1000s of times
to hide her and patient poach
other peoples insurance who have
dialysis and similar problems!

14

This Conspiracy with the hospitals is trickled down from the Obama administration who ordered police nationwide to hide Rebekah from Karol while Trump paid off Doctors to deny her Meibermers meds - caused by the bludgeoning.

Karol has hundreds of Motions and affidavits written up to Homeland Security — The FBI "witness" annihilation team told Karol that nothing happened, no warrants happened, they shredded everything except Homeland Security, DoD, DEA etc are all involved watching Rvamiks Drug pushers, wrongful death suits on Karol, Rebekah, Rachel & Karols deceased parents and family members.

FBI Janine Wheeler wrote a text to Karol; "Elf you don't give us (she + Trump) your suits we will kill your children!

FBI Chris Wray told Karol" Eat My Shit! !

15.

This hourly insurrection involves
These corrupt FBI Directors in AZ, CA,
AZ, NV, IL, FL & They need to
Be in prison!

James Comey stole Knows IRS
All Awards & flew to Amsterdam
With his entire family and wife
and forged Trusts for his Children,

As soon as one fire is out,
Nancy Pelosi or Ivanka or OBAMA
start it all over again and
there are ongoing reinstated charges
and warrants daily from Mesk,
Las Vegas (Ted Cruz mass murder charges)
Hit men galore, and This
team of thugs moved from the Strut
Hotel in Las Vegas to a Rental
house from Craigslist in Phoenix or to the
the way Kane understands it Rennaissance hotel...
to continue to file with Judges
Snow, Carmody, Neff, Merkowski,
Bob family & Probate Judge who
took Babies from Whitney & all
Judges Fusz, Judge Johnson
Linda Slaytosk, Attorney Phelps
etc & hes Probate!
now They're in Flagstaff too.

16 ..

"The need at the Pleading stage for Allegations plausibly suggesting, (not merely consistent with) reflects the threshhold ~~achievement~~ of requirement of rule 8(a)(2) that the plain statement possess enough heft to show that the Pleader is entitled to relief

The causes of action for all the above conspiracies include misuse of warrants (to keep Karol and her daughters out of ct) and there have been over 1800 fraudulent concocted charges and warrants in FL, MI, AZ, NV, CA, UT, IN, NC, SC, and loads of fraudulent filings in wrong names in NC

By Zachary Fardon former US Atty In Co by Z. Fardon USA V. Magistredi in Chandler Az a fraudulent Tax Return in some corc elses name Attached to Karols name somewhere, a in N.C Another fraudulent Tax Return

Cause of Action 18 US 1519 — fraudulent filings in fake names in NC, 50 ~~states~~ by congress under Daisy Smith Justin Wilcox, Carolina Sevilla, u, etc

17 c.

Cause of Action Fraudulent Pedophile
Charges on KATH under
Andrew Hernandez
& on Rebekah in a fake name under
Las Vegas NV Judge Letizia

Cause of Action - Concocted municipality
charges in Phoenix Az, Las Vegas NV
Springfield Ill NOT BY
(14 yrs later) happenstance!

Cause of Action - hundreds of Attempted murders

Cause of Action - American Disabilities
Act Violations to long to list BUT
AOC, Booker, Ilhan Omar who had
Rebekah shot twice & Then hired
A MARKSMAN WITH A BOW & ARROW,
Biden 5x Strangled
Harris At least one Bludgeoning
hundreds of Bludgeoners aided &
abetted by the FBI WITNESS
"protection" program turning Rebekah
into a 2yr old And shes
26 y/o! They (OBAMA + TRUMP)

18

Caused Rachel to have a yerking
palsy for life —

→ not by happinstance or Coincidence
But All done by numerous
hatefull vengefull, greedy, Angry
Retaliatory white collar
Congressman And women who Conspired
with Obama to steal 1.4 Billion
dollars, Another one Billion by the FTC,
& millions now by 50 states And
police Nationwide some of whom
Karol NEVER met!

