FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 28 2022

Margaret Botkins, Clerk
Cheyenne

Qui Tam against Prosecutor Vance Manhattan, New York And NY AG Leticia James for stealing Karol's suits Against Donald Trump-Kushner (Former President Trump) and Ivanka Kushner-Kashner-DBA; Ivanka Trump.

Karol Magistrelli
   Plaintiff
and on Behalf of Her
daughters D. Magistrelli
and R. Ryan,
   Plaintiffs Maimed

vs

NY AG Leticia James & Associates
NY Prosecutor Vance & Associates
New York City NY

Verification Pursuant to Laws of Perjury in 735 ILCS 5/1-109 And 18 USC 2216 The undersigned certifies the statements herein are true!

Karol Magistrelli →
March 27, 2022

1 of 10

State of Arizona
County of Maricopa
The foregoing instrument was acknowledged before me on this 29 day of April, 2022
by Karol D. Magistrelli
My commission expires:        Notary Public
12-24-2022

LISA A. PATTEN
NOTARY PUBLIC • STATE OF ARIZONA
Recorded in Maricopa County
No: 557575
Expires December 24, 2022

For the Qui Tam Against
Prosecutor Vance
Manhatten NY & AG NY
Leticia James
for stealing Karol Magstrellis
suits Against
Ivanka Trump Kashmer &
Donald Trump Allegedly
from Homeland Securitys
Terry Snyder 1802 W Jackson St
Phx Az 85007
and for taking loads of
Bribes to
swing the cases!

Signature Karol Magstrelli
Date
Notary:

2 & 10

TABLE OF AUTHORITIES

18 USC 201
18 USC 1961-1968
18 USC 1983, 1985, 1988, 1964, 241, 242

The Civil Rights Act

The United States Constitution
Domestic Violence Clause

The Domestic Violence Act Clauses/Laws in All 50 States — here AZ

Misprision of Felony

Kidnapping for Trafficking of Disabled to be used for Sex

Illegal Ownership of Brothels and the Aiding and Abetting thereof by Vance and James, & all other "Go-To" Judges!

All Obstruction of Justice Laws!
18 USC 1503, 1505, 1509, 1510

3 of 10

Complaint for the Qui Tam Against NY AG General Leticia James and Prosecutor Vance.

Now Comes Kamil in Support of her Complaint,

1. Approximately a Year ago Kamil was told by the 100% Corrupt FBI Witness Protection Program put together by James Comey April 15, 2009 - to file her qui Tam against Donald Trump Sr with NY AG Leticia James and Prosecutor Vance in NY.

2. Shortly Thereafter Kamil was told that both of them took huge Bribes from Donald Trump he allegedly stole (with probable cause) from Kamil Magistrelli's Judgement Fund from which Trump has stolen over 900 million Dollars! According to Homeland Security!

4 of 10

3. That Vance let Ivanka Trump Kushner Kashner out of jail after the FTC or Homeland Security civil rights office put her behind bars & he did so for millions in bribes!

— April 11, 2022 —

4. That Vance needs to be apprehended as he is filing suits stolen by Homeland Security's Administrator Jerry Snyder in Phoenix who illegally opened Kraws mail, thinking all Homeland Security Offices are fighting for the integrity of the country but not Snyders office

4/12/22 Today Congress laundered through St Marys food Bank, & more Reported to Homeland Secy online.

That Ivanka is already bribing everyone! Pelosi, Biden, Vance, Harris, Fardons mob, Obamas mob, Sisolyk, Beck, Penzone, Congress, All judges & its too active outside

5 of 10

3. That KAROL MAGISTRELLI immediately sent Vance and James emails to drop all suits because Karol was told they're dishonest.

4. Karol was told James (from Justin Center) is also taking bribes from Barack and Michelle OBAMA, Zachary and Sheila FARDON, Jared Kushner's, Ivanka Kushner, Nancy PELOSI, V.P HARRIS, President Joe BIDEN, TED CRUZ, the GOP SENATORS, And with probable cause: Judges Snow, ZAGEL, NEFF, MURKOWSKI, CARMODY, CA/UT/AZ/FL Supreme Court Judges, Justices KAVANAUGH, ROBERTS and GORSUCH of the U.S Supreme Ct And Joe Biden's new Nominee! Phoenix/Mesa/Glendale/Chandler police in AZ, Henderson/Las Vegas police in Nevada to sue Karol's storage units for the money — preventing Karol & he sued her personal injury suit as well!

5. That on March 26, 2022 KAROL was told that Vance dismissed all charges because Trump was impaired — having 900-1500 hitmen for Karol! That type of impairment = criminally insane & he needs to be in prison!

6 & 10

Trump, Ivanka + Jared intend to make a lifetime of fraud against Karol and her daughters, owning up to 1000 fraudulent companies used for money laundering and cheating unsuspecting investors, guest victims, etc.

Apparently Ivanka paid off the judges to make Rachel Magistrelli's Body Double + Rebekah Ruth Magistrelli-Ryan's Body double the Whistleblowers of Operation Goliath — otherwise Karol has no clue what the party's for? for 5 year olds are for?

When Karol goes to nearby Fryes Grocery Store, CVS or General Dollar, the Hilton to change her phone etc she's stalked by dozens on every corner, The Dash City Bus, the light rail, & its second by second!

(Exhibit G)

Seconds ago 3 of OBAMAS Blacks who stalk Karol everywhere and probably responsible for the holes in her tent door, hovered outside trying to figure out if she was inside — or not!

Biden's 2 Navajo women are next door camping out with the Fentynol Addict, the Hermit man parked himself w/ Andria in Lodestar, & to the Western Front the Michelle Obama mouth is keeping up a running dialogue — needs to be taped by a county Recorder in

Wherefore Kron Magistrell. Prays

A. That Prosecutor Vance & AG NY Letitia James & their Associates are apprehended for Treason & 18 USC 2261, 371, 1031, 1001, 201, 1952, 1959, 872, 874, Torture, maiming, threats, all Civil Rights laws, misprision of felony, aiding & abetting a Taliban Communist takeover of America & a Congress full of drug addicted cocaine addicts & alcoholics.

... 1707, 2511, 2516, 1503, 1505, 1509, 1510, 241, 242 Solicitation of murder for hire, 2-6 1961-1968, 1519, Copyright fraud, plagiarism & infringement, gun running to Taliban, Counterfeiting money with Evnart, Gary Magistrelli & others, ARDC 8.3, 8.4, numerous Domestic violence violations, attempted murders, bribes to Putin, 1344, 1341, 1342, 2113, 2423, 2331, & Lock Them up for life

9 & 10

Verification

Pursuant to laws of Perjury in 18 USC 2016 and 735 ILCS 5/1-109 the undersigned certifies that the following statements are true to the best of her knowledge.

Signature Karol Mugastrell

Date August 1, 2022

Notary ___

Notary on the front

10 of 10