FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 28 2022

Margaret Botkins, Clerk
Cheyenne

DISTRICT CY NO.

Qui Tam Against the Domestic Violence Safehouse Staff and Residents at 714 W Fox Farm Rd, Cheyenne Wyoming 82007 for Privacy Act, Violations of 18 USC 1030 - Fraud and Related Activities with Computers, Racketeering 18 USC 1961-68 Cable and Communications Act, and Civil Rights Acts under 18 U.S.C 241, 242, 1964, 1983, 1985, 1986. in Cah. 45

Verification Pursuant to laws of Perjury in 18 USC 2216 the following statements herein are true to the best of her knowledge.

Notary on Back

)

Ms Karol D. MAGISTRELLI
4800 Converse General Mail
Cheyenne WY 82009
Karolmagistrelli201@gmail.com
and on Behalf of her Daughters
Rachel E Magistrelli
Rebekah R. Magistrelli Ryan
Plaintiffs

VS

The Domestic Violence Safehouse Staff & Co-Conspirators
714 W. Fox Farm Rd
Cheyenne WY 82009
Respondants

Now Comes Karol Magestrelli in Support of her Qui Tam under the Federal False Claims Act

1. That Karol magistrelli stayed at the unsafe "safehouse" in Cheyenne WY where the entire staff sold out Karols location to her ex husbands paid off thug Bruce Fardon, a career criminal like his father former U.S. Attorney Zachary Fardon and Zimmy mother Sheila mannix Fardon who never worked for NASA and does not have 2 PhDs like her fake webpage on Ill A.R.D.C website says.

2. That the Safe house Staff and most of its Residents were paid off by Ivanka Trump Kashner and with probable cause Michelle Obama to kick Karol out after 30 days without housing to the streets for bribes and they then intended to carry out a scheme where they could illegally file Karols Consumer fraud suits and fraudulent insurance claims to Ivanka Kashner who moved to Cheyenne WY with Phoenix Az Chief Judge Snow and Chicago IL Judge Zagel who set up a fake courtroom in the Salvation Army where Ivanka, Jared, Donald Trumps Representatives and as many homeless people as Ivanka can LIE TO getting them to file fraudulent insurance claims by the hundreds

3. The ad hoc Court room may have Been Changed to the District Ct And Karol has hundreds of motions she filed with the Homeland Security Civil Rights DIV By Passing the Homeland Security Attornies who Are allegedly embezzling from Karol Magistrellis Judgment fund —

With the Safehouse Staff and Residents All embezzling from Karol Magistrellis Judgment funds & filing her suits 18 USC 1028, 1029 2071, 1519, 1001

4. Karol understands that her daughter Rebekah who IS At A two year old level Due to Bludgeoning by Donald Trump, Barack-Michelle And Sasha & Malia OBAMA, Alexandria Ocasio Cortez and her Partner Joe Biden who

STRANGLED Rebekah 4x leaving
her tongue, Throat, lips And
fingers paralyzed
Dare Racketeering with
Cheyenne Police to hide her
from Karol Because Judge
Snow illegally transferred
Karols judgment fund
inheritance from her father
2 cars
a boyfriend
& a REIMBURSEMENT from GARY
Magistrellis Dare
wrongful death suit
IRS & SEC AWARDS
TAX RETURNS &
STIMULUS Checks

in order to Prevent Karol from
getting An Apt or An Attorney.

22 USC 7104 Prevention of Trafficking

22 USC 78 - Trafficking Victims Protection

7104b - Monitoring & Investigation of Trafficking in Persons.

7104e - Preventing Future Trafficking in receipt of Complaints

The FBIs Human Trafficking
* Div was told dozens of time that Karols daughters were trafficked by Gary, the Police and the entire 19th Judicial Ct in Waukegan Ill - Gary paid 100 Bribes to 27 Judges all owners of Equity Real Estate Consultants Inc →

WHICH hAd The INTENT to form A new World ORDER WITH President Bush, OBAMA & family And then The Trump MOB — Ivanka KASHDNER a twice divorced Taliban Communist That The Supreme Ct's Are All protecting WITH Congress for The new World ORDER They Are [illegible] putting in place WITH Biden/ HARRIS & Pelosi

CoConspirators —

Rebekah needs to be rescued from the Tru Hilton Hotel today and

Jared Kushners
Cheyenne Police
Harris, Biden
Michelle, Barack Sasha Malia Obama
George Bush

Nancy Pelosi
Harris
Biden

Donald Trump

Ivanka Kashmer
The Safehouse D.V Shelter
Employees & Staff
who are all embezzling funds from Karols judgment fund, and filing her suits and hiding Rebekah from Karol
Racketeering with all the above and

Note! Oct 28, 2022 – Allegedly Barack & Michelle Obama are in prison with Ivanka Trump Kashmer, Jared Kushner maybe VP Harris & others known to Homeland Security Civil Rights Div.

Where fore — safehouse STAFF + Residents

A. Lock them up. They need to Be Apprehended under 18 USC 2261 STALKING ACROSS STATE lines w/o BAil OR Bond

22 USC Ch 78 7101 — 7114 7104 1591 Sex TRAFFICKING of children (Legally mentally Disabled) By Force Fraud OR Coercion

B 18 USC 1590 TRAFFICKING w/ RESPECT TO peonage slavery involuntary servitude or forced labor

1591 — Sex TRAFFICKING by Force Fraud Coercion

C. KAROL has over 100 - 200 motions with Homeland Security to go with THIS AS Merrick GARLAND with the USDOJ And the USDOJ NATL Security & others are EMBEZZLing

from Karols Judgment Fund.

(D) Ivanka Kashimer, Barack - Michelle Sasha (hiring hit men for Karol) and Malia are in this illegal court in The Red Lion Hotel, on Fox Farm Rd which needs to be shut down for criminal violations of The Bank Secrecy Act

The Bank Robbery 1341, 1342, 1344 - Bank Robbery 1028-1029 ID Theft changing Karols name to Daisy Smith, Justin Wilcox, Carolina Sevilla & more allthewhile with Chris Wray James Comey All Racketeering with Vladimer Putin. + Judge Snow & Zagel

E. Karol has legal guardianship of Rebekah Ruth Magistrelli Ryan as Gary Magistrelli Karols Ex messed up the adoption. Hes a Class 3 Sex Offender many times over, bribed the the above & thousands of Judges in USA, Geneva Switzerland, Brescia Italy, Brussells Belgium Rebekah has to brought to Karol now — shes medically unstable & in danger in the Brothel & Rachel is being fed heroin by Ivankas pushers in Phx

F Cheyenne WY police are blocking all facebook, gmail & emails, stealing all mail & they are racketeering w/ Vladimer Putin & the rest heren! Please apprehend all of them

H. Karol & her daughters Are slaves & victims of The United States and her daughters are daily trafficked by Force, Fraud & Coercion

I Karol & her daughters are entitled to relief & the return of All Karols stolen money & the apprehension of Donald Trump, Kumla Kashimer, Letitia James taking AG NY Bribes from Kamla to let the Trump mob off!

Karol Magistrelli
10-17-22

Karol Magistrelli
Oct 13, 2022

State of: Wyoming
County of: Laramie
The foregoing instrument was acknowledged before me 17th day of October, 2022
Kimberly J. Storey, Notary Public
My Commission Expires: 09/24/2024

Kimberly J. Storey Notary Public
County of Laramie State of Wyoming
My Commission Expires September 24, 2024

Qui Tam against the D. V statehouse in Cheyenne WY

Verification

Pursuant to laws of Perjury in 18 USC 2246 the undersigned certifies that the statements herein are true to the best of her knowledge.