FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 28 2022

Margaret Botkins, Clerk
Cheyenne

DISTRICT CT
NATROMA DISTRICT COURT

Qui Tam Against Eric Trump, Baron Trump, Tallahassee, Orlando Police, Donald Trump, Judge Snow - Phx District Ct, Mr. Straton of Social Security Adm. for S.S.A, Fraud, Bank Robbery, Racketeering, National Stolen Property Act, Elder Financial Abuse and Exploitation, 874, 872, 1344 Ivanka Trump Kashner, Jared Kushners, Melani k Trump,

Ms. Karol D. Magistrelli
    Plaintiff
    vs.
Eric Trump
Baron Trump
Judge Murray Snow
Mr Stanton of S.S.A.
Tallahassee Orlando FL Police
Judge David Brodsky
Mark Shaw of Shaw Law
Ivanla Trump Kashimer
Judge Neff
Melanie Trump
    Respondants

PAGE ONE

NOW COMES KAROL D. MAGISTRELLI RN BS in SUPPORT OF HER MOTION!

1. That for years the Tallahassee Police FL, and Orlando FL Police in a conspiracy with the 19th Judicial Court Waukegan Ill - 30 N. County St - 60087 Forged fake child support orders monthly racketeering with BARACK OBAMA administration, in order to keep KAROL MAGISTRELLI indigent for life - something allegedly written into OBAMACARE by Congress who have been stealing everything x 14.5 yrs from KAROL MAGISTRELLI and her two adopted daughters.

2. That the child support was VACATED by Judge Zagel twice, But Judge Murray Snow a greedy mormon sleeping with Ivanka Trump reinstated it x 3 yrs in AZ,

2

with the intent to steal every dime from KAROL.

3. That Homeland Security finally got it vacated only to have Ivanka pay off the Tallahassee FL Police to reinstate it monthly thereby leaving KAROL with only $49.00 a month — barely enough to pay rent anywhere and blocking her from getting her Drivers License reinstated which lapsed in 2014-2015.

4. That every time Homeland Security or the Securities Exchange Commission fix it — someone messes it again as the entire Trump family is embezzling from KAROLS judgment fund daily with Congress, the corrupt/OBAMA mob,

3

Joe/Jill & Hunter Biden, V.P Kamala Harris, Nancy Pelosi, Ted Cruz, AOC, GOP Senators etc & hundreds of entertainers hired by Ivanka Trump, Michelle Obama who's supposed to be in jail 7.5 yrs, Kate & William Wales, Harry & Meghan, Merrick Garland etc & they all want Karol dead with her daughters!

Judge Skow has another hit man on Karol 11-16-22, Along with Baron Trumps P.T.C. hit men & Donald Trumps hit men.

The last fraud was forged by Baron Trump (Exhibit A) who "left" Karol with $594⁰⁰ a month but not as he even stole that leaving her in the hole (Exhibit B)

4

That the Forged SSA letter enclosed has a Forged Address which they have been forging since 2015 as this letter didn't come through any normal channels! KAROL WENT to this address in 2013 & 5 Security Guards looked at it saying that the 600 W. Madison St office does not do any child support — & I've written this up before only to have Judge Zagel vacated it & Judge Snow or the Police reinstate it with the new World Order Thugs!

The "BNC" number is forged,

There is no Ct ordered CS or Restitution in the 19th Judicial Ct where Homeland Security started removing mediators & judges 2 weeks ago after 14.5 yrs of fraud with OBAMACARE that Karol Reported 4-15-2009

5

That Ivanka Trump is bribing Kamala Harris, Michelle Obama, Hillary Clinton, Donald Trump to keep kidnapping Rebekah over & over putting her — a legally mentally disabled adult with Alzheimers in Brothels hourly & its sickening the ongoing corruption that Homeland Security Refuses to apprehend — while all their Attornies are embezzling from Karol Magistrellis Judgment fund forcing her to be stalked in every homeless shelter in the nation, while they hide my kids and steal my social security money.

