FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 2 8 2022

Margaret Botkins, Clerk
Cheyenne

Karol Magistrelli
Rachel Magistrelli
Rebekah R. Magistrelli Ryon
PLAINTIFFS

V.
Ivanka Trump Kushner
& Co Conspirators
RESPONDANTS

AFFIDAVIT to Support Karol
Magistrellis suit from Against
Ivanka Trump Kushner and all
Her Bribed Co Conspirators

Verification: Laws of Perjury in 18 usc 226
Pursuant to Laws of Perjury certifies the
the undersigned herein Are true to
statements of her knowledge.
the best

Notary

1 of 22

That Ivanla who changed her name from Ivanka in order to AVOID DETECTION WHEN FILING KAROL MAGISTRELLIS HYACKED SUITS PAID OFF EVERY ORGANIZATION, STORE, PARTY, GUARD, ETC un, Karols life to STARE Karol And/or Kill her and Karols daughters, and Dent EVEry STACLE CIVIL Right to KAroc and her daughters Known to mm.

Ivnzla IS a Very Spoiled brat coming from A MOB-Family where everything un their path IS stolen or bribed to obtain what IS not theirs.

Ivanka KASHImer and Donald Trump both have ANTI social personalities shut down KAros life with Bribes, to All-too willing corrupt people who stupidly think nobody is looking.

2 8 22

✓Ivanka paid off the Az Human Society
to cease RABIES vaccinations
When Kanol physically went there
to make an Appt(A) Motion (filed w/ H. Security
to crcl@dhs.gov which was
changed to crclcompliance@hq.dhs.gov
By Jared Kushners or FBI who
have cloned all of Kanols phones
using Police, Donald Trump, Ivanka
Kushner, Jared Kushners etc (Exhibit A)

✓Ivanka Bribed St. Vincents to
file Kanols suits they
learned to hijack from Casetext
✓Instagram, Facebook, ThatTV,
Who are now reluctant to give
Kanol Anything at the least She gets
Station - Where from! Theyre
her cat food from! Theyre
committing copyright fraud daily
and plagiarism, infringement,
etc racketeering for unjust gain.

3 of 22

Ivanka Bribed Tammy Housing Specialist at the Jussia Center to steal Karols Judgment fund and give it away in Rental assistance to undeserving poachers, drunks, Gays, Navajos who have homes on the Reservations & Tammy filed loads of fraud Forging Karols signature with Bribes to keep Karol homeless forever (Exhibit B)

Ivanka Bribed Merrill Davidson to steal all of Karols Banking mail, SSD Benefit letters Insurances etc. (Exhibit B) (mail Room clerk)

Ivanka Bribed Roderick to steal Karols Judgment fund (Exhibit B)

Ivanka Bribed Rudy Soley Director of Operations who Allegedly stole so much money he Bought a house!

( Exhibit B)

4 of 22

Ivanka Babeed Wendy Executive Director
do depeete Kaoes money
By forging Kaies Signature
& the judgment fund..
(Exhibit B)

Ivanka Babeed Gary Care
Program Lead (Exhibit B)

Ivanka Babeel Zachary — Center
Specialist (Exhibit B

& Scott — Center Specialist

Doreen — front Desk Services
a [LIAR] Stalker

James — & Cheat! Center Specialist

The Entire Board of Directors

Rev. Dr. Rula Colvin
DSC UMC President

Rev. Katie Sexton-Wood
Board V.P

Carolyn Blaney Arndt — Secretary

The Bd Treasurer — Vacant Now

5 of 22

# Assistance for Pet Owners

### H.O.M.E. Mobile Vet Clinic
Free mobile veterinary clinic services 6:00-8:30PM every third Tuesday in front of **206 S. 12th Avenue, Phoenix**

### Lost Our Home                                                 **602.445.7387**
Provides temporary fostering and low-income boarding for animals whose owners are facing foreclosure, eviction, and other housing hardships. Visit **2323 S Hardy Drive, Tempe**

### Vets and their Pets                                          **480.898.3647**
Helps Homeless Veterans with veterinary care, food, vaccinations and spaying/neutering. Goal to help Veterans get care for themselves while their pets are cared for. Email vetsandtheirpets@valleydogs.org

### RedRover
Provides emergency relief and assistance to low-income individuals and families experiencing hardships. Services include emergency assistance for veterinary care, people experiencing domestic violence, and emergency pet food assistance grants. Visit www.redrover.org/relief/

### Phoenix Pet Food Pantry                                      **888.609.2299**
Provides free pet food to low-income people and those who've fallen on tough times. Also provides information on free and low-cost vaccinations and spay/neuter clinics.

### Chuck Waggin' Pet Food Pantry                               **602.686.8104**
Helps to provide free pet food and service referrals to pet owners who are in need.

---

### ARIZONA HUMAN SOCIETY

#### Pet Resource Center                                         **602.997.7585 ext. 3800**
The Humane Society frequently provides very low-cost (and sometimes free) spay and neutering events as well as vaccinations. They can also assist in resources for pet-friendly housing and are dedicated to helping people avoid having to surrender their animals. The Pet Resource Center is open 9am-5pm daily.

#### Temporary Pet Placement Programs                            **602.997.7585 Ext. 2156**
Coordinates temporary pet placement for people experiencing domestic violence, hospitalizations, accidents, natural disasters and other difficult situations.

#### Margaret McAllister Brock Veterinary Clinic                 **602.997.7585 Ext. 4000**
Provides low-cost veterinary services and vaccinations. Does NOT accept emergencies or provide overnight or specialized care. By appointment only. Located at **1521 W. Dobbins Road, Phoenix**

#### Marge Wright Veterinary Clinic                              **602.997.7585 Ext. 4001**
Provides low-cost spay/neuter and vaccination services. Valid photo ID required (State ID, Passport, Driver's License). They are located at **1311 W. Hatcher Road, Phoenix**

---

6.8F 22



Billie Fidlin, Donna Cook,
Khali Rushdan,
Bryan Ruth,
William 'Oly' Cowles
Elizabeth 'Liz' Harrell DNP RN
all members that

Know was told were giving
Away Knows judgment fund for
Bribes from Cocaine Addicted
Ivanka Kashimer! Kushner

That is misprision of Felony
Racketeering 1961-1968
Civil Rights Violations
Fair Housing Act Violations
Mail Fraud & Thefts

IRC 6301, 7202, 7212, 7603. 7604
7403, 7404, etc

Tax ID = 47-2389424

Grant Fraud,
602 — 254-6524

7 of 22

Ivanka Bribed CBI to hide Knous
Daughters





← Babel to
hide Rebeknsz
Fuched,

Phone on Take

out of spite & Jealosy because
Knous refuses to let this
scum of the earth Ruin
America for another 1-200 years!
Like this mob has already
done!

8 of 22

# For Seniors (age 55+)
## and Currently Homeless

*justa center* **Wants to Help You**

## Located near the Human Services Campus
# 1001 W Jefferson St

## A Day Resource Center

providing services and support for
your journey back to home

**OPEN DAILY 7am - 12pm**

**Intakes weekdays 7am-10am**

**602 254 6524**

# Services for Seniors

## Everyday
- Showers & Hygiene
- Coffee & Pastry
- Computer & Phone Use
- Lunch

Mail Service
Answering Service
Rental Lockers

## Weekdays (except holidays)
- Laundry
- Housing Search Assistance
- Veterans Resources
- Spiritual Counseling
- Social Security (1st & 3rd Tue)
- DES (Thur)
- Legal Services (Thur)
- ID Recovery & MVD (Fri)

*905-22*

*B*



# HALLE WOMEN'S CENTER

# 602-362-5833

The Halle Women's Center is a short-term emergency shelter for women with no minor children who are experiencing homelessness.

Services Provided:

- ➢ Room shared by 2 to 3 women with individual bathroom.
- ➢ 3 meals per day
- ➢ Hygiene products
- ➢ Case Management support focusing on finding permanent housing.
- ➢ Support in finding employment or increasing income.
- ➢ Referrals to resources out in the community.

To schedule an Intake or for further information please call 602-362-5833.

