AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

NOV 28 2022

Margaret Botkins, Clerk
Cheyenne

KAROL D MAGISTRELLI *Donald Trump*
Plaintiff/Petitioner
v.
BARON TRUMP, ERIC TRUMP ETC
Defendant/Respondent
*Ivanka Kashimer, Melania Trump*

Civil Action No. 22 CV 250 · ABJ

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __NOT APPLICABLE__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Decs Fiction =

My gross pay or wages are: $1,846.00 (0.00), and my take-home pay or wages are: $ Zero (0.00 pe
(specify pay period) _____. Donald Trump steals all of it

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply)

(a) Business, profession, or other self-employment     ☐ Yes  ☑ No
(b) Rent payments, interest, or dividends              ☐ Yes  ☑ No
(c) Pension, annuity, or life insurance payments       ☐ Yes  ☑ No
(d) Disability, or worker's compensation payments      ☐ Yes  ☑ No
(e) Gifts, or inheritances                              ☐ Yes  ☑ No
(f) Any other sources                                   ☑ Yes  ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I HAVE SOCIAL SECURITY INCOME THAT IS BEING EXTORTED SINCE 2015, AND IT IS CHANGING MONTHLY DUE TO FRAUD. JUDGE JAMES BLOCK ZAGEL IN CHICAGO VACATED ALL CHILD SUPPORT TWICE AND NOW BARON TRUMP MESSED WITH IT, AND IS STEALING OVER 1000.00 MONTH WHICH IS ILLEGAL. HOMELAND SECURITY CIVIL RIGHTS DIVISION TOLD ME THAT THE TRUMP FAMILY IS STEALING BY EMBEZZLING ALL MY JUDGMENT FUND DAILY INCLUDING MELANIA TRUMP, IVANLA TRUMP KASHIMER HER NEW NAME TWICE DIVORCED, ERIC TRUMP, DONNY TRUMP, DONALD TRUMP, AND JARED KUSHNERS DIVORCED. + many x's Convicted

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 11-21-22  -4.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):
NONE THE GOVERNMENT STOLE EVERYTHING FROM ME AND EVEN WROTE IT INTO THE OBAMA CARE PACKAGE WHICH CONGRESS WROTE TO STEAL ALL MY MONEY.
NOW THEY are all embezzling from my judgment fund & holding a fake court in the Red Lion Hotel that I've written up to Homeland Secy 50x & they do nada!

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):
I AM LIVING IN A SHELTER AND PAY NOTHING BECAUSE THE TRUMP MOB KEEPS STEALING EVERYTHING FROM ME.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
MY CHILDREN ARE BOTH 27 AND REBEKAH IS BEING KIDNAPPED DAILY BY NANCY PELOSI AND PUT IN HER BROTHELS THAT HOMELAND SECURITY AND THE FBI BOTH REFUSE TO TAKE DOWN DUE TO BRIBES. REBEKAH IS VERY LEGALY MENTALLY DISABLED WITH EARLY ONSET ALZHEIMERS FROM THE BLUDGEONING BY DONALD TRUMP AND BARACK AND MICHELLE OBAMA, AND RACHEL WAS STARTED ON FENTYNOL BY IVANKA TRUMP KASHIMER AND THE CA SUPREME COURT AND UT SUPREME COURT LET IVANKA HER OFF ON THOUSANDS OF FELONIES INCLUDING COUNTERFEITING AND SELLING TANKS TO RUSSIA.
Because they all snort free based cocaine together with Donald Trump, Ivanka, Jared & 100% of Reps

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):
I OWE $200.00 TO A CASH PLACE IN VEGAS, THAT IS ON HOLD TILL I GET A JOB EXCEPT THAT DONALD TRUMP IS STALKING ME AND WONT LET ME GET A JOB AND NOW HE HAS HIS STUPID CORRUPT FAMILY STEALING ALL MY SOCIAL SECURITY MONEY AND IM SICK OF BEING ABUSED.

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 11-23-02

_____
Applicant's signature

KAROL MAGISTRELLI
Printed name