FIRST PRELIMINARY
AFFIDAVIT of ~~INDIGENCY~~
hand written due to over 3000 HIT
MEN in OPERATION GOLIATH.
Now KAROL sends Everything to
the U.S.D.O.J.

MS. KAROL D. MAGISTRELLI
and on Behalf of her
MISSING ~~child~~ Sex Trafficked
daughters.
~~Rachel~~ Elizabeth Magistrelli
Rebekkh Ruth MAGISTRELLI Ryan,
General Delivery     PLAINTIFFS
Cheyenne Wyoming

vs

Donald Trump
~~Ivanka~~ Trump KUSHNER
JARED KUSHNERS JAMES
AG NY Leticia James
Donny Trump + Eric Trump.
Melania Trump
Baron Trump
Respondents



Karol has a only string of hit men by Police + cannot use a computer so this is hand written, And by Sasha Obama, Ivanka Trump, Donald Tru[mp]

as to Income:

Karol only recieves $8,400 or $8,490 A month in social security AS Judge Snow + The Tallahassee Police personally write forged child support orders for Bribes from Ivanka Kushner,

Karol does not exist according to the IRS as Ivanka has filed hundreds of wrongful Death suits against Karol Dawn Magistrelli under

Dawn Magistrelli
Daisy Smith = Karol
Justin Wilcox = Karol
Caroline Sevilla = Karol
& more daily with

2

dozens of corrupt personal injury firms she has on here payroll like her fathers Donald Trump Sr.

Karol has a Judgment fund put under the name of NED by Speaker of the House Nancy Pelosi, to hide it from Karol so she remains indigent for life, & her daughters & all 3 are homeless for life!

B. Obama stole 1.4 Billion of Karols Judgment fund on June 2016 having U.S Attorney Zachary Fardon forge Karols signature which he AND his wife have done over 2000x since, ongoing

C. That Congress enacted the Obama Care Bill with Karol Magistrellis suits as the instigator because they wrote in Obamacare that Congress and the Federal gov't can steal all of a citizens money, houses, careers, car & life possessions

3

Just As They do in Communist Countries — which They All Are under the disguise of Democrat & Republican Parties.

That Karol's Nursing Career was shut down by Nancy Pelosi and Donald Trump Sr who Bribed the Mich. RN licensing Board not to renew her license if They received Karol's updated CEUs and payments Due every two years.
    Then Congress had FBI Agent Sidon Johnson steal Karol's mail 3x pretending to be a Postal Worker! When Karol mailed in her CEUs and dues.

4

The Muskegon MI Police stole Karol's 2001 Oldsmobile Silhouette minivan in 2013 from a Domestic Violence Shelter, and since then, Lavala stole it from the impound because shes incensed with jealousy over Karols whistleblower status and wants all of Karols life and money to the point shes hired 12,000+ hit men for Karol & her daughter According to Homeland Sec'y.

That Karol is continuously Blocked from Getting her Drivers license or Registered Nurse license Renewal By Fraudulent Municipality charges in Phx by The Phx Police for Bribes From Lavala where all the Municipality Ct Judges Are also Bribed by Lavala As Are

5

Roberts, Gorusch, Kavanaugh & Jackson the CA Supreme Ct Justices UT Supreme Ct Justices GA, IL, NV, FL Supreme Cts and the US Supreme Ct in Washington DC where Justice Roberts Gorusch, Kavanaugh & Jackson are illegally filing Karol's suits, Embe- All paid off by Ivanka Kushner, they also (kle) snort free based cocain

Karol's children have been illegally adopted by Ivanka many times because Judge Skow transferred millions + of Karol's money to her legally mentally disabled daughter currently being hidden by Community Bridges at Cass Shelter where both CBI + Cass Personell are Embezzling from Karol's Judgment fund, Then she's hidden by Cheyenne WY Police Bribed by Trump, Ivanka & Jared Kushners.

6

Kanoe is surviving in a broken
of tent because Luanda paid off
400+ residents at Cass to
stalk, kill Kanoe if possible
and/or inject her with heroin.
Probably a Nancy Pelosi and Donald
Trump idea where each own
hundreds of brothels and thats how
they maintain control of the girls.
So far Kanoe escaped this fate.

Kanoe is told her stimulus checks
5-inheritances, tax refunds filed
by Luanda, & the police on
Turbo tax May 2022 IRS & SEC
Awards, & daily judgments are
all in the judgment fund to
hide all money from Kanoe! Under
the name of Neo + Yahoo finance & accounts

Kanoe has submitted hundreds of
motions & is told the USDOJ
attorneys & Congress are
shredding everything. Hopefully
Homeland Security has copies. But
those attorneys are embezzling as well.

