Affidavit of Indigency
of Karol D. Magistrelli

Bs Karol D. Magistrelli
and on Behalf of her
daughters
Rachel E. Magistrelli
Rebekah R. Magistrelli-Ryan
Plaintiffs

v.

Phoenix Police Force
Glendale Az Police Force
Tempe Az Police Force
Mesa Az Police Force
& Co Conspirator Police Forces
Nationwide

Verification last page

Employment: Karol has not been allowed to work since 2011 when she quit two jobs in order to go back to Grand Rapids, Michigan and take care of her parents in their own home, which she wasn't allowed to do, by her sister Linda Slartoski who kidnapped Mr Pomarius from his home and forced him to sign a Power of Attorney in a conspiracy with the 17B Judicial Ct, Gary Magistrelli & hundreds of coconspirators in Congress, Barack Obama and family and Administration...

Karol unsuccessfully tried to get an R.N. position

with Spectrum Health and was Blocked by Grand Rapids MI Police.

She tried with Holland Hospital, Freedom Village in Holland, Hackly Hospital in Muskegon MI, Kalamazoo Hospital in Kalamazoo MI & was shut down by Gary Magistrelli's Attorney Michael Distanth who stalked Karol, everywhere until jointly jailed!

Karol's employment searches went on to be shut down by Donald Trump, Barack Obama, and last week by Bruce Fardon son of Sheila Mannix Fardon - formerly Mrs Jones, Bruce Fardon is stalking

Karol in Cheyenne WY in a conspiracy w/ER Zachary Fardon, former U.S Attorney Chicago who was bribed well by Barack Obama, now by Donald Trump, Ivanka Kishner-Kashiner, Jared Kushners, etc and Bruce went door to door to all 4 hotels Karol applied to on Fox Farm Rd telling and bribing them not to hire Karol for whatever reason he gave? (The Hilton Hotel Springhill Suites Marriott Comfort Inn Red Lion Hotel

All four were bribed by Bruce Fardon who is paid by Ivanka Trump... Congressional members etc — no stone left open!

Income!

The only income Karol has is half of her Social Security $849.00 a month.

The other half is stolen by the Tallahassee FL police who file FORGED Child Support orders daily and monthly so 1/2 of Karol's paycheck goes to some crooked judge or to Ivanka Trump who files forged Adoption papers monthly and daily because she wants the money attached to Karol's daughters by Ruthless SATANIC SADISTIC Judge Murray Snow who was 'sleeping' with Ivanka — a 'thing of Value to Judge Snow!

There is no other income as Donald Trump ordered Karol's stimulus checks, tax returns, IRS & S.E.C. awards and inheritances from her own father, boyfriend Jim Bottrell, two uncles and Gary's fake death to be put in Karol's judgement fund so that Karol cannot ever access her own money. The jealousy underlying the desire to make Karol indigent for life stems from Gary Magistrelli's hatred of Karol for reporting him for molesting R.E.M and Gary comes from a mob family and everything Gary does is to steal money from Karol, the FDA, USA, & more.

PROPERTY —

Allegedly Karol still has her fathers' house in Grand Rapids MI, that she can't live in until her sister and family are apprehended along with the Grand Rapids MI police who all broke in deeply, stole everything they could, broke the heating system, clogged up the fireplaces, and more.

Allegedly the way Karol understands it, Judge Janet Neff is squatting in Karols home!

Karol allegedly still has her home in Gilberts IL that Lieutenant Mike Joswick kicked her out of twice with a padlock & no judicial order.

Kanu has no debt or savings other than the extorted $49⁰⁰ left over from her SSecy money and even that is regularly extorted

EXPENSES
90⁰⁰ She has a storage unit in Phoenix AZ
   StorageWest which runs around
/  90⁰⁰ a month, and keeps her
To luggage as lite as possible
   Because every single suitcase she
   has is stolen by Donald trumps
   stalkers (5 backpacks + 3-4 computers)
   or Evanla who recently stole
   her suitcase from Greyhound
   in Flagstaff. Greyhound will not
   return it, track it etc like they
   did with a backpack in the
   past as Evanla paid them $$
   The police hack Kanus phone
   impersonating Greyhound + everyone
   else.
Kanu is resigning up with compassion
   for the little girl in Peru.

Karol is currently staying in a "Safehouse" where Bruce Carlon paid them off to keep Karol homeless for life — And DO NOT give Karol any money!

They have a financial class where you get 25.00 to attend in A Visa gift card but the day Karol went — The "Instructor" couldn't find the Visa cards — which are in their safe!

There are over 2-3000 fraudulent orders under Judges Neff, Carmody, Zagel, Snow, Murkowski, McQuaid & others for Status Quo — It doesn't say directly but states to put Karol in the same freedoms as Before Karol Magistrelli so they use this to defraud her of her money for LIFE.

There is a forged non disclosure Agreement 1 Kushner, written by Jared Kushner that no mob judge will vacate either even though a New York judge vacated one also written by Jared Kushner in allegedly Manhatten NY.

It needs to be vacated again with Prejudice as well as forged Power of Attorneys making Linda Slartoski the Power of Attorney, And The many motions for Status Quo forged with the intent to defraud Karol for life

The Gilberts Police Dept took Karols dog and killed it, the Flagstaff Humane Socy Allelly euthanized Karols cat Lily.

The Tallahassee FL Police reinstate forged child support orders for bribes from Ivanka & Donald Trump and Jared Kushner, to block the reinstatement of Karol's Drivers license And Registered Nurse Lisence.

Karol is still stalked by hundreds even today in Safeway Grocer, by 2 "hippie homeless" Another man living at Round up motel, numerous cars etc.
  Ivanka paid off Both Salvation Armys in town to stalk Karol everywhere!
Plus, Donald Trump, The Obama administration, George Bush, Vladimir Putin, Congress, Jared Kushners etc

all stalk Karol to prevent her from mailing anything into a court to stop the slaughter and anarchy of her life from the Benchs & from the USA!

Karol and her daughters are guaranteed the rights to property, LIFE health happiness, and just so this group can become the final one world leaders, they decided to strip Karol & her daughter Bare!, its a violation of the US Constitution & Treasury Code and every USC written,

That Every Police Officer in the lest with the Homeland Security Civil Rights Division who Terrorized Karol Magstrell when Daughters lose their Licenses, guns, degrees and Retirements Across the AG, to include Gov Sysolyk, Cuomo AG-Madigan, Holcomb AG-Schuette-m Ducey AG NY James, Letica Prosecutor Vance AG Bondi Ted Cruz & Cong. Reps____

Karol Reserves the right to Amend This and All other Pleadings As She's under duress with Hit men by the Slaktoski family, Obamas, Donald Trump, Ted Cruz etc

Verification

Pursuant to laws of Perjury in 750 ILCS 5/1-001 & 18 USC 2216 the undersigned certifies that the few statements herein are true and all motions etc with Homeland Security need to be added for proof of Allegations Asserted.

Karol Magistrelli
Karol Magistrelli  11-17-22

NOTARY.

STATE OF Wyoming
COUNTY OF Natrona

Sworn to (or affirmed) and subscribed before me this 17 day of Nov., 2022 by Karol Magistrelli.

Gayla Peterman     Peterman
Notary Public's Signature    Notary Name
My Commission Expires March 6, 2022

GAYLA PETERMAN
Notary Public
State of Wyoming
County of Natrona
My Commission Expires
March 06, 2023