FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MARGARET BOTKINS, CLERK
CASPER

M.S. Kanoi D. Magistreui RN B5
General mail
Cheyenne, WY 82009
307-632 3174

Judge Edmond Chang
219 S. Dearborn St.
Chambers 2178
Tel- 312-435-5795
Fx -312-554-8059

Emergency motion to Remove
Judge James Block Zagel-Chicago,
and Judge Murray Snow-Phoenix,
Az Chief Judge from the Bench
for Attempted murders,
mal feasance of Office, Gross
Thefts for Bribes and Sex
from Ilvanla Trump Kushner
and theres no end in sight.

Kanu Magistrali has Supplemental
Jurisdiction due to Congress stealing her
documents filing in Every State,

1

Now comes KAROL MAGISTRELLI in
Support of her Motion.

1. That KAROL Magistrelli is the one
and only MATERIAL WITNESS for
Operation Goliath which she
Reported April 15, 2009, to
U. S. Attorney PATRICK Fitzgerald
at the Dept. of JUSTICE in
downTown Chicago.

2. That KAROL is hand writing this
due to 1200(+) hit men BY
BARACK, Michelle and SASHA
OBAMA, 1200-1500(+) hit men
BY Donald Trump and his
Are daily and ongoing,
1200 + by evANCA Trump
- KAshimer twice divorced and
twice convicted. Donald Trump
also HAS TWO convictions!

2

3. That Linda has been
stealing my documents, notes
and letters from my flashdrives
and computers with
Zachary Gardon — former U.S
attorney that was appointed
to my case because hes
ruthlessly corrupt, and
members of Congress, Jared
Kushner's, Barack
Obama mob family & others x 5
years have been illegally filing everything
as if its their own.

4. I was in the FBI witness
protection program under
James Comey But to Karols
knowledge Homeland security
civil rights division put
these FBI participants on
ice — they still need to
Be sued and put away
for life due to 1000s of
forgeries of Karol Magistrellis
name to the judgment fund.

3

5. That Judge Engel Un-Ethically took Bribes — proof with the United States Dept of Justice under Merrick Garland in Washington DC, and Kane and her two daughters were made homeless for 8 years under Operation Goliath and will be for life — which is the mobs intent.

6. The Judgment fund was 1.4 Billion that Zachary Fardon stole by forging my name and he flew to a fraudulently misrepresented holding Co in the Philippines that his then mistress now wife (Sheila Marix) formed knowingly for this judgment fund which was in Kanes name til at least yesterday 10-3-2022, when judge Zagel illegally transferred it to her homeless daughters!

4

8. Judge Engel changed the whistleblower which the FBI investigated twice as being Karol Magistrelli, c/o Ivanka Trump Kashimer, twice divorced a twice convicted, for Bribes for Bribes!

9. How allegedly they (this mob who got together and started this "New World Order Team" with the full intent to take over the world with Vladimir Putin, has put my judgment fund probably in Ivanka Kashimers name.

5

10. Ivanka has set out with her father Donald Trump and Ex husband Jared Kushner to steal every dime from me for life And keep us homeless for life, + has us.

Ivanka has my two daughters Rachel Elizabeth Magistrelli & Rebekah Ruth Magistrelli Ryan homeless in Tempe Az According to the USDOT.

11. After the Homeland Security Civil Rights Attorneys started Embezzling And Barred The FBI totally from my case, totally the USDOT took over Because of Corruption

6

in Homeland Security! They need to
Be apprehended and turned over to
Merrick Garland for Prosecution.

12. Approximately a year ago
When I WAS in Phoenix
Judge Zagel started aiding
and ABETTING Chief Judge
Murraysnow in embezzling from
my judgment fund And
the PTR #5 literally
following Kara Magisnelli
from town to town Setting up
Fraudulent Courtrooms
in SALVATION Armys and
Ivanka is hiring homeless
people to file Fraudulent
Investment Co Claims Where
the Fraudulent Investment
Companies ARE Written daily
By Judge Zagel!

7

13. With the fraudulent
Investment Company filings
the money is removed from
KAROL MAGISTRELLIS
Judgment Fund, + the "Judgments"
given to EVANKA!.

