IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



**FILED**

4:00 pm, 1/25/23

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| KAROL DAWN MAGISTRELLI,<br><br>Plaintiff,<br><br>VS.<br><br>FORMER US ATTORNEY, *in his official capacity*, also known as, Zachary Fardon, et. al.,<br><br>Defendants, | Case No. 22-CV-00250-ABJ |

## FINAL JUDGMENT

This matter came before the Court on Plaintiff's pro se Complaint and numerous supplements. [ECF 1-22] The Court entered an order screening Ms. Magistrelli's Complaint and dismissing it as frivolous.

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that the judgment of dismissal is entered this case is closed.

Dated this 25th day of January, 2023.

Alan B. Johnson
United States District Judge