

CLERK, UNITED STATES DISTRICT COURT
2120 CAPITOL AVE., ROOM 2131
CHEYENNE, WY 82001

OFFICIAL BUSINESS

RECEIVED
FEB 08 2023
CLERK, U.S.D.C.
CHEYENNE, WYOMING

230 N. Park
NO RECEPTACLE
NOT AT
PO BOX 2030

Karol Dawn Magistrelli
PO Box 2030
Casper, WY 82602

NIXIE     808   FE 1700    0002/04/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

*1968-02536-04-47