S.D. Diego Police
Oakland CA          Cruz NM
San Francisco        CASPER WY police
Los Angeles          OR, UT Supreme Ct,
Chicago, Ill         all Congression Al
Phoenix Az Police &   Reps filing
Chief Jeri Williams Allegedly
    In a Sonora Prison
Judge Murray Snow,
Judge Connuely in MT & All the
Wrongful death suits on Karol by d monka
Rebckah Rachel Mom & Dad
Stolen OBITUARIES = Caused Action

19

Cause of Action

(DISCRIMINATION) Against An
honest law ABIDING CITIZEN
and her daughters for Reporting
the biggest Bank Robberys of
America by 4 U.S Presidents
& their COCONSPIRATORS including Vlndimir PUTIN who
IVANKA has embezzling
Ivanka who knows
usually onading or money
dozens of stupid corrupt low
Life entertainers to steal

KANSS Money.

This CASE IS the Biggest DOMESTIC
Violence CAsE in the World
and hundreds of CIVIL RIGHTS
Violations hourly by Pelosi, Biden,
Congress - IVANKA who they BALK
& Treason!

20 . -  . +

Cause of Action - Insurance fraud
with Alstate, illegal medical
claims, non existent cancer masses
(Vicki) dead twins, miscarriages at
age 70!, knee surgerys 20 years
old (Pope) the list is endless
Allowed by Barbed it Ins. Commission
+ Patrick Fitzgerald US Army Chicago

Cause of Action - Judicial Code
Violations and ABOC 8.3, 8.4
by CA Supreme Court Judges
Utah Supreme Ct Judges
Az Supreme Ct Judges
(fake election votes
for Trump)
+ fake covid (+) documents

Az District Ct a fake nonexistent
Judge concocted by Judge
Snow who uses the Mormon
Tabernacle choir phone to
communicate with Ivanka
("Judge Hemphrimn")

Cause of Action fraudulent child
support, gross SS amts
ever changing - shredded
orders to vacate done by SSA

21 of 2

Fraudulent House Bills to Steal
all of Karol Magistrelles
Money + life for life + OBAMACARE

Cause of Action = Bribes to AZ
Registered Nurse Licensing
Bd so Karol Cant work

Cause of Action = Stolen mail by FBI
Edwin Johnson, Phx Police, Gary Magistrelli
Glendale Az Police
AAA Mailboxes in Las Vegas
2556 E. Desert Inn Rd. #291
Las Vegas NV Bribed by
Las Vegas police
The Vegas USPS on E. Desert Inn Rd,
Who switched Karols Box to
one 15 miles away in another city,
Hundreds of Bribed Bankers,
Postal workers, FBI Agents,

allthewhile Donald Trump Sr, Ivanka
Kushner Kushner, Jared Kushners
and 100% of the Congressional
Reps smoke Free based cocaine
Trumps entire Presidency —
According to Homeland Security!

None of This was just a coincidence! 22.

a Conclusion based on Evidence Already
presented is clear + convincing
Evidence in a jury!
Much of what Karol wrote was
used by Prosecutor Vance who put
Trump behind Bars — without his
Beloved cocaine! + then let him go — As bribed

The fraudulent Concealment of
Rebekah from Karol
9 the Allowing of Bludgeoning
By dozens was conspired
5/0 hundreds of Police picked her
up + moved her for OBama,
the FBI, — totally Corrupt +
Judge (Snow) An evil, wicked,
lunatic mormon who stated,
"The forged child support orders
can be picked up in Lodestar
to nite" — on Karas Email!
He wrote it to Jared Kushners
who was in Lodestar with a
team of stalkers!

93 ct

The Extortion of Karols Social
Security by forged child support
written by a non licensed attorney
whose doing life in ell, Karll
Bike Walker States Attorney was
Conspired with Judges Walker
who added 2500⁰⁰ or 250⁰⁰ a
mo in Fake Dry case & 110" in
Fake miscellancous money
that never crome of the fraudulent
Child support so Karol
ended up paying over 100,000⁰⁰
of on Fake Bills Because
of Judge Jane Drew Walker
Retaliated after Karol
wrote her up for fraud and
giving custody to a known
pedophile — to the ell
Judicial Commission who
do nothing.

24

KAROL + HER daughters are
ENTITLED to Relief from EXTORTION,
forced homelessness Act By
FBI, JUDGE Snow And BARACK
& Michelle OBAMA who paid off
Rebekahs Apts (Shelter Island)
to kick Rebekah out then had
numerous thugs come up to KAROL
& tell her they were going
to SMACK her Face ____
Mess up her Face ____
ETC ____ & she did it again Apr/21!
KAROL was slugged in the face by Pelosis stalker At A bus stop
Michelle & BARACK Regularly steal
Everything from KAROL And Theyre
Barred from America they stole
millions!