That Shaw Law licensed under Business services with all their non licensed Attornies — who used michael Danforth a non licensed Attorney for 3 yrs in Karols divorce —

And whose doing a life sentence, keeps filing something which he started 3 weeks ago when Homeland Security finally got Nancy Pelosis Elliott & O'Neil charges VACATED — so Shaw Law took over & it needs to be VACATED.

The stalkers in the rescue mission paid by Casper & Cheyenne Police, Kamala Harris, Ivanka Trump, Kashimer, The Food Pantries who were all paid off by The Police as well with their ever changing stories, (I have an apt by the V.A., I sleep outside every nite, I sleep in the back of a truck - Theyre all liars)

Kanoe was told Rescued Treasures is hiring — & she goes their & they have a "HIRING freeze"! She applied to Goodwill and they were paid off.

So besides stealing KAROLS ENTIRE Social Security money by BARON & ERIC Trump, the CONSPIRACY involves the Police who stalk KAROL everywhere in every Shelter.

Wherefore KAROL MAGISTRELLI Prays,

A. That BARON Trump, ERIC Trump, DONALD Trump, IVANKA Trump - KASHIMER, MR STANTON of SSA, The TALLAHASSEE FL Police, The Orlando FL Police Judges Snow and Judge ENGEL (ZABEL) Chris WRAY & all his homeless people filing KAROLS SUITS in the Red Lion Hotel, with IVANKA Trump Kashimer, KAMALA HARRIS, are apprehended with ALL The bribed stalking homeless

8

people in the Casper Rescue Mission, Comea Shelter filing Karols suits v Bell 4T Christine, Drumming up Entertainers to embezzle from Karols Judgment Fund forever Stealing all her Social Security money, Stimulus Checks, Tax Returns & inheritances from Karols Dad, 2 uncles & a Boyfriend Are apprehended w/o Bail or Bond, under 18 USC 2261, Stalking across State <u>lines</u>!

That all of Karols Social Security Money is Returned & Baron Trump & Eric Trump tried Before a jury & prosecuted to the fullest extent of the law.

9

That all the Fake Courts in Vail, Colorado Springs, Denver CO, Casper WY, Cheyenne WY are shut down as its illegal, treason & an abuse of Power!

That Judges Snow Zagel & Neff - Grand Rapids MI who has another hit man on Karol are Removed permanently from the Bench.

That all the Motions Karol submitted to Homeland Security are Obtained & the Attornies in Homeland Security Embezzling from Karol's Suits are Apprended! w/o Bail or Bond under 2261 Stalking across state lines

10

Claim for Relief

Under Twombly vs Iqbal this is plausible as every single person who runs or directs a Federal Agency was bribed by Barack Obama (in the 2009-2016 conspiracy with Congress to steal every dime from Karol Magistrelli) and start the New World Order with Vladimir Putin to take over the United States Domestic Violence Acts & Clause in the US Constitution, the Asset Forfeiture laws illegally changed by Michelle Obama whose allegedly in jail 7.5 yrs on ID Theft charges stealing Karols fingerprint chary card to get her brats illegally admitted to Harvard — which didnt work — BUT Because Karol told Harvard 3x!

That there IS enough ongoing corruption in this case x 15 years to sink a ship and the GOP Attornies still want to take over

11

the United States with Vladimir Putin while they use Baron Trump, Eric Trump, hundreds of stalkers, & homeless people to file Karol's suits and keep her indigent for life.

That Homeland Security civil rights are subpoenaed including the Agent they stuck on Karol's phone.

That FBI Janine Wheeler, Siboin Johnson, Chris Wray, Mike Harvey, Dan Caine, Kamala Harris, Ivanka Trump, Donald Trump, Eric Trump, Baron Trump, Melania Trump for daily embezzling from Karol's from Karol Magistrelli Judgment fund.

That Karol Magistrelli is entitled to Relief from Constant Social Security Fraud, Identity Theft, Theft of her judgment funds, theft of her inheritances, tax returns, fake neck braces — fake paralyzed people in w/cs, fake everything threatening Karol that if I file the police are going to paralyze Karol & maim her and kidnap her daughters daily giving Rachel Fentynol & putting Rebekah in Brothels.