10   of 22



www.sjwjobs.org


## St. Joseph
THE WORKER
Transforming lives through employment

# EMPLOYMENT SERVICES

St. Joseph the Worker is here to assist you in your job search by providing the resources you need to help you land the job, and ultimately keep the job.

**St. Joseph the Worker offers the following services to individuals looking for work:**

- An Employment Specialist to help you create a customized job searching plan with job leads for the industry you are looking for.
- Phone and address use, transportation assistance, interview clothing, a computer lab, job readiness workshops, financial coaching (credit repair/ budgeting) classes, resumes, and mock interviews.

*Please bring a valid state issued I.D.



If you have already secured a new job that meets our minimum criteria, and are in need of resources to begin work, please have verification of your employment ready. We accept a letter of hire which indicates the required work items or your most recent paystub.

**The resources we offer include:** Transportation assistance, required work shoes or boots, interview attire, uniform assistance, basic tools, food handler license, safety equipment, and select certification fees.

To be eligible for resources, employment must meet the following minimum criteria:

**Part Time or Full Time Only**
(25 hrs / week guaranteed for 90 days)

**Hourly Wages Only**
(Minimum Wage and Up)
No commission based positions

**W2 Wage Earners Only**
(No under the table jobs)
Fed and state taxes must be withheld

For more information, please call or visit our main St. Joseph the Worker location:

Downtown Phoenix Main Office
1125 W. Jackson St.
(844) SJW-JOBS | (844) 758-5687
jobs@sjwjobs.org

**Office Hours:**
M-Th    7:30-11:00AM & 12:00-3:30 PM
Friday  7:30-11:00 AM & 12:00-2:30 PM
*Closed for lunch every day from 11:00 AM-12:00 PM

Job seekers must enter the Human Services Campus through the Welcome Center located at the SW corner of 12th Ave. and Madison St.

  

602-417-9854

St. Joseph the Worker
PO Box 13503 Phoenix, AZ 85002
www.sjwjobs.org

info@sjwjobs.org


## St. Joseph THE WORKER

**SJW HOURS: 7:30 AM – 1:30 PM – Monday – Friday (closed 10:45am – 12:00 Noon)**

If you're in need of employment or have secured verifiable employment (job offer letter or email):

To enroll for services, you will need: _Two Forms of ID (required)_

- Any State ID _PLUS_ a second form of identification such as:
- SS Card/SS Verification Letter
- Birth Certificate
- Passport

If you don't have your Social Security Card you can call one of the following numbers for assistance:

**Social Security Number Verification:**

Please refer folks that can make a phone call to the following numbers for the **SSN Verification Letter** – which can be mailed with a phone request only (doesn't require sending in documents):

Phoenix Downtown Card Center:  866-964-5057

Phoenix North Card Center:  866-342-8363

(Either number can be called.)

**The Verification Letter** should arrive within five days of the telephone request. Clients can use 232 S. 12th Avenue, Phoenix, AZ 85007 to receive these letters.

If you don't have a phone you can go to Andre House to use a phone during these hours:

10:00 AM – 12:00 PM & 1:00 PM – 3:00 PM Monday-Thursday or 1:00 PM -3:00 PM Saturday and Sunday.

12 of 22

## HOMELESS COURT HOURS
## Saturday 12:00-3:00
# **Homeless Court**

If you have a fine(s) and/or warrant for a **misdemeanor in Maricopa County**, and you are involved in a social services program working to make positive changes in your life and towards ending your homelessness, you may be eligible for Maricopa County Regional Homeless Court, an alternative sentencing program that helps with your fines.

**Eligibility:**

- You must be clean & sober for at least 30 days (and remain so for the entire process).
- You must be engaged in programs on the campus or other qualifying agencies for at least 30 days (job development, mental health, substance abuse recovery, housing programs, etc).
- You must be living in a shelter, halfway house, or transitional housing for a minimum of 30 days. You cannot be living on the streets or with family.
- Felony warrants are NOT covered. We cannot hear Superior Court cases.
- **Fines must have been issued in Maricopa Country (Municipal and Justice Courts).**
- The Homeless Court Program covers court fines only: your community hours do not go towards restitution, probation fines, diversion classes, or MVD/towing fees.

**To see if you are eligible and to apply:**

- Saturday 12:00-3:00pm.
- Call Shira, 602.427.0960
- Email szias@hsc-az.org.

COVID Update: the court is no longer having its monthly hearings in person. They are still accepting cases and fully operating.

If you do not have a phone number for me to call you back on, please ask your navigator, case manager, or any staff member you work with, to contact me so that we can set up a time to work together on your case.

I am a social worker, not a lawyer, and cannot help with matters relating to housing or evictions.

13 OF 22

Ivanka bribed Haille Womens
Center to Deny All 3
US Shelter —

(Exhibit C)

Ivanka + her Father Bribed
Ruesan at St Joseph the
Worker to quit helping
Karol as he had been
doing prior to what must
have been a lg Bribe!

(Exhibit D)

Ivanka Bribed the homeless court
Judge Allegedly to close Tent
City so now there are meth
Smokers all over the streets
in tents & some of the tents
look like Garbage Dumps!

The judge she Bribed also
wrote something against Karol

(Exhibit E)

14 of 22

The day Knol got this phone
from T MOBILE, they had AN
imposter SIT in saying The
Felons FAKE ID THAT WAS
glued together WITH DOB 9/19/93
on it, and The picture WAS
different.

The card had a split



And T mobile immediately
Said it WAS approved when
it WAS never approved!

T mobile on 7th STREET Also took
bribes from Trumps Reps
who immediately swarmed
the place when I know
entered, PARKING their car on the sidewalk

They should be jailed for
Treason from the CEO down!

15 of 22



Public SIM by
T Mobile a
Corruption Enterprise

16 OF 22

Ivanka — who has (hundreds) stalking Karol paid to Prosecutor Vance & Jeffrey Snyder who illegally opened Karols mail.

& And Vance or one of The Rotten mob judges like Snow vacate it all.

STATE OF ARIZONA
DEPARTMENT OF ADMINISTRATION
SPECIAL SERVICES

**Jeffrey A. Snyder**
ADOA Mailroom Supervisor

PHONE (602) 542-3158
EMAIL Jeffrey.Snyder@azdoa.gov

General Services Division
1802 W. Jackson Ave
Phoenix, AZ 85007

Snyder allegedly had at least one hit man on Karol & he should Be fired for Crimes Against the United States!

HE gave/sold Karols Intuition in a Ply she Erroneously mailed from The Homeland Security Admin. Office = A Postal Service.

motion with Homeland Security

17 oF 22

April 12, 2022 Congress Money Laundering Companies

Desert Green Land Care LLC
Savers
Raiders
Coyotes
The Assoc for Asthma and Immunology
Sonic

Know turned in Approximately 20
per day to
cncl@dhs.com

19 of 22

Over 1000 TIGTA Compliants
hidden by mr. Greek,
mr. retig & other corrupt
members of the IRS who
knows judgment,
Wmt a cert
fund, & bribes from Ivanka

need to be added,
They're under

6 — 3/27/22 — 4952, 4953 — wrongful conviction,
Altogether
+ termpination rights
4954, 4955 4956 4957 wrongful bribes
obituaries
ins. claimes

all Regulatory orders from the
Bench from Judges and
Supreme Cts taking bribes
from Obama, Michelle O., Ivanka
Kashner, Jared Kushner, Joe Biden,
K. Harris, The Faroon mob,
etc, known to Homeland
Security Witness Protection Team,

The following is an uncompleted
floor log — known to Homeland Secy.
from the Courtyard Shelter (Exhibit FF )
guards in Las Vegas NV
high on cocaine.

20 of 22

WEEK OF: 12/28/20 - 1/3/21          FLOOR LOG                    FIFTH FLOOR

| | MON | TUE | WED | THUR | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| 9:00-10:00 | | | | | | | ╱ |
| 10:00-11:00 | | | | | | | ╱ |
| 11:00-12:00 | | | | | | | ╱ |
| 12:00-1:00 | | | | | | | ╱ |
| 1:00-2:00 | | | | | | | |
| 2:00-3:00 | | | | | | | |
| 3:00-4:00 | | | | | | | |
| 4:00-5:00 | | | | | | | |
| 5:00-6:00 | ╱ | | | | ╱ | ╱ | ╱ |
| 6:00-7:00 | ╱ | | | | ╱ | ╱ | ╱ |
| 7:00-8:00 | ╱ | | | | ╱ | ╱ | ╱ |
| 8:00-9:00 | ╱ | | | | ╱ | ╱ | ╱ |

This is Allegedly An empty "Rounds"
paper from the Guards At the
Countyard Shelter in Vegas Who
snort cocaine.