7

Both of Karen's daughters had hundreds of personal injury suits that were also stolen by Congress, FBI Agents and others & all 3 of us are intentionally made homeless for life — a violation of

Violence Against Women Act, Violence in Racketeering Act

18 USCs 1512, 1513, 1509, 1510
2511, 2516, 874, 872, 1201, 2423,
2331, 2113 1344 1341 1342, 2-6,
1961-1968, 1956, 201

IRC 6301 7603 7604 7602 7212
7403, 7202 etc

Congress is money laundering through Russia with Vladimir Putin's help & China, Afghanistan, Jordan, Iran, Columbia, Iraq, Norway, Ethiopia, hundreds of Companys — some reported to Homeland Security Already...



Every "job" Kanc applies to is shut down by Obama (BARACK), Michelle OBAMA, Donald Trump who pay off the mgrs not to hire Kanoc or pay them off to file felonys against her if she goes in on the 1st day - so she cant go in!

If Kanc had what is legally & rightfully hers she could pay but shes been forced into indigency x 14 years & this is without letup

While they embezzle from Kanoc George Bush, Hillary Clinton, Sarah Palin, Congress file fradulent charges and pay bribes to keep the forged child support orders up for life & Kanocs daughters

9

are 26 + 27 yrs old!
 All child support was
vacated by Judge Zagel in
2009-2010! & Then Again +
again!

Please Accept this suit so
Karol Magistrelli can
reclaim what is hers And
help her daughters get the
proper meds before This
mob of Cocaine Addicts — All
of them kill my daughters

Karol moved to Cheyenne WY As
Gary Magistrelli hired Around
100 Black, meth + heroin using
street People to scream in
her face, slugged her in the face
once, threaten her constantly with
murder & more & have her severely
mentally Bludgeoned + DISABLED 26 + 27
yr old daughters,

10

Karol Recieves $49⁰⁰ a month & even though the Tallahassee Police have an INJUNCTION of some AA & HAVE BEEN apprehended. Ivanka has 2 Thugs stealing from Karols DESERT Financial Credit union where ALL the Bankers Are Bribed.
JJ & Candace - 2 felons from the CASS Homeless Shelter.

Ivanka also paid off all the homeless men & women in the shelters to steal from Karol & stalk Karol.

She even paid off the Cheyenne Transit System, so Karol at 69 y/o cannot use the Bus and Karols daughter Rebekah - a 54/o Bludgeoned mess in a 27 yr old Body

(11)

is allegedly in a "hotel housekeeping
Brothel of Nancy Pelosi's either
in Cheyenne WY or Tempe AZ

Karol has had (Everything) stolen
by Ivanka Trump Kashner and
Donald Trump and ITS
hidden in over 100 (+) countries
laundered through all
their holdings, homes etc.

Karols 7 million dollar
inheritance from her father Mr
Calvin O. Ponamus, 2 uncles
Julius V. Christeansen
Lawrence Ponamius
& a boyfriend was all stolen
by Ivanka & she bribed
over 100 judges, smoking cocaine
& committing felonies 24/7 and

12

Karol has no savings and Ivanka Bombed all the MVDS in Well (Springfield) Cheyenne WY Phoenix AZ to keep fraudulent changes on Karol that Ivan LA Comm. Heel — not Karol. She pays Homeland Secy Jerry Snyder to Refute this nonsense weekly & Karol never drove since 2015 when her car was stolen nor does Karol do drugs or drink like Ivanka who is a junky! (with Donald Trump, & Jared Kushners, Nancy Pelosi, VP Harris, & Joe Biden

13

Laramie County Library
2200 Pioneer Ave

Kiosk ID:         100
Date Time:        09/20/2022 14:38:41
Library Card No:  **********1040

Total Print Cost:           $1.90

Cash Deposited:             $2.00
Cash Used:                  $1.90

Change:                     $0.10

Stalked by Trump, Cheyenne P.D & Ivanka & Vladimir Putin



Ivanka or Ivan LA
Money launders through Quantum
Allegedly one of her companies in China
She

Doesnt pay any taxes on,
9-20-22 Ivank AND Pelosi.
were both on Kansos Cheyenne
WY computers Blocking Kari
from printing summons notices
& waivers

14

VERIFICATION:

Pursuant to laws of Perjury IN 735 ILCS 5/1-109, And 18 USC 2216 Perjury the undersigned certifies that the Exhibits And Statements herein Are true to the best of Karols knowledge having been her victim since 2017 — And earlier Known to the Homeland Security Witness Protection Team.

Signature Karol Magistrelli

DATE

Notary

State of Arizona
County of Maricopa
The foregoing instrument was acknowledged before me on this 29 day of April, 2022
by Karol n Magistrelli
My commission expires: 12/24/2022

LISA A. PATTEN
NOTARY PUBLIC • STATE OF ARIZONA
Recorded In Maricopa County
No: 557575
Expires December 24, 2022

15 of 25