14. The PAIN IS ALSO filing hundreds
of FAKE fraudulent
Obituaries on People That Are
dead + alive,

15 10-3-24 esterotly liknea forged
further personal injury
suit on KAROLS daughter
Rebekah Ruth Magistrelli Ryan
allegedly under A
fraudulent name And
of course the USDOT who Are
on my phones 24/7
Told KAROL who wrote A

8

notion to VACATE it and They
submitted the notion and
VACATED the SUIT, BUT
Ivanla wont quit EVEN Though
the NY AG Letitia James
is taking this nob apart, Allegedly
Ivanes already Abated 5 Aggravated Battery
Charges for Ivana for babies & 65 felonies for
Donald Trump.

15. Ivanla KASHAMER IS sleeping
With mormon Judge Show
in order to get off on
hundreds of felonies.

16. Judge Engel wrote An
illegal order According to
the U.S. D.O.J to All
Judges who use Cocaine
Adderall, heroin ETC not
to put Ivanla in jail
even though she commits
100 felonies a day, Ivanla, Jared,
Donald Trump, Joe Biden, Harris, Pelosi & All
the reps & most Supreme Ct Judges
use free based cocaine & more!

9

17 Both Judge Engel and
Judge Snow know that
Donald Trump, Barack and
Michelle Obama, Sasha
Obama, Michael Horowitz - OIG
of the D.O.J formerly, numerous
homeless that were hired
for 3 yrs to bludgeon
Rebekah in the head daily
and the FBI witness
team refused to stop it
Because they were put
together in a scheme by
Judge James Comey solely
to steal every dime
that I - Karol Magistrelli
will ever make for the
rest of my life.

10

18. In the Judgment Fund is Karol Magistrelli's inheritance from her Dad + million dollars that Donald Trump ordered Knows ex land easy Peisan King. & Chandler As to put in the judgment fund out Jealousy.

19 Also are Karol's stimulus checks ordered by Judge Engel + Judge Snow. Also Are Karol Magistrelli's tax returns filed by IVANKA forging Karol Magistrelli's name Which Karol couldn't file As Barack Obama, Donald Trump and Ivanka + Jareel have been bribing

11

police to steal Karols mail
x 14 years in
    Grand Rapids MI Police
    Kalemazoo MI police
    Fort Wayne IN Police
    Tallahassee FL Police
    Phoenix Police who used
    FBI Agent Sibon Johnson
    to Dress up like a postal
    worker 3x And steal
    Karols continuing Education
    for her Registered Nursing
    degree So As a result
    my license lapsed 2020,
        + D.C. lapsed in 2019

That Donald Trump who stole
900 million plus by Embezzling
from the judgment fund
fined the Phx, Chandler Az
Tempe Az police of

12

stalk and KILL Karol Magistrelli
and steal my mail for
life, Trump and Chrissler police to run Karol
over with a truck hospital x3 weeks!

The Cheyenne Wyoming Police
right now - stalk me with
Trump and his hundreds
of cars and several hoods
in the homeless shelters
that I'm forced to live in.

Kamela has bribed every homeless
person in every homeless shelter
that Karol has ever gone
to and the way I understand
it Phoenix IS unraveling,
Because some (few) Attornics
in Homeland Security Are
honest And cant believe
this RETALIATION And I mess
+ Are taking thugs down 1x1.

13

The Cheyenne WY Police Are
All Being given houses by
Ivanka to embezzle from
my judgment fund because
Because she's been barred
until this past week!

also in my judgment fund
is my Securities and
Exchange Commission Awards
And IRS 211 AWARDS
and Ivanka just wiped
out around 100⁰⁰ in my
Desert Financial Credit
Union + stole my entire SS check
760.00⁰ + 10/3/22)

The USDOJ told me to
drop the bank and get
a Check instead but

14

Lynda is intending to
steal it when it comes
in so that I'll have
no money for life she hired Financial
thugs Ernest + Barbara to steal from Desert
the way I understand it,
the Social Security

is from 34 years of
Registered nursing + thats
my money that Ivanka
and Jared + Donald Trump
are stealing,

The USDOJ said that
the Tallahasee Police Are
still using Forged child
support orders that
Judge Snow wrote x 2 yrs
for bribes and sex from
Ivanka and they upped it
to 100% of my Security
the way I understand it.