KAROL Rebekah & Rachel Are entitled
to Relief From OBAMAS hit men,
1000+ from ISIS, And All his
paid off employees At CASS
Shelter, Courtyard Shelter,
Salvation Army Shelter, Shade Tree
And BARACK OBAMA Bribed Every
D.V. Shelter in FL, MI, NV, AZ to
keep KAROL & her daughters out,
JK

April 8, 2022

Every Phone I get
the Phx) LAs VegAs
    Los Angeles PD
    are immediately on it
c/ Trump IVANKA +

JARED are on it.
Rueban in St Johns the
    WORKER WAS pAid off by
Trump & I cant use their
    phone As Im told
    OBAMA is on it!

IVANKA told everyone not to Allow KAROL
"Reimbursement" for All her messed up phones!
Reimbursement nothing — INCARCERATION
    under 18 USC 1030,

26

This isn't "parallel conduct" it's a
14 year insurrection against Amber
and her daughters stealing 2
houses, a car, a career
her daughters, grand children
they even had the police shie up
a tent and burn a hole in it!
given daughters health, minds & life!
They're completely mentally disabled.

This insurrection against us won't
stop till they are incarcerated
for life,

Pelosi & hundreds of Brothels

Trumps Brothels
Ivankas Brothels
Ted Cruz frauds mass murder
Lindsey Grahams Babes.
Johns shooting of Rebekah 2x
Tlaibs Bludgeonings!
Donald Trumps Brothels,

22 .

```
Welcome to Dunkin'
  Store #: 356253
  102 N Central Ave
  Phoenix, AZ 85004
     (480) 498-7773
242664 MICHELLE
------------------------------
      CHK 8258
   3/23/2022 2:03 PM
------------------------------
       Eat In
1 1 Donut                  1.49
Cash                       $2.00

Subtotal                   $1.49
State of AZ                $0.09
Phoenix                    $0.03
Payment                    $1.51
Change Due                 $0.39
--------- Check Closed ----------
     3/23/2022 2:03 PM
********************************************
  Donut forget to tell us about
   today's visit! Talk to us at
     www.DunkinRunsOnYou.com
   within 3 days and receive a
      FREE CLASSIC DONUT
   on your next visit when you
 purchase a Medium or Larger Beverage
  See restrictions on dunkindonuts.com

  Survey Code: 25801-56253-1403-2323
********************************************
  Additional Discounts Will Not Be
   Applied to Promotional Offers
******
```

*(handwritten on receipt: STOLE BAG)*

To Day The mesA Az
police had A
sting on Kame to
Steal her her
Belongings + she
didnT get it.

They stole her bag
which had a suit in
it Against eVanca
+ EITHer They or
(Vance) filed it in front
of Judge Bergel +
IT needs to be VAcated.
As moot due to Bribes

who dismissed loads of cryminal
Actions by eVanca who IS speeding
Through life As a free based cocAine
addict + she snorts Adderal xR As
well, She must not Even sleep!

These judges Are not helping her!
    She needs a yeAr in A psych ward
  like her father.

On March 27-2022 - Everything was Reinstated
  in the daily Instruction Against Kame
   orchestrated by evanca + Pelosi!

            28.

In accordance with Ashcroft & Iqbal, 556 U.S. 662(2009) was a United States Court Case which held That Plaintiffs must Present a Plausible cause of Action.

The only Plausable Cause of Action is To Send the Respondants to Prison for a myriad of Felonies, mostly

#1) Copywrite Fraud and Infringement with Playersa As everyone is stealing Everything Karol Wayes on her phone And Then They file it under FAKE Fraudulent Names!

DAISY SMITH
JUSTIN WILCOX
CAROLINA SAVilla or SeVilla
ETC

and This is Being Done by 50 States in Congress WHo Are All on Donald Trumps and Ivanka Kishner-Kashiners payroll And by Police nationwide, Citys. Legislators And in order

29 of 70

to continue the fraud on Karol Magistrelli and her daughters that the FBI helped Donald Trump, Barack Obama, Ivanka Kushner and Jared Kushner, AOC, Joe Biden, Warren Booker, TQnb, Ilhan Omar Dludgeon into infancy, Congress, Ivanka Kushner Jared Kushner have changed over 3450 Omds, the U.S Treasury code, the U.S. Constitution by deleting all criminal Prosecution for fraud upon the court, This is Treason.