That 100% of Nancy Pelosis Brothels are shut down nationwide & Karols daughters brought to Karol,

That all homeless stalkers known to Homeland Security are apprehended!

That the stalking Police from Cheyenne where they're all paid off with houses from Ivanka Trump Kashimer & Casper WY Police Are Apprehended for Bribes from VP Harris, Biden, Donald Trump, Baron Trump, Melania Trump, Eric Trump & more known to Homeland Security Civil Rights Division —— minus the Attorneys who Are A corruption Enterprise.

Thank you for your interest in becoming a resident at Skyline Towers.

Along with completing our application, **you will need to provides copies of the following in order to determine approval:**

1.) A government issued photo ID (Driver's License, State ID or Passport)
2.) Signed Social Security Card
3.) Current Social Security Benefit Letter (Dated within 120 days)
4.) Bank Statements, The Most Current 6 months OR for Direct Express, ATM balance receipt. (If applicable)
5.) Health Insurance Premium Statement(s) (If applicable)

Please return the following with your application. **All items must be fully completed, signed and dated.**

1.) Application (**Must have ALL 6 references!**)
2.) Questionnaire
3.) Consent Form
4.) Emergency Contact Form

*Applications without social security numbers will not be processed.

** Incomplete applications will slow down the process and may be rejected.

Thank you,

Skyline Towers Staff

*Digital Delly*

[handwritten annotations: Reset of the / ws leman / Asst Emprichadmit / (smirs seiser stay) / manag T]

16

that Karol was also told
that when Karol wrote up the
fraudulent charges to Homeland Security against
Rachel by Ivanka — &
got Rachel out of jail..
immediately Ivanka started
pushing Fentynol on Rachel
allegedly in the Denver Rescue
Mission — Then — The Agent on
my phone who orchestrated
the release badgering
me to write it up to get Rachel
out of jail, starts saying that
Karol has to immediately move to
Denver as Rachels on
Fentynol Again.
 Whatever the case may be
I'm not going to Denver where
I was badgered to immediately
leave for my life — And
the Agent already bribed
hundreds leaving 50 x, bobby pins

17

QTips strap all over the floor
By extendy bed to terrorize
Karol that the Police are
coming to arrest her & After
14 years — Who cares!
I'll be 70 years old
& the USA stole 15 years
from me & the police nationwide
are disgusting vermin —
They kept walking around
me constantly saying
"Cheyenne"
maybe 8x & talking ABOUT
getting a job — which I
have
The freak next to me hired
by Judge Zagel masturbates
all nite long — I shouldn't
have to deal w/ this hourly
18

That Karol was told Today Nov 3, 2022 Thursday that Alexandria Ocasio Cortez, Ted Cruz - Nancy Pelosi, Tallahassee Police who forged child support orders in order to force Karol into indegency forever, x ÷ ⑩ years After Judge Snow did it x 2-3 yrs that Eric Trump stole ½ of her Social Security and, the way it was presented to me, Eric hired another hit man today.

Karol wrote it up to AO —aoc— (Exhibit —) in A computer Room filled with Cheyenne Police. One in particular directly Behind me immediately got up & started talking out loud about getting a job.

19

I need to fund another computer room — all 45-65 yr old men w/o a job — Lazy — undercover cops retaliating because I turned them in for never paying taxes, laundering through Russia, Colombia (Marco Rubio) Japan, Mongolia, Nigeria, Nepal, Iran, Iraq, Afghanistan, all closed countries in violation of The Bank Secrecy Act, Corrupt Practices Act, Foreign Corrupt Practices act, Violence Against Women, Violence in Racketeering. 1961-1968, 2-6, + all those police today were hired by Judge Zagel, Ted Cruz, Donald Trump, Nancy Pelosi, SEC Commissioners, Ivanka Trump/Kashmir, Eric Trump, VP Harris, Nancy Pelosi, Jared Kushner

20