21 08 22                    F

**INITIAL LOG UPON COMPLETION OF YOUR PATROL**

 **Flagstaff Housing Authority Section 8 Housing Directory – April 2011**

*Prices May Change or Vary*
*\*\*Tax Credit Properties\*\**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| \*\*Sandstone Highlands Senior Community\*\* | 300 W. High Country Trl. | 773-4420 | 1 and 2 Br | 3, 6, 9, and 12 mo. | $400 | $303-$808 *(Low income rates avail)* | Water, Trash, Sewer |
| Woodlands Village | 813 W. University Ave. | 774-6968 | Studio, 1, and 2 Br. | Flexible | $500 | $729-$1019 | No |
| Sharon Manor Apartments | 2303 N. Izabel | 213-0634 | 2 and 3 Br. | 12 mo. | $300-$450 | $184-$868 *Income based/ additional qualifications apply* | Water, Trash, Sewer |
| Dallas Real Estate Inc. | Rentals throughout Flagstaff | 526-5309 or 522-2430 | Varied rentals | Varies | Varies | Varies | Varies |
| Az North Investments | Rentals throughout Flagstaff | 774-6637 | Varied rentals | Varies | Varies | Varies | Varies |
| Evergreen Realty, Inc. | Rentals throughout Flagstaff | 774-9131 | Varied Rentals | Varies | Varies | Varies | Varies |
| Flagstaff Property Management Inc. | Rentals throughout Flagstaff | 774-7115 | Varied Rentals | Varies | Varies | Varies | Varies |
| Global Management | Rentals throughout Flagstaff | 774-1559 | Varied Rentals | Varies | Varies | Varies | Varies |
| Oravits Enterprises, LLC | Rentals throughout Flagstaff | 526-7909 | Varied Rentals | Varies | Varies | Varies | Varies |
| Pollock Properties, Inc. | Rentals throughout Flagstaff | 774-5577 | Varied Rentals | Varies | Varies | Varies | Varies |
| Sun Mountain Properties Rental Trust Account | Rentals throughout Flagstaff | 774-4997 | Varied Rentals | Varies | Varies | Varies | Varies |
| West USA Realty Flagstaff | Rentals throughout Flagstaff | 526-5394 | Varied Rentals | Varies | Varies | Varies | Varies |
| Mark Caro Property Managements | Rentals throughout Flagstaff | 773-0690 | Varied Rentals | Varies | Varies | Varies | Varies |
| Santa Fe Realty | Rentals throughout Flagstaff | 773-6903 | Varied Rentals | Varies | Varies | Varies | Varies |



## City of Flagstaff Housing Authority Programs

| Program | Desc | Eligibility | Waiting List Open | Application Method | Contact info |
|---------|------|-------------|-------------------|--------------------|--------------|
| Public Housing-Flagstaff Housing West primarily in the Brannen Homes area | 1-4 bedroom homes owned and managed by the CFHA-rent is 30% of income | Under 80% Area Median Income | Yes | Online at https://apply.havenconnect.com/form/application/680221ca-5625-4b63-bb49-bd7063e533cf | (928)213-2730 or housing@ flagstaffaz.gov |
| Public Housing-East Flagstaff Housing (primarily in Siler Homes area) | 2-5 bedroom homes owned and managed by the CFHA-rent is 30% of income | Under 80% Area Median Income | Yes | Online at https://apply.havenconnect.com/form/application/fd519609-0d4e-4633-a4f4-1343f9018acb | (928)213-2730 or housing@ flagstaffaz.gov |
| Clark Homes | 1-4 bedroom homes managed by CFHA-rent is 30% of income | Under 50% Area Median Income | Yes | Online at https://apply.havenconnect.com/form/application/f66b94bc-1a97-4ff6-bedd-60d9c3ccd878 | (928)779-1247 or athomas@ Flagstaffaz.gov |
| Housing Choice Voucher (Section 8) | Assistance with rent in private market housing that generally pays the cost of rent over 30% of income | Under 50% Area Median Income | Yes Effective 9/1/21 | Online at https://apply.havenconnect.com/form/application/9504f36d-62c3-47ec-8920-109efcef7796 | (928)213-2730 or housing@ flagstaffaz.gov |

## City of Flagstaff Housing Authority Programs

| Program | Desc | Eligibility | Waiting List Open | Application Method | Contact info |
|---------|------|-------------|-------------------|--------------------|--------------|
| Public Housing-Flagstaff Housing West primarily in the Brannen Homes area | 1-4 bedroom homes owned and managed by the CFHA- rent is 30% of income | Under 80% Area Median Income | Yes | Online at https://apply.havenconnect.com/form/application/680221ca-5625-4b63-bb49-bd7063e533cf | (928)213-2730 or housing@ flagstaffaz.gov |
| Public Housing-East Flagstaff Housing (primarily in Siler Homes area) | 2-5 bedroom homes owned and managed by the CFHA- rent is 30% of income | Under 80% Area Median Income | Yes | Online at https://apply.havenconnect.com/form/application/fd519609-0d4e-4633-a4f4-1343f9018acb | (928)213-2730 or housing@ flagstaffaz.gov |
| Clark Homes | 1-4 bedroom homes managed by CFHA- rent is 30% of income | Under 50% Area Median Income | Yes | Online at https://apply.havenconnect.com/form/application/f66b94bc-1a97-4ff6-bedd-60d9c3ccd878 | (928)779-1247 or athomas@ Flagstaffaz.gov |
| Housing Choice Voucher (Section 8) | Assistance with rent in private market housing that generally pays the cost of rent over 30% of income | Under 50% Area Median Income | Yes Effective 9/1/21 | Online at https://apply.havenconnect.com/form/application/9504f36d-62c3-47ec-8920-109efcef7796 | (928)213-2730 or housing@ flagstaffaz.gov |

# Oakwood Village Campus

3400 S. Kofa Drive, Flagstaff, AZ 86005 - Phone: (928) 773-8500 - Fax: (928) 773-7989

## Waitlist Application

You have applied to rent an apartment at a Project managed by WESCAP Real Estate Services, Inc. (the "Management Company"). The Project is only available to qualified or certified participants in the Section 42 Low-Income Housing Tax Credit Program. This Waitlist Application will be timestamped and processed in the order the Waitlist Application and all Application Fees are submitted. The Project Manager will make quarterly attempts to contact the Prospect for continued interest and to keep accurate information. **Failure to respond to two (2) consecutive quarterly update attempts will result in removal from the Waitlist.** The Prospect is responsible for keeping the Management Company, Project, and Project Manager updated with Contact Information.

When an Apartment is available, the Project Manager will contact the Prospect to obtain additional information and Offer an Apartment. **Declining two (2) Offers will result in removal from the Waitlist.** The Prospect is responsible for keeping the Management Company, Project, and Project Manager updated with Apartment Interest.

**Contact Information**
Main Point of Contact:

_____
Print Name

_____
Address

_____
City                              State                          Zip

_____
Contact Number                                   Email

**Apartment Interest**
Check each box you are interested in. Please keep in mind declining two (2) Offers will result in removal from the Waitlist. Some Projects/Campuses may not have all Bedroom Sizes or Set-Asides listed below.

Bedroom Size:
    ☐ 1 Bedroom      ☐ 2 Bedrooms      ☐ 3 Bedrooms

Set-Aside:
    ☐ 20%    ☐ 30%    ☐ 40%    ☐ 50%    ☐ 60%
Additional Comments:

 We encourage and support the nation's affirmative housing program in which there are no barriers to obtaining housing because of race, color, religion, sex, national origin, handicap, or familial status. 