15

The Plan IS TO Steal 100%
of ALL my Money for life so
the Trump MOB can Steal
my judgment fund which IS
growing because Ivanka and
Michelle OBAMA are
hiring thousands of
entertainers to Embezzle
from it As well as to
hire hit men for me
so it wont come back on
Ivanka!

Karol Magistrelli has had
hit men that HomeLand Security,
the FBI and USDOJ Are
taking down daily.

16

Uvala IS stalking my every foot step with these homeless people here in Cheyenne and she paid off the Kinship Program at Community Action, the Housing and other programs to Black ball me for life in getting an Apt. (EXHIBIT B)

As For Rachel, Rebekh And The Hourly Kidnapping

Kamis two adopted Chinese daughters who Donald Trump Bludgeoned mercilessly with Barack who hired 1200 hit men from ISIS Michelle & Sasha Obama are no longer mentally 27 years old,

17

They are persistently threatening
to bludgeon the head en of
if legally mentally disabled
adult made so by the
former bludgeoning of Donald
Trump, Barack, Michelle and
Sasha Obama, Amber Sauer,
Michael Horowitz
President, Biden, Hunter Biden
Nancy Pelosi Minla Trump
Jared Kushner Numerous
Cass homeless residents
hired by Police!
Unbelievable hatred two
young Chinese girls
that Nancy Pelosi and Donald Trump
together decided to kill in
Brothels hoping by then Kayol would
have been murdered as well.

18

They Are around 5 , 10 years
0 Age mentruy And
Daily KANOL IS threatened That
the Police and Michelle OBAMA
will BURN KANOL head to toe,
cut off her hands, legs arms
and face, eyps etc and the
Police + Michelle OBAMA Hire
hundreds of paralyzed wheelchair
Bound "homeless" people who really
Already have Apts. And
Michelle + IVANKA are Tribing
Everyone to KILL KANOL and her
daughters as they both WANT to be
leaders in the New World Order
with Vladimir PutiN,
This network nation wide
have been using KANOLS Emails where
the following statements
were made — now with the USDOJ.

19

STATED BY

Ivanka "Can you imagine what the people would say if they knew the truth about the virus?

Judge Snow to Jared: "You can pick up the forged child support orders tonight in LODESTAR overflow shelter." (part of CASS homeless shelter in Phoenix Az)

hundreds of discussions about the fraudulent investment companies written by Judge Zagel and fraudulent insurance claims submitted by personnel teams of personal injury attorneys hired by Donald Trump and Ivanka Kushner, Jared Kushners, Ted Cruz and others

Trump - "Today I'm going to kill Rebekah MAGISTRELLI", ,,, many times.

20

That the entire Phoenix Az police
ran and maybe still are
running guns over the border
to Taliban Communists for & to
Russia. They ended up in
Afghanistan and the Taliban Are
using them to kill Anyone who
helped the United States and all
Christians regardless of their
nationality.

This kidnapping daily is
Retaliatory and evil & Karols
daughters need to be together
in a house somewhere tucked
Away while Karol and her
daughters file somewhere to fix
This mess and currently Karols
daughters are in terrible
danger from Pelosi, Ivanka, Jared
who kept Rebekah in tunnels in
Vegas for awhile, Michelle Obama

21

Joe Biden who ~~strangled~~ Rebekah 4x leaving her paralyzed (with) lips, throat, tongue and fingers. Shes in A hospital daily for whatever — sometimes to file another insurance claim, sometimes for diabetes (which she never had ages 1-14? and dehydration.

The Phoenix Police, Chandler, Mesa + Tempe AZ Police now Cheyenne WY Are All embezzling and taking Bribes & houses from Ivanka and therefore when Kanoe gets near to her girls they pick her up & hide her, Rebekah has severe memory loss due to early onset Alzheimers that was caused by the deadly head Bludgeonings by Donald Trump Muslim-Barack Obama, Joe Biden And Congressional Rep Alexandria Ocasio Cortez & more know to USDOJ,

Please apprehend All of The
Above and turn Them over to
the U.S.D.O.J Merrick Garland
for Prosecution to the fullest
Extent of the law, They Are
all planning A WAR WITH Russia,
China, Iran, Iraq, JORDAN, and
Afghanistan and Then they plan to
Blow up ISRAEL so BARACK
OBAMA or IVANKA Can become
the NEW World order
leader. (she commits thousands of felonies &
murders w/ Donald trump etc

Please Return KANAS Social
security and other moneys
that are being stolen per
illegal orders by Judges
Brow and Engel and shut
Down their operations in
Cheyenne WY in the SALVATION
Army & District of Cheyenne And
Remove them from the Bench. They
need to be turned over to
Merrick Garland for Prosecution
for Treason et. Al.