"Alongside Bell Atlantic Corp v. Twombly legal raised the threshhold which plaintiffs needed to meet."
" Further, the Court held that Government Officials are not liable for the actions of their subordinates without evidence that they ordered the allegedly discriminatory activity. Congress, Pelosi, USDOJ, Trump, Obama ordered a 14 yr insurrection against Karol + her Daughters & are still ordering it. 30 D. 12

Mesa Az Police for a hate crime against Israel or Jewish people AFTER Karol called Trump a SHYSTER (with 6 fraudulent investment companies + a fraudulent university he swindles thousands with — and Karol IS legally Jewish, worships A JEW and openly supports the Jewish NATION of ISRAEL — forever.

The Chandler Police called Karol a Pedophile under the name Andrew HERNANDEZ reinstated 100% to prevent Karol from getting another apt when Chief Dugген, Ivanka Kishner, Jared KUSHNERS, Donald Trump, Gary MAGISTRELLI etc were Bribing Karols landlady monthly to evict her.
+ They're on Ivankas payroll with Mesa/Temp/Phx/Las Vegas Police etc

31

The Evidence is overwhelming on this 14 year attempted murder case of 3 women for the judgment fund And law Suits belonging to Karol Magisrell, the one and only whistleblower for Operation Goliath, StarWars, Harry Potter (messed up) Christmas — Again, messed up intentionally by the CORRUPT FBI WITNESS "Protection Program that Comey put together Solely to steal everything Karol has in life And to ultimately kill Karol And her Daughters with 1000+ hit men hired by BARACK OBAMA, 1000+ hit men hired by DONALD Trump, 500 - 600+ hit men hired daily by Ivanka Trump-Kushner- Kushmer Kashmer a Cocaine Snorting Addict like DONALD Trump, Jared Kushner, Gary Magisrell.

32

The evidence that BARACK OBAMA
and Congress BRIBED every elected
or Appointed official at the
upper levels of Federal Government,

SSA, S.E.C. IRS, CIA, (FBI,
all of Congress, 50 Governors,
50 Attorney Generals, Vice Presidents
from George Bush, OBAMAS Administration
Trumps FELONIOUS Administration,
and now Bidens REPEAT OBAMA
administration, allegedly Daniel Sutherland Held
Secy Director + years
When these CAREER CRIMINALS
Couldn't shut K and up who they all
have tried to MURDER with hitmen,
Underling 2 - By the GOP SENATORS,
5-10 by SENATOR Collins, 5-10 by Senator
Kirsten Simone who is stealing
from K and K's Judgment fund,
The Congress Resorted to filing
Fraudulent House Bills with
Homeland Securities WITNESS PROTECTION
PROGRAM under their civil rights
program, Then they decided they

33

Would hire Karols two maimed Chinese daughters using Police nationwide, then Congress hired Chief Dugger from the totally corrupt Chandler Police dept to run over Karol with a Tundra Toyota driven by thug Joanne Elain Archibald, and when she didn't kill Karol Congress hired Chief Dugger a second time who Again hired Archibald to Kill Karol.

When that didn't work Ivanka Kushner a twice convicted Felon with a minimum of 10 other felonies she bribed Judges Snow, Zagel, Neff, Carmody or McQuaid And Murkowski in a Probate nightmare in Grand Rapids Mich to Dismiss, Abate, Vacate etc. Ivanka Bribed President Joe Biden to Pardon 2. copywrite fraud felonies

34

When in reality, she is taking Kamo's suits from Kamo's phones directly stolen at the rate of one to two a day! I know has owned a new phone every 2 mo. x 14 yrs — forget it!

Kami was threatened by FBI Agent Janine Wheeler "if you don't give us (referring to herself + Trump) your suits, we will kill your daughters!" Shes now lying about homeland security witness term saying (new) of the attorneys have been Kamo's suits which is not true as they're selling hundreds in jail. They are killing them anyway.

Ivanka has been using pushers that a Detective J. Pelfrey has been informed of with AZ who has been put Rachel on Adot to put Rachel on fentynol when Ivanka already put the whore Rachel of the world on heroin!

Then Ivanka has been bribing one poke jurisdiction after another (Henderson NV for methadone charges by a heroin addict,)

35.

And paid by Durose & Trump

That Ted Cruz got into the act by filing mass murder charges against Karol with the Las Vegas Police while he filed her suits in TX making millions and of course with all of Congress, The Obama Mob family, The Trump mob family (All involved) The Biden & Harris mobs All filing Karols suits fast & furious so that This is more important than Running the country.