*Revised 10/01/2018*

| INFORMATION | APPLICANT (FILL OUT BELOW) | |
|---|---|---|
| PERSONAL REFERENCE | NAME | \| PHONE NUMBER |
| | ADDRESS | \| RELATIONSHIP |
| PRESENT ADDRESS Apartments/Rental? ☐ NO  ☐ YES | PRESENT ADDRESS | |
| | CITY | \| STATE          \| ZIP |
| | NAME OF APT./LANDLORD | \| RELATIONSHIP TO LANDLORD |
| | LANDLORD'S ADDRESS | |
| | DAY PHONE | \| EVENING PHONE |
| | DURATION OF RESIDENCY? | \| RENT PER MONTH |
| | WHY ARE YOU MOVING? | |
| PREVIOUS ADDRESS Apartments/Rental? ☐ NO  ☐ YES | PREVIOUS ADDRESS | |
| | CITY | \| STATE          \| ZIP |
| | NAME OF APT./LANDLORD | \| RELATIONSHIP TO LANDLORD |
| | LANDLORD'S ADDRESS | |
| | DAY PHONE | \| EVENING PHONE |
| | DURATION OF RESIDENCY? | \| RENT PER MONTH |

**HOW DID YOU HEAR ABOUT US?**

MEDIA:  ☐ Newspaper Ad          ☐ Radio/TV          ☐ Yellow pages

☐ Outdoor signs/Driving by          ☐ Direct Mail          ☐ Other:_____

REFERRAL:  ☐ Agency:_____          ☐ Employer          ☐ Current resident:_____

☐ Friend/Associate          ☐ Realtor          ☐ Other:_____

 We encourage and support the nation's affirmative housing program in which there are no barriers to obtaining housing because of race, color, religion, sex, national origin, handicap, or familial status. 

*Revised 10/01/2018*

# WAITING LIST PROCEDURES

The property is required to maintain a Waiting List of all eligible applicants. The property has one Waiting List that is established and maintained in chronological order based on the date and time of receipt of the Preliminary Application.

The Preliminary Application will need to be submitted to management along with any application fees in order to determine eligibility. These procedures are necessary to assure the complete and accurate processing of all documentation for all applicants

Applicants must report changes in writing to any of the information immediately. Applicants will have the opportunity to decline the first apartment offered and retain their place on the waiting list. Should the applicant decline the offer of the next available unit, they will be removed from the waiting list.

When special needs units are available for rent, management will alternate the offer of the unit; the first vacant special needs unit will be offered to the eligible special needs household (determined by the Preliminary Application) on the waiting list.

The Waiting List will be updated periodically. Each applicant will receive a letter from the property, which will request updated information and ask about their continued interest. The letter must be returned within the specified time or their application will be removed from the Waiting List. It is the responsibility of the applicant to maintain a current address with the office in order to receive waitlist correspondence. Any correspondence returned undeliverable will result in application being removed from the waitlist.

I/We have read, understand and agree to the above regulations. I/We further understand that my/our application will not be processed until all applicants age 18 and older have signed and dated this form and turned it into management.

_____          _____
Signature                                     Date

_____          _____
Signature                                     Date

_____          _____
Property Representative Signature             Date

*Sandstone Highlands Senior Community*

300 W. High Country Trail, Flagstaff, AZ 86005 - Phone: (928) 773-4420 - Fax: (928) 773-8644

# Waitlist Application

You have applied to rent an apartment at a Project managed by WESCAP Real Estate Services, Inc. (the "Management Company"). The Project is only available to qualified or certified participants in the Section 42 Low-Income Housing Tax Credit Program. This Waitlist Application will be timestamped and processed in the order the Waitlist Application and all Application Fees are submitted. The Project Manager will make quarterly attempts to contact the Prospect for continued interest and to keep accurate information. **Failure to respond to two (2) consecutive quarterly update attempts will result in removal from the Waitlist.** The Prospect is responsible for keeping the Management Company, Project, and Project Manager updated with Contact Information.

When an Apartment is available, the Project Manager will contact the Prospect to obtain additional information and Offer an Apartment. **Declining two (2) Offers will result in removal from the Waitlist.** The Prospect is responsible for keeping the Management Company, Project, and Project Manager updated with Apartment Interest.

## Contact Information
Main Point of Contact:

Print Name

Address

| City | State | Zip |
|------|-------|-----|

Contact Number                                           Email

## Apartment Interest
Check each box you are interested in. Please keep in mind declining two (2) Offers will result in removal from the Waitlist. Some Projects/Campuses may not have all Bedroom Sizes or Set-Asides listed below.

Bedroom Size:
☐ 1 Bedroom                    ☐ 2 Bedrooms

Set-Aside:
☐ 30%          ☐ 40%          ☐ 50%          ☐ 60%
Additional Comments:

 We encourage and support the nation's affirmative housing program in which there are no barriers to obtaining housing because of race, color, religion, sex, national origin, handicap, or familial status. 

*Revised 10/01/2018*

| INFORMATION | APPLICANT (FILL OUT BELOW) | |
|---|---|---|
| **PERSONAL REFERENCE** | NAME | \| PHONE NUMBER |
| | ADDRESS | \| RELATIONSHIP |
| **PRESENT ADDRESS**<br>**Apartments/Rental?**<br>☐ NO ☐ YES | PRESENT ADDRESS | |
| | CITY | \| STATE         \| ZIP |
| | NAME OF APT./LANDLORD | \| RELATIONSHIP TO LANDLORD |
| | LANDLORD'S ADDRESS | |
| | DAY PHONE | \| EVENING PHONE |
| | DURATION OF RESIDENCY? | \| RENT PER MONTH |
| | WHY ARE YOU MOVING? | |
| **PREVIOUS ADDRESS**<br>**Apartments/Rental?**<br>☐ NO ☐ YES | PREVIOUS ADDRESS | |
| | CITY | \| STATE         \| ZIP |
| | NAME OF APT./LANDLORD | \| RELATIONSHIP TO LANDLORD |
| | LANDLORD'S ADDRESS | |
| | DAY PHONE | \| EVENING PHONE |
| | DURATION OF RESIDENCY? | \| RENT PER MONTH |

## HOW DID YOU HEAR ABOUT US?

MEDIA:   ☐ Newspaper Ad          ☐ Radio/TV          ☐ Yellow pages

☐ Outdoor signs/Driving by   ☐ Direct Mail   ☐ Other:_____

REFERRAL:   ☐ Agency:_____   ☐ Employer   ☐ Current resident:_____

☐ Friend/Associate          ☐ Realtor    ☐ Other:_____

 We encourage and support the nation's affirmative housing program in which there are no barriers to obtaining housing because of race, color, religion, sex, national origin, handicap, or familial status. 

*Revised 10/01/2018*

# HOUSING AUTHORITY OF THE CITY OF FLAGSTAFF

3481 N Fanning Dr, Flagstaff, AZ  86003
(928)213-2730    FAX  (928)526-3734    TTY 711



EQUAL HOUSING
OPPORTUNITY

March 17, 2022

Hope Cottage
2211 E Johnson Ave
Flagstaff, AZ  86004

Dear Social Service Partner:

This notice is to make you aware of our currently open waiting lists which are accepting applications for our programs to help low income renters.  A reference table is included at the bottom that you may copy and distribute to interested clientele.  Applicants may apply for as all open waiting lists if they choose to do so.