23

Please Apprehend Nancy Pelosi,
VP Harris and Joe Biden
(motions galore with the
Homeland Security Civil Rights
Division And USDOJ
Inspector General, Civil rights,
Violence Against women Div, etc
for maiming, torture, treason,
Kidnapping. They need to be impeached,

Please check with the USDOJ
Merrick Garland for any
further parties in This Espionage
Insurrection scheme where
Pelosi reinstates 2 motions in which
Karol is called O'Neill & Elliott
which Are two Transportation
Companies Karol never heard of
But this network needs
something on Karol 24/7 to
keep her out of Court so
the truth of the extensiveness
of the corruption won't come out

24

That All the thousands of
wrongful DEATH SUITS filed
BY Ivanka Trump Kushner,
Jared Kushners
Donald Trump
and forged OBITUARIES,
forged investment Compromises
Concocted insurance
claims on KAROL, REBEKAH &
Rachel ARE VACATED WITH
prejudice And all money
Bilked from ALSTATE &
Humana And OTHER insurances
Known to Homeland Security
and the USDOJ Are
VACATED, STRICKEN & Reversed
& the money REtrieved
and given back to ITS
proper owners.

25

Please apprehend Donald Trump, + Admd.
Joe Biden, George Bush,
Jared Kushners, Evanka
Kushner and the entire Muslim
Obama family with
Vladimir Putin as
they have been scheming
for years do take over the
United States with Russia!
(Trump + Evanka each paid Putin
millions from Kanols Judgment
fund and Putin is also
embezzling from Kanols
Judgment fund.)

Please apprehend the entire
Phoenix Police force, Chandler
AZ Police force, Mesa AZ police
force + Tempe Az Police with
Cheyenne WY Police force
for treason + embezzleg Adding
and abetting Putin in starting
Wars! + Tallahassee Police for
persistant forged child support
orders monthly,

24

Please stop the Embezzling from
Karen Magstrelli's judgment
fund caused NED hidden
by Congress + Nancy Pelosi and
Joe Biden, Donald Trump etc
under Yahoo finance and
Accounting Accounts Recievables
that everyone is using for
Bribes and illegal insurance
Claims filed by Ivanka, Jared,
and Donald Trump, Barack,
Michelle, Asha and Malia
Obama, Joe Biden, Harris etc
list with the USDOJ.

Please apprehend the hundreds
of Entertainers who are being
paid to Embezzle and
hire hit men by Ivanka
Trump Kushner And all the
hit men.

27

That the Entertainers need to be
turned over to Merrick Garland
& the USDOJ (not Chicago USDOJ
who stole 586 million from
Klaus + put it back per
Attorney Jeff Sessions orders
only to have Donald Trump & Ivanka
steal it along with

700 million
700 million
700 million
980 million

several 100 millions
747 million
sec awards
IRS awards
Klaus 5 inheritances
stimulus checks
Tax Returns
2 houses
a car
her RN license, D.L license
D.L license plate, fingerprint
card, transcripts etc.

28

That all of Nancy Pelosi's,
Donald Trumps and
Ivankas & Jareds
Brothels are dissolved
and the pimps & madames
including Pelosi, Donald
Trump, Jared Kushners
& Ivanka are dissolved
& jailed for drug
distributions turned into
the D.E.A. by Karol &
more,

That the entire FBI Human
Trafficking Division is
apprehended As Karol wrote
them multiple times on
the child sex trafficking
of her two daughters
from China by Gary Magistrele
and the Libertyville & Vernon
Hills Police & they knowingly
did nothing for bribes
from Obama, Bush, etc.
(my daughters grew up in filth with
a convicted cocaine addict &
                    29          rapist!)

Verification,

Pursuant to Laws of
perjury in 18 USC 2016 And
750 ILCS 5/1-109 the undersigned
certifies that the statements
here in Are true to the Best
of her knowledge,

DATE: Nov 028 2022

notary:

30