Not to mention, Ivanka & Donald Trump have a running family scheme filing hundreds of wrongful death suits with Karols parents obituaries & deceased relatives, And even with Karol Rebekah & Rachel, & hundreds of fraudulent investment companies, schools, Insider trading...

36

The OTHER never ending Trump
mob scheme is to use hundreds
of homeless to fill fraudulent
insurance claims with Allstate,
where Ivanka keeps the
millions and the homeless
get Rental Assistance from
Karols judgments fund That
Everyone is seething with
yealosy for! I want my money Back.
          Congress in Changing 345
laws deleting criminal prosecution
for fraud up on The C* Along with
the U.S Constitution And
US Treasury Code — And A
Total takeover of The American
Government!

          Then Ivanka Paid off.

          Everyone

37

Justice Roberts, Kavanaugh a Corruption Enterprise and Gorsch of the United States Supreme Ct so it would never be Reconciled to the legislative intent our forfathers founded this country on — ! Homeland secy g-t rid of Kavanaugh + Jackson at least tapiing

The other thing Congress —

Who are anti-christ, pro Muslim and have undertaken a secret plan to annihilate Israel after running guns to the Taliban in Afghanistan by the Phoenix Police at least 2-years, and Congress plans to load up Iran, Iraq Jordan & the West Bank the same way.

Ivanka has been selling tanks to the Taliban and was convicted as a Taliban Communist by the

38

California Supreme Ct Judges
WHO ALLEGEDLY TOOK BRIBES
not to lock her up.

Trump did the same with
Corrupt AG NY Leticia James
And when Trump WAS locked
up for a few weeks he had
Judge Carmody write orders
that he should be supplied
WITH COCAINE in jail because
Trump, Ivanka, Jared &
100% of the Current Congressional
Reps all smoke free based
Cocaine and did so during
Trumps entire Presidency.
Judge Carmody commits
Copywrite fraud and infringement
daily As well as acting as a
DR without a license 225 or 325
ILCS! And she needs to be
immediately locked up for
Treason taking tampered
laws knowingly Along w/ CA
Supreme Ct who were replaced!

39

Congress, Four United States
Presidents, 4 United States
Vice Presidents, 50 Attorney
Generals, 50 Governors,
Rhan Emmanuel, etc all
Knew of this conjoined discrimination
and daily attempted murders
of Karol and her daughters
That Trump, Jared, Biden,
AOC, Tlaib & Ivanka

Bludgeoned and
strangled x 20 years. They
hate Karol Because Karol
is a Born again christian, never
tried a drug in her life,
doesn't drink, smoke, vape,
snort, chew, date, etc and
turned down a really
stupid $300,000⁰⁰ Bribe from
Donald Trump when he tried

40 0:

himself "Jessica"! Get REAL! None of These Treasonists have any Qualified or Sovereign Immunity including the U.S Supreme Ct justices because they all

1) Know of The Thousands of smoking homeless,

2) Thousands of fraudulent insurance claims, hundreds of Wrongful Death suits they bilk hospitals. Doctors etc of millions in money for Quackers power,

3) of The reimbursement all of Congress, The Presidents etc obtain from IRS Mr Rettig After They "pay taxes" which are Then "reimbursed" probably under a fraudulent name so They can money launder it.

4/1 or

4) ∫ The Scheme to delete all
    criminal prosecution from our
    well settled laws written by
    our forefathers —— with this
    current intent to defraud
    United States citizens and
    mostly KAROL!

5) The scheme to ultimately blow up
    Israel so Muslim Barack
    Obama Faiseel in Singapore
    can be the leader & the
    new world order
    that Congress is scheming
    for! + they decided to do it with Karols
    Judgment fund + signature which they
    made into KTPF.

6) That Congress and The FBI
    openly mock, Ridicule,
    Taunt Karol 24/7 about
    "Jesus" leaving Bibles out
    everywhere in empty boxes
    left by Zachary Fardon
    a total irreligious anti-christ
    openly so and his tranny-wife,
    Sheila Bommix Fardon who forged
    Karols signature over 2000 x!

                4/2

7) Congress know of Ivanka
   & Police jurisdictions in
   AZ, NV, CA, FL, MI, IL etc
   who daily threaten to
   cut off hands legs, feet
   hands, fingers lips, face
   etc while Ivanka hired
   dozens of amputees at
   every homeless shelter who
   follow Karol everywhere
   threatening to mangle her
   and her daughters.