Low Income Public Housing, are homes that we own and manage.  We offer housing at two developments in Flagstaff, Flagstaff Housing West is which located mainly in the Brannen Homes area off of Lone Tree Rd. and offers one to four bedroom homes and East Flagstaff Housing which is located mainly in the Siler Homes area off of Fanning Dr. and offers two to five bedroom homes.  Allowable occupancy is based on one to two persons per bedroom. Rent is based on 30% of income, or a Flat Rent is offered.  All one bedroom homes give priority to households that contain a member who is 62 or older or handicapped or disabled.  The average waiting time for a home is 6 to 24 months from time of application for Residents of Flagstaff or families that contain a member that works in Flagstaff.
**Applications are currently accepted online at
https://apply.havenconnect.com/form/application/680221ca-5625-4b63-bb49-bd7063e533cf for Flagstaff Housing West and https://apply.havenconnect.com/form/application/fd519609-0d4e-4633-a4f4-1343f9018acb for East Flagstaff Housing .**

Clark Homes, a subsidized low income housing development in West Flagstaff which offers one to four bedroom homes (occupancy based on one to two persons per bedroom) and rent is based on income.  All one bedroom homes are available only to families that contain a member age 62 or over, or disabled and are fully handicap accessible.  Reasonable accommodation will be made for all other homes.  The average waiting time for a home is 6 to 18 months from time of application with preference given to households that live, work or go to school in Flagstaff; have a housing need; and/or are currently experiencing or homeless due to domestic violence.  **Applications will only be accepted online at https://apply.havenconnect.com/form/application/f66b94bc-1a97-4ff6-bedd-60d9c3ccd878 effective .**

The Waiting List for Section 8 Housing Choice Vouchers is currently open and will remain so until further notice.  Applications will only be accepted online at
**https://apply.havenconnect.com/form/application/9504f36d-62c3-47ec-8920-109efcef7796.**  This program

*The City of Flagstaff Housing Authority does not discriminate on the basis of handicapped status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.
Please contact the Maintenance Manager / CFHA 504 Coordinator with questions or concerns
(928) 213-2754*

**City of Flagstaff Housing Authority Programs**

| Program | Description | Eligibility | Waiting List Open | Application Method | Contact info |
|---|---|---|---|---|---|
| Public Housing- Flagstaff Housing West (primarily in the Brannen Homes area | 1-4 bedroom homes owned and managed by the CFHA- rent is 30% of income | Under 80% Area Median Income | Yes | Online at **https://apply.havenconnect.com/form/application/680221ca-5625-4b63-bb49-bd7063e533cf** | (928)213-2730 or housing@ flagstaffaz.gov |
| Public Housing- East Flagstaff Housing (primarily in the Siler Homes area) | 2-5 bedroom homes owned and managed by the CFHA- rent is 30% of income | Under 80% Area Median Income | Yes | Online at **https://apply.havenconnect.com/form/application/fd519609-0d4e-4633-a4f4-1343f9018acb** | (928)213-2730 or housing@ flagstaffaz.gov |
| Clark Homes | 1-4 bedroom homes managed by CFHA- rent is 30% of income | Under 50% Area Median Income | Yes | Online at **https://apply.havenconnect.com/form/application/f66b94bc-1a97-4ff6-bedd-60d9c3ccd878** | (928)779-1247 or athomas@ Flagstaffaz.gov |
| Housing Choice Voucher (Section 8) | Assistance with rent in private market housing that generally pays the cost of rent over 30% of income | Under 50% Area Median Income | Yes Effective 9/1/21 | Online at **https://apply.havenconnect.com/form/application/9504f36d-62c3-47ec-8920-109efcef7796** | (928)213-2730 or housing@ flagstaffaz.gov |

Kiosk ID:            100
Date Time:           11/21/2022 12:28:19
Library Card No:     **********9669

Total Print Cost:                        $1.70

Cash Deposited:                          $2.00
Cash Used:                               $1.70

Change:                                  $0.30

SEC
OIG. SSA .gov
USDOJ x2

Kiosk ID:            200
Transaction ID:      20009112122151743
Transaction Date:    11/21/22 15:17
Library Card No:     Guest

Copy Cost:                               $5.00
Cash/Coin Added:                         $5.00

Change:                                  $0.00

Today I wrote up the Famicl to
the Securities & Exchange Commission who All
took Bribes from Obama in Operation
Goliath 2009—2016 When Obama stole my
1.4 Billion judgment fund June 2016.
Then to OIG. SSA. gov who never does
anything about complaints As Mr Stratton
Is paid off By Ivanka Trump Kashimer, Donald
Trump. Jared Kushners, Barron Trump,
Melania, Tiffany Eric & Donny Trump!
& the USDOJ OIG & Civil rights div. who
Also do & As Merrick Garland is paid off
by Donald Trump.



H



CANLAS
MASK AT
URGENT
CARE
DOWNTOWN
Cheyenne WY



From a
packet of
masks made
by Ivanka
who made
millions off
the pandemic
w/ Chinese
made masks
as did
Donald
Trump using
Hollister which
he bought &
is now
making
masks

Account #
PIN
8958
TABAILA
ALCATEL     July 25
            June 25

Police intercepted
a call to
Consumer Cellular
from PCS Metrocom
Phone on
7th St & Indian
School Rd
Charging me 8958

And the Police Are
using my Alcatel
phone for personal
use

allrecipes

# Best Cream Of Broccoli Soup

★ ★ ★ ★ ☆

This broccoli soup recipe is thick and flavorful. It is simple, delicious, and quick to make. Enjoy (I know you will).

By Jessie A

**Prep:** 10 mins

**Cook:** 25 mins

**Total:** 35 mins

**Servings:** 6

**Yield:** 6 servings



## Ingredients

5 tablespoons butter, divided

1 onion, chopped

1 stalk celery, chopped

3 cups chicken broth

8 cups broccoli florets

3 tablespoons all-purpose flour

2 cups milk

ground black pepper to taste

## Directions

Melt 2 tablespoons butter in a medium stock pot over medium heat. Saute onion and celery until tender. Add broccoli and broth, cover, and simmer for 10 minutes.

Pour the soup into a blender, filling the pitcher no more than halfway full. Hold down the lid of the blender with a folded kitchen towel, and carefully start the blender, using a few quick pulses to get the soup moving before leaving it on to puree. Puree in batches until smooth and pour into a clean pot. Alternately, you can use an immersion blender and puree the soup right in the cooking pot.

Melt 3 tablespoons butter in a small saucepan over medium to medium-low heat; stir in flour and add milk. Stir until thick and bubbly, and add to soup. Season with pepper and serve.

## Nutrition Facts

**Per Serving:** 207 calories; protein 9.2g; carbohydrates 17g; fat 12.4g; cholesterol 31.9mg; sodium 528mg.

© COPYRIGHT 2022 **ALLRECIPES**. ALL RIGHTS RESERVED.
Printed from **https://www.allrecipes.com** 08/11/2022

# Pay De Limon

## Ingredients

- 1 14-OZ. CAN SWEETENED CONDENSED MILK
- 1 12-OZ. CAN EVAPORATED MILK
-  FRESH LIME JUICE (7-10 LIMES)
- 2 PACKS GALLETAS MARIA (7 OUNCES EACH, 24 COOKIES PER PACK)

## Instructions

- In the blender, add the condensed milk, evaporated milk, lime juice. Blend on high until it gets smooth and doubles in volume.

- Line a pan with parchment paper. I used a 9-inch round spring-form pan. Begin with a light layer of lime/milk filling on the bottom, just enough to cover. Add a layer of cookies. Continue layering until you run out of ingredients.

- After the third or fourth layer, I added a light layer of fresh fruit (sliced thin), then continued layering. Your last layer should end with the filling, not the cookies.

- Once done, top the pie with fruit and chill for at least 6 hours or overnight. Or until cold When ready to serve, if using a spring-form pan, use a knife to release the edges of pie from the pan before unlocking the pan. Place on a serving platter and slice. Serve with whipped cream if you like and enjoy!

# Tres Leches Cake

The BEST authentic Tres Leches Cake. An ultra light cake soaked in a sweet milk mixture and topped with fresh whipped cream and cinnamon. This simple Mexican dessert is one of our favorites!

| Prep Time | Cook Time | Total Time |
|---|---|---|
| 1 hr 30 mins | 40 mins | 2 hrs 10 mins |

★★★★★
4.92 from 824 votes

Course: **Dessert**   Cuisine: **Mexican**   Servings: **12**   Calories: **433kcal**
Author: **Lauren Allen**   Cost: **6**

## Ingredients

**Cake:**
- 1 cup all-purpose flour
- 1 1/2 teaspoons baking powder
- 1/4 teaspoon salt
- 5 large eggs , separated
- 1 cup granulated sugar , divided
- 1/3 cup whole milk
- 1 teaspoon vanilla extract

**Milk Mixture:**
- 12 ounce can evaporated milk
- 14 ounce can sweetened condensed milk
- 1/4 cup whole milk

**Whipped Topping:**
- 1 pint heavy whipping cream
- 3 Tablespoons powdered sugar
- 1/2 teaspoon vanilla extract
- ground cinnamon , for topping

## Instructions

1. Preheat oven to 350 degrees F. Grease a 9x13" pan with non-stick cooking spray.

2. In a medium bowl combine flour, baking powder, and salt. Separate the eggs into two other mixing bowls.

3. Add 3/4 cup sugar to the bowl with the egg yolks and mix on high speed until yolks are pale yellow. Add 1/3 cup milk and vanilla and stir to combine. Pour the egg yolk mixture over the flour mixture and stir gently just until combined (don't over-mix).