8) They know of the FBI's
   lies that one daughter
   is blind & deaf when
   its not true & every
   so often some agent
   gets online & tells Karol
   they're lying — about
   everything

4/3 ....

9) Everyone knows the FBI Witness Plan was formed solely to steal the of Karol & her daughters inheritances, stimulus checks, tax refunds, personal injury suits and (Jamie Wheeler, Sabin Johnson, Mike Harvey, Michael Anderson, Dia Cane,

10) Everyone knows of the US DOJ Attorney scheme to order police nationwide to keep Karol & her minned daughters in warrants for life.

11) They know the FBI refuses to get off of Karols phones, refuses to stop hunting, refuses to stop budgening with thousands of empty purses. Budget tricks, false charges, stalking & hate-pure hate

4/4 o.

10. Everyone knows of Quankas
ID Thefts daily of Karols
Birth cert, ID, license plate,
Drivers license, Bus ID,
homeless shelter IDs,
obituaries of her family,
the Thefts of her grandparents
signatures on the 'Mayflower'
Boats they come here on,
the theft of Tombstones,
Karols impounded car, the
cloning of all of Karols phones
and Quankas addition of tons
of malware and malwarebytes,

This hostile takeover of Karols
entire life and the lives of her
innocent daughters comes from
the top down. Bush, Obama, Trump
Biden and all their "Go-To"
Judges who violate anything and
everything no matter what for
huge Bribes! Biden Pardoned Quanka for
Copyright fraud for Bribes,

4/5

all of the My Prosecution against
the Trump mob is awash as
The Hill news media outlet
watched Prosecutor Vance take
millions in bribes from Donald
Trump which makes The
65 of The 67 felonies
Trump was convicted of still
current as bribes
which sway a Judge and
Prosecutors descasion to go against
The law are moot !

Bribes influenced All the
Pardons, Abatements, Strikes
and The Daily Shredding &
evidences By The CA, UT, AZ
NV, IL, MI FL Supreme
Cts and Judges Carmody, Neff
Snow → a criminal in A Black Robe,
Markowski & his mob Family,
Cory, McQuing, Brodsky, Fusz
Johnson, The entire Fth Jud. Of in
Waukegan & Then

46

Wheres the Police jurisdictions
who shred, reinstate, shred,
reinstate, shred, reinstate
stalk, concoct, hire homeless
felons for entrapment
They can — & the list is
Endless. Shredding companies
Should Be outlawed.
    Nobody spent time in jail
for forging COVID POSITIVE
documents to scare the
Public into taking the
Vaccines which IVANKA
admitted to - Are not vaccines.
    Nobody spent time in jail
for forging election votes
in the Supreme Cts with
Jared Kushners and
Ivanka Kishner - Divorced over
a yr & a half —

47

Ivanka never did time for
Thousands of TAX EVASIONS
like her father as it was
Glossed over by AG Bambed
my AG Letcia James and
Totally Corrupt Prosecutor
Vance who stalks Karol Jr
her phones after stealing her
suit for bribes from Donald
Trump! + Jerry Snyder in Phx who stole
Karols mail to Home land Secy
Witness term in Washington,
The FBI has daily Portrayals
of her (Karols) children dying on
a sidewalk high or drunk etc
When They're in Protective
Custody with a detective But
Ivanka Jared Nancy Pelosi +
her Thousands of Brothels
+ Trump who said We'll kill
Them by keeping Them in Brothels!

48

Everyone in Congress, the USDOJ
IRS, SSA, Judges, Supreme
Courts etc Are All on The
Same Page and now the orders
are coming directly from
the bench!

Judge Carmody wrote An illegal
order to have Police NATIONWIDE
hide Kares Daughters
While Trump bribes DR's to Deny
her/them medication + Ivanka
Sends Pushers to kill them
with heroin & Fentynol

FBI Chris Wray ordered The FBI
to allow Trump & OBAMA
to Bludgeon the girls
till they die — then he
told Kara "EAT my Shit!"