4. Use electric beaters to beat the egg whites on high speed. As the begin to whip into stiff peaks, gradually mix in the remaining 1/4 cup of sugar. Fold the stiffly beaten egg whites into the batter gently, scraping the bottom and sides of the bowl, until combined.

5. Pour batter into prepa      pan and smooth it into an even layer.      e for 25 to 35 minutes, or until a toothpick inserted in the center of the cake comes out clean. Remove from the oven and allow cake to cool completely.

6. Combine the evaporated milk, sweetened condensed milk, and whole milk in a small bowl. Once the cake has cooled use a fork to poke holes all over the top of the cake.

7. Slowly pour the milk mixture over the the top of the cake, making sure to pour near the edges and all around. Refrigerate the cake for at least 1 hour or overnight, to allow it to soak up the milk.

8. In the meantime, whip the heavy cream, sugar and vanilla until stiff peaks. Smooth over the top of the cake. Sprinkle cinnamon on top. Serve with fresh sliced strawberries, if desired. Enjoy!

## Notes

**Store** Tres Leches Cake in the refrigerator, covered, for 3-5 days.

**Make Ahead Instructions:** You can make Tres leches cake 1-2 days in advance. In fact, I love to make this cake the night before so that the cake has a lot of time to soak up the milk mixture.

**Freezing Instructions:** The baked and cooled cake can be frozen for up to 3 months, covered well. Thaw overnight in the fridge before pouring the three milks on top.

Smaller servings? Try my Tres Leches Cupcakes.

## Nutrition

Calories: 433kcal | Carbohydrates: 50g | Protein: 9g | Fat: 22g | Saturated Fat: 13g | Cholesterol: 152mg | Sodium: 171mg | Potassium: 344mg | Sugar: 41g | Vitamin A: 865IU | Vitamin C: 1.7mg | Calcium: 242mg | Iron: 1mg

*https://tastesbetterfromscratch.com/tres-leches-cake/*

Give us feedback @ survey.walmart.com
Thank you! ID #:7RGY59G7J04

# Walmart >'<

307-632-4330 Mgr BRANDON
2032 DELL RANGE BLVD
CHEYENNE WY 82009
ST# 01315 OP# 009047 TE# 47 TR# 03893
VASELINE PJ 030521231100      1.77 X
VASELINE PJ 030521231100      1.77 X
MILLS NO CAL 00914/563006 F   1.28 O
FO IR ADACH  0681131G  HG     4.12 X
CG HB EGGS  081390560115 F    2.17 O
POISE PAD   003G0001958GH     5.62
GV YOGURT   00787423.926 F    2.36
ORNG CHECK  00787423/696 F    5.8
            SUBTOTAL         24.
    TAX 1   6.000 %            0.
            TOTAL            25.39
       EBT SNAP TEND         11.31
          DEBIT TEND         14.08
          CHANGE DUE          0.00
EBT SNAP      SNAP PURCHASE
  11.31  TOTAL PURCHASE
ACCOUNT #       **** **** **** 4110 S
REF #   841286
NET RESPONSE 01
NETWORK ID. 0067 APPR CODE 370706
TERMINAL # SC010795
         Beg Bal   End Bal
EBT CASH    0.00     0.00
EBT SNAP  269.26   257.95
       09/01/22    13:34:01
EFT DEBIT    PAY FROM PRIMARY
   14.08  TOTAL PURCHASE
US DEBIT        **** **** **** 5900 I 0
REF # 224400/14191
NETWORK ID. 0069 APPR CODE 01796!
US DEBIT
AID A0000000980840
AAC 3GC80622787C2185
TERMINAL # SC010795
       09/01/22    13:34:19
       # ITEMS SOLD 8
   TC# 1302 0638 0135 0621 7251

[barcode]

# 'almart+
Become a member
Scan for free 30-day trial

Low Prices You Can Trust. Every Day.




"Pay from Primary" IS
a new entry by
Police!

I only bought one
Vaseline

I'm tired my
food stamp cards is
loaded w/ malware
by Phx police mostly

LARAMIE COUNTY **LIBRARY** LIBRARY cafe

Ok Comea Shelter
1300 Finson Ave

Coalition for
Homeless
907 Campbell
307.634.8499
Wyoming Coalition for the
homeless @ gmail.com

WE CAN PRINT YOUR
*Imagination!*

Tallenhassee + Orlando
FL P.D. conspired together
+ paid off
Director Linda At
Orlando
Coalition for the
Homeless to tell
Kami if you
refuse to have a
psych Consult you
have to leave.

So I left — + went to Port Charlotte
Where the Police bribed a Black Felon
In a Boarding house to charge
Me C something. Probably theft as
shed "leave her purse lying out
on purpose"...etc.

Comea Shelter has Trumps bribed fresh
Out of prison Felon Alex stalking
Me so I left + went to the
safe house where All The
Staff was bribed by Bruce
Jardon — + probably Linka + Jared.



**FAMILY DOLLAR**
STORE #10489 508 Central Avenue
Cheyenne,WY, 307-829-3115
SANIITAS WHITE CORN TORTILLA CHIPS 11OZ
  02840070576 9                      2.49
NABISCO OREO FAMILY SIZE 19.1 OZ
  04400003327 9
  REGULAR PRICE                      p4.50
                                     4.80
FRITOS BEAN DIP 9OZ  028400000789   3.20
AQUAFINA 20FL OZ     012000001598   1.80
TOTAL
EBT FOOD                          $11.99
*************4110                  $11.99
PURCHASE
SWIPED Approved
AUTH# 772354 SEQUENCE NO: 658001
EBT FOOD BALANCE: $278.43

99104890265800192333

ITEMS 4
08-29-2022 11:28:20 10489 02 7282012 6580
Cash Check Debit Credit & EBT Accepted.
THANK YOU.
-------------TEAR HERE-------------
Please provide your feedback at
www.ratefd.com
Receive 10 chances to WIN $1,000 daily
plus instant prizes valued at $1,500
weekly. For complete rules, eligibility,
sweepstakes & previous winners, visit
www.ratefd.com. No purchase/survey req'd
to enter. Sweepstakes sponsored by
InMoment Inc. across multiple int'l
clients. Void where prohibited.

Clip Smart Coupons before you shop.

Please sign up for Smart Coupons at
http://www.familydollar.com/smartcoupons

```
        Want To Earn Extra Cash?
              Join Our Team!
          Text "Apply" to 242424
            Carl's Jr. 1101730
               Carls Jr
            216 E Lincolnway
           Cheyenne, WY 82001
              307-637-6126
     8/29/2022          1:14:14 PM

Order 215056              Cashier Janet
Total Items: 1

    1 Sm Dt Coke                    2.19
               SubTotal             2.19
               Tax                  0.13
               Total                2.32
               Visa                 2.32
               Card # XXXXXXXX5900
               Authorization # 223880

EMV:INSERT
APP:VISA DEBIT
AID:A0000000031010
          Download Our Mobile App
                     1
                  DINE IN
       We Appreciate Your Business!
================================
       Earn Stars for this order!
          Join My Rewards and
          enter barcode number
          in the Carls Jr. App.
================================
```

||||||| |||| |||||| |||| ||||
5749966957137

* Customer Copy *

Lyons Club

aug 5  10 am                    8⁰⁰

CAll Monday
8³⁰ - 2

for Appt for
SAT am
Check?
Cards?