49

James Comey & Family stole Karris
2000 @ 211 IRS Karris & Bam
to Amsterdam & put the money
in Trusts for his already
corrupt & demented
Brats;

Barrack & Michelle OBAMA stole
1.4 Billion on June 2016, paid
off Harvard to get their
drug Addicted Brats into,
& knew told & they were
kicked out — But — They
Bribed K Judge so
Felicity Huffman who did the
same spent 16 months in
jail while OBAMA spent
3 days for bribing NBC & ABC
Then brew to his cocaine
smoking BBF Gary Magistrell
& Ivanka Kishmer,

50

Biden & Aoc strangled knows
daughter Rm leaving her with
paralyzed ups, tongue, fingers
& throat but THATS OK,
Because you can do That
When you're President & have
dozens of Bribed Judges At
your finger tips.

It's wrong. It's Absolute
hatred for God #1, for our
Country, for the world who has
looked to the United States
to take & stand Against
Corruption and the world Is
currently stunned And astounded
That The US has So many
Pedophiles in Congress, So
many drug Addicts, That Trump
gets off time After time
                Because he has
Congress on his payRoll!

51 .  .  v

This is a joint, intentional, knowing, wilfull, wanton, felonious, criminal take over of Karol's entire life for her suits & money & that of her daughters & grand children. Karol was told that muslem OBAm being the evil creature he is had started bludgeoning Karol's grand children when they were ~~babies~~.

These people are

1. Psychopaths under Dr Hares Psychopathic Inventory — Book = Without Conscience

2. Barbareans

3. Anti-Christ

4. Communist Taliban Sympathizers

5. Pro Russia

6. & All are conspiring w/ Vladimir Putin who is embezzling from Karol's judgmt and to take over America

52

and the only Remedy =s
to start locking them up
en MASS.

Karol and her daughters
are entitled to Relief from
DAMAGES #1-10, Trumps
daily hit men (1000s)
James Kushners ongoing lies
; Kushner Non disclosure Agreements - one unsealed in
my mothers
Judge
over 5000 forgeries by Zachary
Tandon & Shenk Tandon who
never worked at NASA, doesn't
have a BS let alone 2 PhDs
& stalks Karol with her idiot
husband since April 15, 2009
When James Anti-American Comey
put the United States together
In this Conspiracie(s) Against
Karol & her Innocent
Daughters!

This Congress intends to
STOP Armageddin.

These top government officials
Are directly responsible for
the orders to police, Bankers,
judges, Supreme Crs,
+ other subordinates They
ordered starting with the Obama
administration and USDOT
Attorneys, OIG Michael Horowitz to
to discriminate against Karol
and her daughters for life!
Karol has been told hundreds
of times "This is your
life forever — Bitch —
Cunt, Vagina & Nigger

There is a lot in this Claim for
Relief But it's heightened
Because the Blatent Green

54 of 70

of hundreds of gov't officials Conspiring to kill KAROL And her daughters IS OUTRAGEOUS.

Its the longest running domestic violence case in the history of The world Because Gary MAGISTRELLi paid off Everyone & tried to kill KAROL & Rebekah many times!

KAROL, Rachel & Rebekah ARE ENTITLED to The BASIC Civil Rights of Every other American the right to housing w/o Being Blacklisted by Police nationwide

The right to work w/o Trump Bribing Every Employer to charge us With Felonies,

55 of

The Right to basic healthcare w/o
Obamma + Trump + Police
Bribing every DR, Clinic,
Optometrist, etc
+ DENTISTS to kill KAROL —

The Right to drive w/o
persistant forged municipality
changes, forged warrants,
Sheriffs Penzone, Arpaio, Lombardo,
& Governors trying to kill us
for our judgment fund
Which isn't theirs!
By a long shot!

The Right to go to school
& work at ones Profession w/o
Pelosi + Trump bribing the AZ
Bd of Registered Nurse
Licensing

The Right to not Be
Bludgeoned! or Raped. or
forced to have Drugs!

56 & 10

Nobody can say that Karl and her daughters are not entitled to relief 1000x over.

The Homeland Security Witness Team has hundreds of motions & affidavits in response to information they told Karl as new & more hit men are ordered hourly & more judges are bribed or sleeping with Ivanka the Communist Taleban who bribed Biden for a position as a Russian Ambassador w) 2 felony convictions! It needs to be revoked immediately!

57 of 78

Cause of Action Fraudulet Concealment
KANOL IS ENTITLED to have
her daughters with KANOL
- so KANOL CAN Arrange
healthcare currently being denied
to all 3 of us by TRUMPS
Bribes to DRS, Clinics,
Dentists, Employment etc

Trump is a Psychopathic BARBARIAN
whose Greed surpasses
All reasoning especially since
he's a life long cocaine addict
like Gary, Epstein, Biden,
Congressional Reps...
He needs to BE in Prison for
life with All these coconspirators!
Lock Them All up
its the law!