eye glasses
602-267-2573

3124 E. Roosevelt St Bldg
D #1
Phoenix AZ

emailed
① PO Box  ② Brodsky + DII
Kapem  ③ office

PACK
EYE GLASS
Q Tip=

write VNIME QT

Judicite c/o
Brodsky
Snow
TAllahssee PD
FTC - Framed by Adot PD

Aug 5,

On the Back
Judge Snow
Impersonated
me in
Flagstaff
7-23-22

Phx Police
intercepted
Lyons Club

Wrote FTC / Adot
& on TAllahassee
Police but they
persistantly
refuse to
do anything



KAROL turned this
number into to
civil rights of
H, security — CANT
Remember
what exactly
it was for

# SAFEWAY

Store 2667 Director Casey Jackson
Main:(307) 635-7871  (307) 635-4087
700 S Greeley Hwy
Cheyenne WY 82007

### GROCERY

```
2 QTY RAGU UWS P       11.98 S
Regular Price    12.58
Member Savings    0.60-
```

### REFRIG/FROZEN

```
2 QTY LUC CESE        15.98 S
2 QTY PRECIOUS G      14.98 S
```

### GEN MERCHANDISE

```
SUPER SOFT LEGGING     7.99 T
JEAN JEGGING L-XL     14.99 T

        TAX            1.38
**** BALANCE          67.30
    SNAP BAL DUE       42.94
```
```
SNAP Purchase 09/05/22 08:58
CARD # ************4110
SNAP Purchase         42.94
SNAP BALANCE         191.91
CASH BALANCE           0.00

TRACE: 415802141100  AUTH: 00014962

        SNAP          42.94

Debit Purchase  09/05/22 08:58
CARD # ************5900  PRIMARY
TOTAL TRANSACTION AMOUNT: 24.36
CASH BACK AMOUNT:     0.00
REF: 425824159000  AUTH: 00170807

AL US DEBIT
AID A0000000980840
TVR 8000048000
TSI 6800

    Debit             24.36

    FS CHG             0.00
    CHANGE             0.00
TOTAL NUMBER OF ITEMS SOLD =   8
09
```

Stalked by
Bruce Frodon
Billy Henderson NV police dept

Colorado Judges who
keep remitting
Zachary Frodons
USA v Magistrell,

Cheyenne Wy Police
Ted Cruz who
keeps remitting
mass murder
charges

Laramie County Library
2200 Pioneer Ave

Kiosk ID:            100
Date Time:           08/28/2022 14:13:27
Library Card No:     **********6438

Total Print Cost:                    $0.90

Cash Deposited:                      $1.00
Cash Used:                           $0.90

Change:                              $0.10

08/29/22   10:54   WY000445
FIRST INTERSTATE BANK
BUILT FOR YOU
MEMBER FDIC
EQUAL HOUSING LENDER
*************7682-0
401 W 19TH ST
CHEYENNE, WY
RECORD NO.                    4533
WITHDRAWAL        $     200.00
FROM CHECKING
       ****************3787

AVAILABLE BAL   $   14991.59


US Debit
A0000000042203

QUESTIONS?
CLIENT CONTACT CENTER
855-342-3400
FIRSTINTERSTATE.COM



**Paul Munson**
**General Manager**

GM@theplainshotel.com
Phone: 307-638-3311

1600 Central Avenue
Cheyenne, WY 82001
www.theplainshotel.com

★ Hotel ★ Extended Stay★ Restaurant★   Catering & Events

Allegedly Bruce Tardon went
here & told them not to
hire me as well as the 4
hotels Kami Applied to on
Fox Farm Road.

On — he may be a hit man But
Kami passed it in to
Homeland Security



**Iglesia Movimiento Evangelistico Pentecostal**
1408 S. Greeley Hwy, Cheyenne, WY 82007

Miércoles, Sábado y Domingo ....... 6 p.m.

Pastor:                    Cell: (307) 220-0348
Emeterio Torres                  (307) 630-5546

9-4-22

Allegedly used for money laundering or,
I assume hired him As A hit man,

······ ATE COPY ······

Rel ea

Receipt #AY27116

Laramie County Detention Center

08 13 2022 06:41:57

ST 1 CD 001          OPR

ROF PIN.
SEABANKO

N 91 La        032035
D s 4 Birth      08 12 1983

Amount          $0.00
osh Release     $0.00

Congressne B

8-13-22
Michael Andrew
Released
for Bribes from
Delancia who regularly
hires prisoners to
stalk me!

Solicitation for murder
way over 1000x more
probably 2000+ times.

On or About September 4-5, 22 Lumber
may have been Apprehended from +
Beach!

```
                    Header

BIG D 29
100 N GREELEY
CHEYENNE WY  82007
XXXXXXXXX0003


          08/30/22 4:44:07 PM
    Register: 1 Trans #: 3698 Op ID: 91
           Your cashier: Area

LPTN BRISK RASPBRY 1LTR/          $1.99F 99
TUNA SALAD ON WHEAT/EACH          $3.59F 99
TUNA SALAD ON WHEAT/EACH          $3.59F 99
                                -----------
             Subtotal =    $9.17
                  Tax =    $0.00
                                -----------
             FS Total =    $9.17
                Total =    $9.17

           Change Due  =   $0.00
FS Change Due =                   $0.00

EBT Food                         $9.17
..............................................
XXXXXXXXXXXXX4110 EBT Food
INVOICE: 094024
AUTH 084944
=======================================
POS Purchase/Capture
Sequence Number 54868
Swiped
PIN Used
EBT                          084944
XX          4110
            JOD $000269.26
========     ===========================
--------     --- ----------------------



                   Footer
```

Aug 30 /22

Missing all the
gibberish from
Walmart Receipts

stalked by Trump
IVANKA, Bruce
Jordon,
Cheyenne PD
& O BAMA who keeps
putting
hienoglyphics on
my phone
& Chris Wray
Prosecution Vance
Michelle OBAMA &
family

Clerk of District Ct
Po Box 787
(2003)
District

Tainted $\bar{c}$
Judges
Murray Snow &
James Block
Zagel

Cant go to this As Cheyenne Wy P.D
are blood thirsty w/ employees
all over the COMEA Shelter &
Down Town,
Threatening, When I leave here I need to
Be 100% ready to walk in
that day — then go get A Tent
& set up — unless Theres A
Safer plan.

The one note here that Bruce Fardon
lured me out — a fake homeless
man, woke me up Around 4a — or
it may have been Billy thinking
I was a man & left me Alone.
Anyway — Campgrounds Are safer Than
alone by any Tree ,,,

Tempe?

The Cheyenne WY
are pnd ll by Donald
Trump to try to make
Kamc think that RM is
working at the Mammoth —
Then Another hotel,
Then Another restaurant
when shes in Tempe Az

The scheme is to keep Kamc
Running Ragged so she wont
work on A suit Against Trump mob,
Obama mob, Police nationwide,
etc





The Cheyenne WY Police blocked
Karols Vision insurance which was Reinstated!

| Search Results | | | |
|---|---|---|---|
| Name | Date of bir | Address | |
| KAROL MAGISTRELLI | 01/01/153 | 354 S ARIZONA AVE 10 CHANDLER, AZ 85225 | Coverage Termed 09/01/2019 |
| KAROL MAGISTRELLI | 01/01/153 | 314 FORMASTER LANE LAS VEGAS, NV 89101 | Coverage Termed 01/15/2022 |

They added "Christina" to jack
up the prices & the check out
Clerk as well →



DownTown Cheyenne WY  Aug 2022

Give us feedback @ survey.wu...
Thank you! ID #:7RGP9Y1MD3J2

# Walmart ✕

307-823-6910 Mgr:MATTHEW
5C0 LIVINGSTON AVENUE
CHEYENNE, WY 82007
ST# 04653 OP# 009003 TE# 03 TR# C5923

```
4CT BLUE MU;   007.        04 F      4 56
SP CALAMARI    004 2221 848 F        7.12
PEPPERS        004670 03910 F        6.44 0
LD UNICORN     085003458009 F        2.50 0
                     SUBTOTAL       23.51
                        TOTAL       23.51
                EBT SNAP TEND       23.51
                   CHANGE DUE        0.00
EBT SNAP            SNAP PURCHASE
    23.51  TOTAL PURCHASE
ACCOUNT #         *xxx xxxx xxxx 4110 S
REF #   803E9/
NET RESPONSE 03
NETWORK ID. 0067 APPR CODE 022801
TERMINAL # SC060178
         Beg Bal    End Bal
EBT CASH    0.00      0.00
EBT SNAP  330.13    306.62
         08/26/22   11:19:47
         # ITEMS SOLD 5
     TC# 0721 2208 2560 2433 0105
```



# Walmart+
Become a member
**Scan for free 30-day trial**

Low Pr...  ...  ...an Trust. Every Day.