58

Cause of Action - Tax Fraud filing
fraudulent Form 2004, W-2 Box 12
on Kane Magistre elli- By
Diana Kishner as shes on
6-8 or more Police jurisdictions
as a police officer possibly
using Kane's name,

Under Health Savings Accounts (HSA)
= Employers Contribution to any Account
Employees Health Savings Account
(HSA) for 2004 W-2 and W-3)

The Medicare Prescription Drug
Improvement and Modernization
Act of 2003 requires Reporting to An
On employers Contributions to An
Employees HSA on A orn W-2,

This savings is not subject to
social security
Diana and Of Medicare, Medicaid
SSA, IRS, CIA, Hormel Secy
FBI, Thousands of Form

5-9

Wherefore Karol Magistrelli
Prays As Follows

A. That her daughters Are
immediately brought to Karol &
Freed from the slavery of
Pelosi, Ivanka Trump Kushner,
Donald Trump, Jared Kushner, the
OBAMA mob family and
Biden mob, VP Harris, the Police in
Cheyenne WY, Phx AZ, Politicians
all stalking Karol & her daughters
to kill them + lock them up

B. That the 2 murderers in
Martin Luther King Park on
Oct 12, 2022 Are Apprended
hired allegedly by Gang have
Magistrelli who should have
Been in jail 30 yrs ago!

60

C. That the daily hit men by
Donald Trump are apprehended
with Donald Trump, Ivanka
Trump Kashiner
Jared Kushners
Nancy Pelosi
Alexandria Ocasio Cortez
President Joe Biden + his hit men,
Michelle, Barrack, Sasha + Malia Obama
& their hit men,
The GOP Senators Jordan, Graham,
Cruz & the rest in the New
World Order Scheme
Known to Homeland
Security Civil Rights &
USDOJ hate secy Attorneys
filing Kangols Suits And
Embezzling in many other depts
As well
VP Harris,
Barrack, Michelle Sasha + Malia Obama
all filing with mob bosses
Judge Snow + Zagel,

61

That All Congressional Reps
using Cocaine, meth, heroin,
suboxone, Fentynal & more
Known to Homeland Securry
Civil Rights Are Apprended
With Drug Addicts Ivanka,
KAshiner, Jared Kushners,
michelle Obama, Barack, maLana
Sasha Obama &
Cheyene hit men

That all other whorefores will
Be Addded Shortly
As Ivanka's Daeeghters
are in grave Danger

from Donald J. Trump, Ivanka
KAshiner, Jared Kushners
& Michelle Barack Malia &
Sasha Obama

6 2

and all of Congress who are knowingly on the payrolls of Ivanka Trump Kushner & Donald Trump Which IS

TREASON!

That Kanoes daughters are immediately released from Pelosi, Ivanka, Donald Trump & Jared Kushners (gasp) Kamala Harris & Police & lock them up with Vladimir Putin for Treason w/ all Supreme Court Judges Nation wide

That Ivanka is Charged with
thousands of OBITUARY FRAUDS
with Jared Kushners,
with thousands of Fraudulent
INVESTMENT Companies written by
Judge ZAGEL (ZABEL) & Donald
Trump, the USDOJ, Jared
Kushners,
Thousands of forged Election votes by
the cocaine snorting Supreme
Cts in CA UT FL MI
NM AZ NE NV, NC SC
ME, OR & more
Thousands of fraudulent insurance
claims against my
United Health Insurance,
Thousands of bribed Entertainers
Embezzling & hiring hit men
who need to be in jail
for Treason w/ Vladimir Putin

Verification

Pursuant to laws
of Perjury w: 18 usc 2216
the undersigned certifies the
statements herein are
true to be supplemented by
motions daily & days to
Homeland Secy
Corrupt Attorneys & Civil Rights
group div

Carol Mogothrelle          10 - 17 - 22

State of: Wyoming
County of: Laramie
The foregoing instrument was acknowledged
before me 17th day of October, 2022
_____ , Notary Public
My Commission Expires: 09/24/2024

Kimberly J. Storey          Notary Public
County of
Laramie                     State of
                            Wyoming
My Commission Expires September 24, 2024

63