This RECEIP & does
not say
(PAY from PRIMARY?)

## SOCIAL SERVICE AND HEALTH CARE AGENCIES

| | | | | |
|---|---|---|---|---|
| 2~1~1 Call Center Search | | 888-325-7138 | 2~1~1 | Info for local health & human services availalbe in |
| Aging & Disability Resource Ctr. | WEST | 87 35-7851 | | Assistance for the elderly & people with disabilities |
| Alcohol Receiving Center | EAST | 632-6433 | 2310 E. 8th Street | 28 day Treatment Program & 2-3 day De-Tox Center |
| Cheyenne Children's Clinic | DT/NW | 635-7961 | 2301 House Ave. #405 | Health Care for infants, children & young adults |
| HealthWorks | SOUTH | 635-3618 | 2508 E. Fox Farm Rd. #1A | Quality Health Provider. Payment on a sliding scale. |
| Cheyenne Housing Authority | NE | 634-7947 | 3304 Sheridan Ave. | Housing assistance for families, elderly and disabled. |
| Black Hills Energy | WEST | 638-3361 | 1301 W 24th | Assistance BEFORE Shut Off |
| Cheyenne North Apartments | NE | 778-8385 | 4941 King Authur Way | Low Income housing for families and disabled |
| Cheyenne Station Apartments | EAST | 778-4196 | 1607 Taft Ave. | Low Income housing for families and disabled |
| City County Health | SOUTH | 633-4000 | 100 Central Ave. | Family Planning, WIC, Immunizations, Strep test. Programs for pregnant women. Payment on a sliding scale. |
| Climb Wyoming | WEST | 778-0094 | 123 E 17th | Non-profit organization trains & places low-income single mothers in careers. |
| Comea House | WEST | 632-3174 | 1504 Stinson Ave. | 5-45 day shelter, 6 mos - 2yr transittioning center, family room, traveling food bags, emergency food boxes, gas vouchers for non-residents, Bus Tokens, haircuts & case management. |
| Community Action | ALL | 635-9291 | 211 W 19th | Rental assistance, utility assistance & limited medical. Job listings, budgeting & limited home repairs |
| Crossroads Clinic | SOUTH | 632-8064 | 100 Central Ave. Ste 100 | Limited medical assistance for transients. Mobile clinic M/W/F 7:45-9:45 in parking lot of Ikon Ctr. |
| Dept. of Family Services | DT/W | 777-7921 | 1510 E. Pershing Blvd. | Food stamps & Medicaid |
| Dept. of Veterans Affairs | DT/E | 778-7353 | 2360 E. Pershing Blvd. | All Veteran Program Assistance |
| Employment Office | DT/W | 777-3700 | 1510 E. Pershing Blvd. | Employment/Job Leads |
| Family Promise | NE | 772-8770 | 2950 Spruce Dr. | Homeless shelter for families with minor children. |
| Foster Grandparents | DT | 634-1265 | 510 W 29th | Contact Judi |
| Labor Ready | NE/E | 634-1051 | 1414 Logan Ave. | Temporary labor on demand |
| Laramie County Head Start | SOUTH | 634-5827 | 711 Warren Ave. | For Low Income families Pre-school children ONLY |
| Laramie County Community Partnerships | | 773-8241 | Call only | Help Homeless Youth Ages 14-20 |
| Needs, Inc. | SOUTH | 632-0409 | 900 Central Ave. | Clothing closet, limited household items, food.  Must be Laramie County resident for 30 days or longer.  Call for required documentation. |
| Pathfinder | DT | 635-0256 | 1920 Thomes Ave. | Outpatient Alcohol & Substance Abuse Program TB, HIV/AIDS. & Hepatitis B&C Screening. |
| Peak Wellness Center | DT | 634-9653 | 2526 Seymour Ave. | Mental Health and Substance Abuse Center. |
| Recover Wyoming | 2 Blocks | 421-7261 | 122 W Lincolnway | Assistance for homeless & individuals in recovery |
| Red Cross | | 638-8906 | | Relief to victims of disasters and respond to emergencies. |
| Safehouse | ALL | 634-8655 | 714 W Fox Farm Rd (Office) | Victims of physical & sexual abuse.    Crisis 634-7233 |
| Salvation Army Community Center | DT/NE | 634-2769 | 601 E. 20th St. | Clothing vouchers, household items, limited hygiene items, utility assistance, commodities (for residents only), feeding program, from 12-1 pm Mon-Fri.  Bread & bakery items are available daily.  Tues - Thurs food boxes available. |
| Social Security Office | NE | 866-336-7580 | 3001 E. Pershing Blvd. Suite 140 | Social Security Benefits Administrative Offices |
| St. Joseph's Church | SOUTH | 634-4625 | 321 E. 6th St. | Food pantry |
| St. Mary's Church | DT/NW | 635-9261 | 100 W 21st Street | Limited back rental & back utility assistance. |
| United Christian Comm. Center | DT/NW | Cell 640-1324 | 320 W. 23rd. St. | Contact Darlene |
| Volunteers of America SSVF | NE | 514-5518 | 3116 Old Faithful Rd. | Housing assistance for Veterans |
| CRMC | DT | 634-2273 | 214 E. 23rd. St. | Hospital/Emergency Room |
| Welcome Mat | EAST | 634-8499 | 907 Logan Ave. | Day shelter, spot labor, phones & computer for job search. |

Black Hills Stage Line - 635-1327 (out of town bus service) WEST                                    Updated 2-26-18

NAOMi GARCiA

-307 421 - 3574

← Bribed Resident

A. Az Humane Socy Pass off By
Police to cease Babies
Vacinations and stop the
Mobile Truck to Cass Homeless
Shelter
motion with arcle@dhs.gov
Where the Witness Protection
Unit Term Used to Be.

B  Justa center for Retired
Homeless in Violation of The
Age Discrimination Act &
Sec. 504 of the Rehab Act of 1973
& Elder Financial Exploitation & Abuse
Kanc is currently 69
DOB: 01-01-1953

C. Halle Womens Center — "never"
has an opening

D. st Joseph the Worker where
you apply for jobs

- E Homeless Court Judge - they
change as its Allegedly
volunteer

F Empty Guard duty
Floor log

G. Housing you have to look
for by yourself until
they see you
From — The Shelter &
her name is Kayleen or Kromnn!

H. Manywann made by
Suamac compny

KARNL completed A housing
ASSESSMENT WITH the Flagstaff
shelter knowing that Ivanka
works with Police to blacklist
all of KARNLs Housing
in AZ, NV, CA MT ETC
Then around 8/15 KARNL Received
A Call from An Alleged
radio rehousing specialist in
Flagstaff from "Bonnie" who
doesnt work at Flagstaff
shelter & suggested An "off site"
location KARNL Believes this is
Ivanka, Trump or The Police
who frequently pull PRANKS
trying to get KARNL to go back
to AZ where Judge Snow, Ivanka
400 hired Ghetto RATS living in
tents on drugs all hired by
Ivanka to stalk + Kill KARNL
(EXHIBIT C.)

Karol wrote Tigta or Quirlas
fraud 3/27/22
PIN #s 4958, 4957, 4953
( CCCC DDDD AAAA & more)

on the Wrongful Conviction
the termination of Parental Rights
Wrongful at Bribes
obituaries, Insurance Claims
But never heard back
Because Obama, Trump, Quirla
all Bribed Mr. Rettig - IRS
Mr Thorson - US Treasury
Mr Thompson "
Mr Stratten - SSA
Gayle Stallworth Stone SSA
( Who did nothing about the
Extortion